# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, | : : : : : : | No. 2:24-cv-01349<br><br>(*filed electronically*) |
| Plaintiffs, | : : | |
| v. | : : | |
| PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, | : : : : : | |
| Defendants. | | |

## **PROPOSED ORDER**

And NOW, _____, upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and any response thereto, it is hereby ORDERED that Defendants are enjoined from enforcing their interpretation of Section 951 of the Pennsylvania Election Code. It is further ORDERED that Secretary Al Schmidt shall accept the Nomination Papers of Cornel West and Melina Abdullah as candidates for President and Vice-President of the United States, respectively.

_____

, J.