AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

Cornel West et al.
*Plaintiff*
v.
Pennsylvania Department of State et al.
*Defendant*

Case No. 2:24-cv-01349

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Secretary Al Schmidt, Pennsylvania Department of State

Date: 09/25/2024

*Attorney's signature*

Jacob B. Boyer Attorney ID No. 324396
*Printed name and bar number*

Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101

*Address*

jacobboyer@pa.gov
*E-mail address*

(717) 460-6786
*Telephone number*

(717) 787-1788
*FAX number*