IN THE UNITED STATES DISTSRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER,<br><br>     Plaintiffs,<br><br>  v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH,<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  No. 2:24-cv-01349<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN T. GONDER**

Ryan T. Gonder, Esquire, of McNees Wallace & Nurick LLC, the undersigned counsel for the Plaintiffs, hereby moves for admission to appear and practice in this Court as counsel *pro hac vice* for the Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion the undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ryan T. Gonder, Esquire, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

           Respectfully submitted,

           **McNEES WALLACE & NURICK LLC**

     By: */s/ Ryan T. Gonder*
        Ryan T. Gonder (PA I.D. 321027)
        100 Pine Street
        Harrisburg, PA 17101
        (717) 232-8000
        rgonder@mcneeslaw.com

Date: September 26, 2024    *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I served a true and correct copy of this document upon counsel of record via the Court's ECF system.

Date:  September 26, 2024                       */s/ Ryan T. Gonder*
                                                                                       Ryan T. Gonder