IN THE UNITED STATES DISTSRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, <br>                Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, <br>                Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 2:24-cv-01349 |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN T. GONDER**

Ryan T. Gonder, Esquire, of McNees Wallace & Nurick LLC, the undersigned counsel for the Plaintiffs, hereby moves for admission to appear and practice in this Court as counsel *pro hac vice* for the Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion the undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ryan T. Gonder, Esquire, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

**McNEES WALLACE & NURICK LLC**

By:    */s/ Ryan T. Gonder*
           Ryan T. Gonder (PA I.D. 321027)
           100 Pine Street
           Harrisburg, PA 17101
           (717) 232-8000
           rgonder@mcneeslaw.com

Date:  September 26, 2024            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I served a true and correct copy of this document upon counsel of record via the Court's ECF system.

Date:  September 26, 2024                                            */s/ Ryan T. Gonder*
                                                                                               Ryan T. Gonder

IN THE UNITED STATES DISTSRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER,<br>               Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH,<br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:    No. 2:24-cv-01349<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**AFFIDAVIT OF RYAN T. GONDER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HACE VICE***

    I, Ryan T. Gonder, Esquire, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, Ryan T. Gonder, Esquire, being duly sworn, do hereby depose and say as follows:

1. I am an attorney with the law firm of McNees Wallace & Nurick LLC.

2. My business address is 100 Pine Street, Harrisburg, PA 17101.

3. I am a member in good standing of the bar[s] of Pennsylvania.

4. My Pennsylvania State Bar number is 321027.

5. A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this affidavit as Exhibit A.

6. I have not been subject to previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted,

**McNEES WALLACE & NURICK LLC**

By:   */s/ Ryan T. Gonder*
Ryan T. Gonder (PA I.D. 321027)
100 Pine Street
Harrisburg, PA 17101
(717) 232-8000
rgonder@mcneeslaw.com

Date:  September 26, 2024                    *Counsel for Plaintiffs*