# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Ryan T. Gonder, Esq.*

#### DATE OF ADMISSION

**October 19, 2015**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: September 24, 2024**

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk