IN THE UNITED STATES DISTSRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER,<br>          Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH,<br>          Defendants. | No. 2:24-cv-01349 |

**AFFIDAVIT OF J. ANDREW CROMPTON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HACE VICE***

I, J. Andrew Crompton, Esquire, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, J. Andrew Crompton, Esquire, being duly sworn, do hereby depose and say as follows:

1. I am an attorney with the law firm of McNees Wallace & Nurick LLC.

2. My business address is 100 Pine Street, Harrisburg, PA 17101.

3. I am a member in good standing of the bar[s] of Pennsylvania.

4. My Pennsylvania State Bar number is 69227.

5. A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this affidavit as Exhibit A.

6. I have not been subject to previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted,

**McNEES WALLACE & NURICK LLC**

By:   */s/ J. Andrew Crompton*
J. Andrew Crompton (PA I.D. 69227)
100 Pine Street
Harrisburg, PA 17101
(717) 232-8000
dcrompton@mcneeslaw.com

Date: September 26, 2024            *Counsel for Plaintiffs*