# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*J. Andrew Crompton, Esq.*

DATE OF ADMISSION

**November 29, 1993**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 24, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk