# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH,<br><br>Defendants. | No. 2:24-cv-01349<br><br>(*filed electronically*) |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Plaintiffs Cornel West, Melina Abdullah, Geraldine Tunstalle, Katherine Hopkins-Bot, and Charles Hier in the above captioned matter.

Dated: September 25, 2024

/s/ Shohin H. Vance
Shohin H. Vance (No. 323551)
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Ph: (267) 443-4124
Fax: (215) 568-0140
Eml: svance@kleinbard.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I served a true and correct copy of the foregoing entry of appearance on all counsel of record via the Court's electronic filing system.

*/s/ Shohin H. Vance*
Shohin H. Vance
