IN THE UNITED STATES DISTSRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, Plaintiffs, v. PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, Defendants. | : : : : : : : : : : : : : : | No. 2:24-cv-01349 |
|---|---|---|

**ORDER**

AND NOW, this 26th day of September, 2024, upon consideration of the Motion for Admission Pro Hac Vice of Ryan T. Gonder (ECF No. 8), and all papers submitted in support thereof, it is hereby ORDERED that said Motion is GRANTED and Ryan T. Gonder, Esquire, is admitted to practice before this Court pursuant to Local Rule of Civil Procedure 83.2 B.

BY THE COURT:

s/ J. Nicholas Ranjan
Judge J. Nicholas Ranjan