IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )  2:24-cv-1349<br>) |
| v. | )<br>) |
| PENNSYLVANIA DEPARTMENT<br>OF STATE, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

| | |
|---|---|
| **Hearing Type:** | Video Status Conference |
| **Date:** | 9/30/2024 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiffs | Matthew Haverstick, Samantha Zimmer, and J. Andrew Crompton |
| Counsel for Defendants | Jacob Boyer and Steve Kovatis |
| Court Reporter | V. Trettel |
| Law Clerk | HS |
| Start Time | 10:35 a.m. |
| End Time | 11:00 a.m. |

**SUMMARY OF PROCEEDINGS:**

Video Status Conference held to discuss the current status of the case, including background and procedures going forward as to the pending Motion for Preliminary Injunction and Temporary Restraining Order (ECF 2).

Defendant's brief in response to the pending motion due by 10/1/2024 at 8:00 p.m.; Plaintiff's reply brief due by 10/2/2024 at 12:00 p.m. Evidentiary Hearing set for 10/7/2024 at 9:30 a.m. in Courtroom 6C. Corresponding order to follow.