# **EXHIBIT A**



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Matthew L. Hoke, Esq.*

DATE OF ADMISSION

*October 13, 2022*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 30, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk