UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE, *et al.*,<br><br>　　　　　　Defendants. | No. 24-cv-1349<br>Judge Nicholas Ranjan |

## **ORDER**

For the reasons described in the accompanying Memorandum Opinion, the Pennsylvania Department of State and Secretary of the Commonwealth Al Schmidt's Motion to Dismiss Plaintiffs' Complaint is **GRANTED**.

Plaintiffs' Complaint is **DISMISSED**.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Nicholas Ranjan