# Exhibit A

Received 8/19/2024 11:43:46 AM Commonwealth Court of Pennsylvania

Filed 8/19/2024 11:43:00 AM Commonwealth Court of Pennsylvania
394 MD 2024

# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

## No. 394 MD 2024

### AUTUMN WILLIAMS, ABRAHAM DARAMAY, and JONATHAN MARK DANIELS,
**Petitioners,**

**v.**

### PENNSYLVANIA DEPARTMENT OF STATE and AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE COMMONWEALTH,
**Respondents.**

## ANSWER AND NEW MATTER OF RESPONDENTS DEPARTMENT OF STATE AND SECRETARY OF THE COMMONWEALTH AL SCHMIDT

Respondents Pennsylvania Department of State and Al Schmidt, Secretary of the Commonwealth (collectively "Secretary"), by and through their undersigned counsel hereby answer the Petition for a Writ of Mandamus ("Petition") and provide a new matter. In response to the averments in the Petition, the Secretary avers as follows:

1.     Denied. By way of further answer, the averments in this paragraph contain conclusions of law to which no response is required.

2.     Admitted only that the Justice for All political body attempted to file nomination papers with the Secretary seeking to nominate Cornel

West and Melina Abdullah for the offices of President and Vice President of the United States respectively, as well as candidate affidavits for West and Abdullah and the requisite filing fee. The remaining averments of this paragraph are denied. Specifically denied that the requisite number of presidential elector affidavits were filed.

3.    Admitted only that the Secretary rejected the West/Abdullah nomination papers because the Justice for All political body failed to provide affidavits for its 19 presidential electors as required by the Election Code. The remaining averments of this paragraph are denied. To the extent such averments contain conclusions of law, no response is required.

4.    Denied. To the extent this paragraph contains conclusions of law, no response is required.

5.    Denied. To the extent this paragraph contains conclusions of law, no response is required.

6.    Admitted only that Petitioners request certain relief. Denied that any such relief is appropriate.

7.    Admitted that this action was filed against the Commonwealth government and officers of the Commonwealth. Denied

2

that this Court has jurisdiction, because no Petitioner has standing to maintain this action.

8.    Admitted only that Petitioner Autumn Williams was listed as a presidential elector on the West Papers. The Secretary is without knowledge of the remaining averments of this paragraph.

9.    The Secretary is without knowledge of the averments of this paragraph and so denies them.

10.    Admitted only that Petitioner Williams was identified on the nomination papers that the Justice for All political body attempted to file with the Secretary as a member of the committee authorized to fill vacancies pursuant to 25 P.S. § 2912.

11.    The Secretary is without knowledge of the averments of this paragraph and so denies them.

12.    Admitted only as to Daramay's address of registration and registration status. The Secretary is without knowledge of the averments of this paragraph and so denies them. Specifically denied that Daramay has any standing to assert any of the claims alleged this matter.

13.    Admitted only as to Daniels' address of registration and registration status. The Secretary is without knowledge of the averments

of this paragraph and so denies them. Specifically denied that Daniels has any standing to assert any of the claims alleged in this matter.

14. Denied. Specifically denied that Daramay and Daniels have any standing to assert any of the claims alleged in this matter.

15. Denied that there is any statutory duty the Secretary failed to perform. To the extent this paragraph contains conclusions of law, no response is required. Specifically denied that Daramay and Daniels have any standing to assert any of the claims alleged in this matter.

16. Denied. To the extent this paragraph contains conclusions of law, no response is required.

17. Denied. To the extent this paragraph contains conclusions of law no response is required. By way of further answer, 25 P.S. § 2911 does not apply to political parties.

18. Admitted.

19. Admitted. By way of further answer, the Secretary's duties set forth pursuant to Sections 201(c) & (d) of the Election code, 25 P.S. § 2621(c) & (d) also apply to "candidates for … presidential electors."

20. Admitted only that the determination Petitioners seek to have reviewed is the Secretary's rejection of the West/Abdullah nomination

papers. Denied that such rejection was improper. Further, to the extent this paragraph contains a conclusion of law, no response is required.

21.    The averments of this paragraph contain conclusions of law to which no response is required.

22.    The averments of this paragraph contain conclusions of law to which no response is required.

23.    The averments of this paragraph contain conclusions of law to which no response is required. By way of further explanation, the definition of "political party" set forth in this paragraph is incorrect. *See* 25 P.S. § 2831(a).

24.    The averments of this paragraph contain conclusions of law to which no response is required.

25.    Denied as stated. By way of further answer, the Libertarian Party currently qualifies as a minor "political party" in Pennsylvania but nominates its candidates in the same manner as political bodies pursuant to Section 912.2 of the Election Code, 25 P.S. § 2872.2.

26.    Admitted only that political parties that are not designated as "minor political parties" may select their nominees for President and Vice President in this fashion. *See* 25 P.S. § 2872.2.

27.    The averments of this paragraph contain conclusions of law to which no response is required.

28.    The averments of this paragraph contain conclusions of law to which no response is required.

29.    The averments of this paragraph contain conclusions of law to which no response is required.

30.    The averments of this paragraph contain conclusions of law to which no response is required.

31.    The averments of this paragraph contain conclusions of law to which no response is required.

32.    The averments of this paragraph contain conclusions of law to which no response is required.

33.    The averments of this paragraph contain conclusions of law to which no response is required.

34.    The averments of this paragraph contain conclusions of law to which no response is required. By way of further answer, this paragraph misquotes Section 954 of the Election Code, 25 P.S. § 2914, which actually pertains to filing *fee*s and not filings.

35.    Admitted.[1] By way of further answer, the instructions for political body nomination papers also advise candidates for president that "Each candidate for public office must sign and submit one CANDIDATE'S AFFIDAVIT per set of nomination papers."[2]

36.    Admitted only that presidential electors are candidates pursuant to clear provisions of the Election Code. The remaining averments and characterizations in this paragraph are denied.

37.    Admitted.

38.    Admitted.

39.    Admitted.

40.    Admitted.

41.    Denied. By way of further answer, the Secretary is without

---

[1] Under the heading "Frequently Asked Questions for Presidential Candidate of Minor Political Parties and Political Bodies" on the Department's website, there is the following inquiry and response:

- Do presidential electors need to complete the Candidate's Affidavit?
- Yes, minor political party and political body candidates for the office of presidential elector must file candidates' affidavits by the August 1 filing deadline. 25 P.S. §§ 2911(e), 2913(a).

Pa. Dep't of State, Third Party Nomination Paperwork, available at https://www.pa.gov/en/agencies/dos/programs/voting-and-elections/running-for-office/third-party-nomination-paperwork.html.

[2] Pa. Dep't of State, Instructions for Filing as a Candidate of a Political Body ¶ 10 (2024), attached as Exhibit 1.

knowledge as to what the "general public" knows. Further, to the extent this paragraph contains a conclusion of law, no response is required.

42.    Admitted only that the names of presidential elector candidates are not listed on the ballot. By way of further answer, the Department provides information about presidential elector candidates for minor political parties and political bodies during the objection period.

43.    Denied.

44.    Denied.

45.    Denied as stated. The Department provides information about presidential elector candidates for all political parties and political bodies to individuals who request it.

46.    Denied as stated. The Department provides information about presidential elector candidates for all political parties and political bodies to individuals who request it.

47.    The averments of this paragraph contain conclusions of law to which no response is required.

48.    The averments of this paragraph contain conclusions of law to which no response is required.

49.    The averments of this paragraph contain conclusions of law to

which no response is required.

50.    Denied. By way of further answer, the Election Code specifically requires that political body "candidates for presidential electors" must file nomination papers and affidavits. 25 P.S. §§ 2913(a), 2911(e). Further denied as a conclusion of law.

51.    Denied.

52.    Admitted only that the filing fee was paid. The remaining averments and characterizations in this paragraph are denied.

53.    Admitted.

54.    Admitted only that Justice for All political body attempted to provide affidavits for some of its proposed presidential electors. Denied that 19 were timely filed. By way of further answer, the Secretary is without knowledge as to any involvement by "People over Party" or this entity's relation to this matter.

55.    The Secretary is without knowledge as to the efforts expended by any entity in connection with the West/Abdullah nomination papers and so denies these averments. By way of further answer, the Secretary is without knowledge as to any involvement by People over Party or this entity's relation to this matter. Still by way of further answer, political

bodies have six months to obtain requisite affidavits for their candidates.

56.    The Secretary is without knowledge as to the averments in this paragraph. Further, the Secretary is without knowledge as to any involvement by People over Party or this entity's relation to this matter.

57.     The Secretary is without knowledge as to the averments in this paragraph and so denies them.

58.    The Secretary is without knowledge as to the averments in this paragraph and so denies them. Further, the Secretary is without knowledge as to any involvement by People over Party or this entity's relation to this matter.

59.    Denied as stated. By way of further answer, the Secretary rejected the West/Abdullah nomination papers because the Justice for All political body failed to provide all required affidavits for presidential electors to the Department of State by 5:00 P.M. on August 1, 2024.

60.    Admitted only that the Secretary rejected the West/Abdullah nomination papers and that the Secretary will comply with any Court order in this regard. The remaining averments of this paragraph are denied. To the extent the remaining averments are conclusions of law, they are denied.

61.    The Secretary incorporates his responses to paragraphs 1 through 60 as though fully set forth herein.

62.    The averments of this paragraph contain conclusions of law to which no response is required.

63.    The averments of this paragraph contain conclusions of law to which no response is required.

64.    The averments of this paragraph contain conclusions of law to which no response is required.

65.    The averments of this paragraph contain conclusions of law to which no response is required. By way of further answer, the refusal to accept the West/Abdullah nomination papers was based on the application of clear provisions of the Election Code.

66.    Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required.

67.    Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required.

68.    Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required.

69.    The averments of this paragraph contain conclusions of law to

11

which no response is required.

70.  Denied.

71.  The averments of this paragraph contain conclusions of law to which no response is required.

72.  Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required.

73.  Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required.

74.  The averments of this paragraph contain conclusions of law to which no response is required.

75.  Denied.

76.  Denied as stated. By way of further answer, the Election Code considers presidential electors to be candidates and requires each candidate of a political body to submit an affidavit.

77.  Denied as stated. By way of further answer, the Election Code considers presidential electors to be candidates and requires each candidate of a political body to submit an affidavit.

78.  Denied.

79.  Denied.

80.    Denied as stated. By way of further answer, the Election Code considers presidential electors to be candidates and requires each candidate of a political body to submit an affidavit.

81.    Denied as stated. By way of further answer, the Election Code considers presidential electors to be candidates and requires each candidate of a political body to submit an affidavit.

82.    Denied as stated. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required. Still by way of further answer, candidates for federal office are not required to file campaign finance reports with the Secretary. Still by way of further answer, the Secretary is without knowledge as to the veracity of averments in this paragraph and so denies them.

83.    Denied as stated. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required. Still by way of further answer, candidates for federal office are not required to file campaign finance reports with the Secretary.

84.    Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required. By way of further answer, the Election Code considers presidential

electors to be candidates and requires each candidate of a political body to submit an affidavit.

85.    Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required. By way of further answer, the Election Code considers presidential electors to be candidates and requires each candidate of a political body to submit an affidavit.

86.    Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required.

87.    Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required. By way of further answer, the Election Code considers presidential electors to be candidates and requires each candidate of a political body to submit an affidavit.

88.    Denied.

89.    Denied. By way of further answer, the averments of this paragraph contain conclusions of law to which no response is required.

90.    The Secretary incorporates his responses to paragraphs 1 through 89 as though fully set forth herein.

91.    The averments of this paragraph contain conclusions of law to which no response is required.

92.    The averments of this paragraph contain conclusions of law to which no response is required.

93.    Admitted the Petitioners assert the Secretary must accept the West/Abdullah nomination papers. Denied that the assertion is correct. To the extent this paragraph avers conclusions of law, such averments are denied.

94.    Admitted.

95.    Denied.

96.    Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

97.    Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

98.    Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

99.    Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

100.   Denied as a conclusion of law. By way of further answer, the

Election Code specifically requires the Secretary to examine nomination petitions and papers and reject those that fail to conform with its provisions. 25 P.S. § 2936.

101.  Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

102.  Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

103.  Admitted only that a dispute exists between Petitioners and the Secretary. All other averments are denied.

104.  Denied as a conclusion of law.

105.  Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

106.  The Secretary incorporates his responses to paragraphs 1 through 105 as though fully set forth herein.

107.  The averments of this paragraph contain conclusions of law to which no response is required.

108.  The averments of this paragraph contain conclusions of law to which no response is required.

109.  The averments of this paragraph contain conclusions of law to

which no response is required.

110. The averments of this paragraph contain conclusions of law to which no response is required.

111. Denied.

112. The averments of this paragraph contain conclusions of law to which no response is required.

113. The averments of this paragraph contain conclusions of law to which no response is required.

114. Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

115. The Secretary is without knowledge as to the whereabouts or circumstances of the Justice for All presidential electors and so denies such averments. The Secretary further denies that he has imposed "extra-statutory" requirements. By way of further answer, political bodies have six months to obtain requisite affidavits for their candidates.

116. Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

117. Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

118.   Denied. To the extent this paragraph avers conclusions of law, such averments are denied.

119.   The Secretary incorporates his responses to paragraphs 1 through 118 as though fully set forth herein.

120.   The averments of this paragraph contain conclusions of law to which no response is required.

121.   The averments of this paragraph contain conclusions of law to which no response is required.

122.   The averments of this paragraph contain conclusions of law to which no response is required.

123.   The averments of this paragraph contain conclusions of law to which no response is required.

124.   Denied. To the extent this paragraph contains conclusions of law, no response is required.

125.   Denied. To the extent this paragraph contains conclusions of law, no response is required.

126.   Denied. To the extent this paragraph contains conclusions of law, no response is required.

127.   Denied. To the extent this paragraph contains conclusions of

law, no response is required.

128.  Denied. To the extent this paragraph contains conclusions of law, no response is required.

129.  Denied. To the extent this paragraph contains conclusions of law, no response is required.

130.  Denied. To the extent this paragraph contains conclusions of law, no response is required.

131.  Denied. To the extent this paragraph contains conclusions of law, no response is required.

## NEW MATTER

132.  The Secretary incorporates by reference Paragraph 1 through 131 as if fully set forth herein.

133. The Justice for All political body failed to provide 19 presidential elector candidate affidavits by the filing deadline of 5:00 P.M. on August 1, 2024. Accordingly, the Secretary was required to and properly rejected the West/Abdullah nomination papers pursuant to Sections 951(e) and 953(a) of the Election Code. 25 P.S. §§ 2911(e), 2913(a); *see also* 25 P.S. § 2936 (requiring the Secretary to reject nomination papers that contain "material errors or defects").

134. Political bodies, including Justice for All, could begin circulating nomination papers for the 2024 general election on February 14, 2024. They had approximately six months to collect signatures, prepare the filing fee, and fill out a one-page affidavit for each nominated candidate, including presidential electors.

135. On July 11, 2024, a representative appeared at the Department's offices and attempted to file nomination papers and related documents on behalf of the Justice for All political body. The nomination papers listed Cornel West for the office of President, Melina Abdullah for the office of Vice President, and 19 individuals for the office of presidential elector.

136. Upon receipt and review, the Department issued a notice dated July 11, 2024, addressed to Cornel West, which advised that "this office did not receive a valid candidate's affidavit," with the further annotation "0 of 19 Electors" ("first pending notice").[3] A sample affidavit was attached to the first pending notice. The first pending notice is

---

[3] The Department issues a pending notice to acknowledge receipt and presentation of documents to be filed, but which fail to meet a statutory requirement. A pending notice will be issued at a time prior to the filing deadline to allow a candidate to correct any mistake or submit a supplemental filing.

attached as Exhibit 2.

137. Ceyanna Dent, national campaign manager for the West/Abdullah campaign, signed the first pending notice to acknowledge receipt.

138. Concurrently with issuing the first pending notice on July 11, 2024, Department staff orally advised Dent in person that a candidate's affidavit for each of the 19 candidates for presidential elector was necessary to complete the Justice for All filing.

139. On July 30, 2024, the Department received two affidavits for Justice for All presidential elector candidates by mail. These affidavits are attached as Exhibit 3.

140. Because these two affidavits incorrectly identified the candidates' home municipality and election district, the Department issued two additional pending notices ("additional pending notices") due to those deficiencies. These additional pending notices are attached as Exhibit 4.

141. Department staff emailed these additional pending notices to the respective presidential elector candidates, copying the Cornel West campaign on the emails. Staff also attempted to reach the West campaign

via telephone leaving a voice mail at the number provided on Cornel West's candidate's affidavit. Copies of these emails are attached as Exhibit 5.

142.  On August 1, 2024, the Department received by mail eight affidavits from Justice for All presidential elector candidates. Copies of these affidavits are attached as Exhibits 6 and 7.

143.  Also on August 1, 2024, at 4:21 p.m., counsel for Petitioners in this matter emailed the Department's Chief Counsel seven affidavits for Justice for All presidential elector candidates in PDF format.[4] Copies of this email and affidavits are attached as Exhibit 8. The Department's Chief Counsel was out of the office on that date, and Petitioner's counsel would have received an automatic reply informing him of this fact.

144.  At 5:42 p.m. on August 1, 2024, counsel for Petitioners in this matter again emailed the Department's Chief Counsel requesting that she "accept this additional elector affidavit."[5] A copy of this email and

---

[4] These affidavits were invalid because nomination papers must be filed in person with the Department. One of these affidavits was also invalid because it struck through a clause in which the candidate would have attested to not having been registered to vote with a political party for a period beginning thirty days before the 2024 primary election.

[5] This affidavit was invalid because nomination papers must be filed by 5 p.m. on August 1, 2024, in person with the Department.

affidavit is attached as Exhibit 9.

145. On August 2, 2024, the Department issued via email a rejection notice to Cornel West for the Justice for All political body. The notice stated that the nomination papers were rejected for "invalid candidate's affidavit" and "Department is not in receipt of valid affidavits for all 19 electors." The rejection notice was also sent to Cornel West via overnight mail on Monday, August 5, 2024, and was delivered by the Postal Service on Tuesday, August 6, 2024. The rejection notice is attached as Exhibit 10.

146. The rejection notice clearly stated that the candidate needed to file a mandamus action in Commonwealth Court promptly to contest the rejection.

147. Justice for All has not filed a mandamus action to challenge the rejection of its nomination papers for West and Abdullah.

148. Notwithstanding the rejection notice's clear instruction to act quickly, Petitioners failed to do so.

149. Instead, on August 7, 2024, counsel for Petitioners in this matter again emailed the Department's Chief Counsel requesting to "discuss" the Department's rejection of the Justice for All nomination

papers. Chief Counsel Kathleen Kotula responded requesting that counsel identify whom he was representing, but never received a response. Copies of this email chain are attached as Exhibit 11.

150.  It was not until August 15, 2024, that counsel for Petitioners filed the present suit.

151.  By no later than July 11, 2024, Justice for All and the West/Abdullah campaign were on notice that each of the 19 presidential elector candidates needed to submit an affidavit. And that information was posted on the Department's website well before that time.

152.  Justice for All and the West/Abdullah campaign timely filed only five valid affidavits for presidential elector candidates.[6]

153.  A Writ of Mandamus is an extraordinary remedy which seeks to compel official performance of a ministerial act or mandatory duty. *Rosario v. Beard*, 920 A.2d 931, 934 (Pa. Cmwlth. 2007). A Writ of Mandamus may be issued only where there is a clear legal right to relief in the Petitioner, a corresponding duty in the Respondent and a lack of any other appropriate or adequate remedy. *McGill v. Pa. Dep't of Health,*

---

[6] Only five signed originals were presented at the Department's office before 5:00 p.m. on August 1, 2024. As discussed above, *see* supra ¶¶ 143–144, counsel for Petitioners also attempted to submit several affidavits over email, both before and after the deadline.

*Office of Drug & Alcohol Progs.*, 758 A.2d 268, 270 (Pa. Cmwlth. 2000).

154.  Petitioners have failed to show a clear right to relief.

155.  The Department has no duty to accept nomination papers unless there is "appended to each nomination paper offered for filing an affidavit of each candidate nominated therein[.]" 25 P.S. § 2911(e). Rather, the Department's duty is to reject such nomination petition pursuant to Section 976 of the Election Code, 25 P.S. § 2936.

156.  Petitioners cannot show that the Department violated the U.S. or Pennsylvania Constitutions because requiring affidavits from a political body's presidential elector candidates is a minimal but reasonable burden that is more than justified by the Commonwealth's interests.

157.  This Petition should also be denied on the basis of laches.

158.  "Laches bars relief when the complaining party is guilty of want of due diligence in failing to promptly institute the action to the prejudice of another." *Sprague v. Casey*, 550 A.2d 184, 187 (Pa. 1988). The two elements of laches are "(1) a delay arising from Appellants' failure to exercise due diligence and (2) prejudice to the Appellees resulting from the delay." *Stilp v. Hafer*, 718 A.2d 290, 293 (Pa. 1998)

(citing *Sprague*, 550 A.2d at 187-88); *accord Kelly v. Commonwealth*, 240 A.3d 1255, 1256 (Pa. 2020).

159.  Petitioners were well aware of the need to file a mandamus action. *See* Ex. 10 (rejection notice). Moreover, Petitioners were apparently represented by counsel as early as August 1, 2024. Yet they waited 14 days to file this action. Petitioners' delay is inexcusable.

160.  Petitioners' delay also prejudices the ability of the Secretary to certify the 2024 general election ballot to the counties. Petitioners seek as relief an order requiring the Secretary to accept the Justice for All nomination papers, which nominate candidates for the offices of President, Vice President, and presidential electors. Any candidate nominated by a political body must go through an objection period. *See* 25 P.S. § 2937. Until there is a final, non-appealable order resolving all objections, counties cannot begin printing balloting materials.

161. The Petition should also be dismissed because none of the three petitioners has a legally cognizable interest in the primary relief sought, which is the listing of Cornel West and Melina Abdullah as candidates for President and Vice President on the 2024 general election ballot in Pennsylvania. Rather, any such interest belongs to West,

Abdullah, Justice for All, and/or the West/Abdullah campaign, yet none

is a petitioner in this action.

WHEREFORE, the Secretary respectfully requests that this Honorable Court dismiss Petitioners' Petition for Writ of Mandamus and all other claims.

August 19, 2024                           Respectfully submitted,

                                          /s/ Kathleen A. Mullen
Michael J. Fischer (No. 322311)           Kathleen A. Mullen (No. 84604)
Aimee D. Thomson (No. 326328)             Ian B. Everhart (No. 318947)
Jacob B. Boyer (No. 324396)               Pennsylvania Department of
Governor's Office of General              State
Counsel                                   306 North Office Bldg.
333 Market Street, 17th Floor             401 North Street
Harrisburg, PA 17101                      Harrisburg, PA 17120-0500
aimeethomson@pa.gov                       (717) 783-0736
(223) 234-4986

*Counsel for Respondents Department of State and Secretary of the Commonwealth Al Schmidt*

## VERIFICATION

The undersigned, Jonathan M. Marks, Deputy Secretary for Elections and Commissions of the Pennsylvania Department of State, verifies that the statements made in the foregoing Answer and New Matter are true and correct to the best of his/her knowledge, information and belief. The undersigned further verifies that the exhibits attached hereto are true and correct copies. The undersigned understands that statements therein are made subject to the penalties of 18 Pa.C.S § 4904 relating to unsworn falsification to authorities.

Jonathan M. Marks
Deputy Secretary for Elections and Commissions
Pennsylvania Department of State
Date: August 19, 2024

## CERTIFICATION

This 19th day of August, 2024, I certify that:

**Public Access Policy.** I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**Service**. I am this day serving this Brief to all counsel of record electronically via the PACFile system, and to any *pro se* participants via electronic mail, with a certificate of service to be generated thereby.

*/s/Kathleen A. Mullen*

# EXHIBIT 1

**INSTRUCTIONS FOR FILING AS A CANDIDATE OF A POLITICAL BODY**
**2024 GENERAL ELECTION**

*PLEASE READ CAREFULLY*

In addition to political party nominations made at primaries, the Election Code permits political bodies to nominate candidates for public offices by filing political body nomination papers. Political body nomination papers should not be used to nominate political party candidates for the primary or to nominate minor political party candidates.

1. **INSTRUCTIONS FOR COMPLETING PREAMBLE (Section A):**

*Name of Political Body* – All nomination papers must specify the name of the Political Body which the candidate(s) represent. Such name cannot be more than three (3) words and cannot use words identical with, or deceptively similar to, any words used in the name of an existing political party, or of any political body which has already filed nomination papers for the same office(s). *County of Signers* – Nomination papers may be on one or more sheets (each copy of the two-sided form is considered a "sheet"). However, different sheets must be used for signers residing in different counties. Insert the county of residence (only one) of the electors signing each sheet.

2. **INSTRUCTIONS FOR COMPLETING CANDIDATE INFORMATION (Section B):**

The name of each candidate, and his/her occupation and place of residence must be listed. The correct title of the office which each such candidate is seeking must be indicated with the appropriate district number.  NOTE:  More than one candidate may be nominated by one set of nomination papers, provided that all the signers are eligible to vote for all offices for which such nominations are made. If candidates for the offices of President and Vice-President of the United States are being nominated, the nomination paper must contain the names, residences, and occupations of 19 presidential electors.

3. **DISAFFILIATION:**

Any person who is a registered and enrolled member of a political party during any period of time beginning with thirty (30) days before the primary and extending through the General or Municipal Election is <u>not eligible </u>to be the candidate of a political body in the General or Municipal Election held in the same year.  A candidate for election at a special election may not be a registered and enrolled member of a party.

4. **INSTRUCTIONS FOR COMPLETING COMMITTEE TO FILL VACANCIES (Section C):**

A committee of three (3) to five (5) persons must be listed on the nomination papers in the spaces provided.  The names of the committee members must be listed on each page of the nomination paper.  This committee is empowered to nominate persons to fill a vacancy in the nomination should it occur.  The Pennsylvania Election Code does not specify the qualifications of the members of this committee.

5. **CIRCULATION OF NOMINATION PAPERS:**

For 2024 the circulation period begins on February 14 and ends on August 1, 2024, which is the deadline to file all nomination papers.

6. **SIGNERS:**

Signers must be qualified, registered electors of the Commonwealth and of all electoral districts referred to in the nomination paper sheet they have signed. Each signer must personally sign his/her name, insert his/her printed name, place of residence and the date of signing. (NOTE:  The name of the City, Borough or Township must be given, as well as the street address, if any.  The date of signing may be expressed in words or numbers, e.g. – February 14, 2024, or 2/14/24.) As a result of a federal district court order, the Secretary of the Commonwealth **is not enforcing the prohibition on signing more nomination papers than there are persons to be elected and offices to be filled** found in section 951(c) of the Pennsylvania Election Code, 25 P.S. § 2911(c), for nomination papers filed by the Green Party and the Libertarian Party.  See *Green Party of Pa. v. Aichele*, 89 F. Supp. 3d 723 (E.D. Pa. 2015).  Because having different nomination requirements for different political bodies raises equal protection concerns under both the Federal and State Constitutions, and because other political bodies would likely be able to obtain relief similar to that already afforded to the *Green Party* plaintiffs, **the Secretary has decided to apply the reasoning of the Green Party decision to all nomination papers submitted by political bodies**.

7. **NUMBER OF SIGNERS:**

As a result of a federal district court order, the Secretary of the Commonwealth **is not enforcing the two percent calculation contained in Section 951(b) of the Pennsylvania**

**Election Code, 25 P.S. § 2911(b), for offices to be filled by the voters of the entire State** for nomination papers filed by the Constitution Party, the Green Party and the Libertarian Party. See *Constitution Party of Pa. v. Cortés*, No. 12-2726 (E.D. Pa. Feb. 1, 2018). Rather, candidates for all statewide offices must gather 2,500 signatures, except for the offices of President of the United States, United States Senator, or Governor, which require 5,000 signatures. Please refer to signature requirements for statewide offices on page 2. Because having different nomination requirements for different political bodies raises equal protection concerns under both the Federal and State Constitutions, and because other political bodies would likely be able to obtain relief similar to that already afforded to the *Constitution Party* plaintiffs, **the Secretary has decided to apply the new signature requirements to all nomination papers for all political bodies for statewide candidates**. However, notwithstanding the decision of the Secretary of the Commonwealth to apply the lower signature requirement to all nomination papers for all political bodies for statewide candidates, it remains possible that individual qualified electors may file objections to nomination papers in court on the basis that the federal court order does not expressly apply to statewide political body candidates other than the three political bodies who brought the litigation. In the event that objections to a nomination paper were filed by a qualified elector, the court would determine on its own authority whether to enforce the signature requirement imposed by section 951(b).

For all other nominations, the minimum number of signatures required is two percent of the largest entire vote cast for any officer (except a judge of a court of record) elected at the last preceding election held in the same electoral district, but it may not be less than the number required for nomination petitions for political party candidates for the same office (exceptions to this rule apply to new electoral districts). The Bureau of Elections will furnish the figures for all offices for which nomination papers are filed with the Secretary of the Commonwealth. For other offices, consult your County Board of Elections.

## 8. STATEMENT OF CIRCULATOR:

*Every* sheet of the nomination paper must have the "Statement of Circulator" filled in and signed after all signatures have been obtained. Recent amendments to section 951(d) of the Pennsylvania Election Code, 25 P.S. § 2911(d), have eliminated the **in-state residency requirement** and the **affidavit requirement** for circulators of nomination papers for all political bodies.

## 9. ASSEMBLING NOMINATION PAPERS:

When more than one page is used, they must be fastened or bound together, and each page must be numbered consecutively.

## 10. CANDIDATE'S AFFIDAVIT AND ETHICS STATEMENT:

Each candidate for public office must sign and submit one CANDIDATE'S AFFIDAVIT per set of nomination papers. The CANDIDATE'S AFFIDAVIT is a separate form and may be obtained from the **Bureau of Elections, Room 201, North Office Building, Harrisburg, PA 17120**. Act 2020-15, signed into law on April 20, 2020, allows a candidate to sign an unsworn statement and submit it along with the candidate's affidavit and paper packet instead of notarizing the candidate's affidavit. The unsworn statement will be available for download on the Department's Running for Office web page.

Each candidate for public office, except President and Vice-President of the United States, United States Senator and Representative in Congress, must submit with their nomination papers a copy of the Statement of Financial Interests required to be filed with the State Ethics Commission. The original copy of the Statement of Financial Interests must be filed with the State Ethics Commission.

## 11. FILING FEES:

Filing fees for nomination papers are the same as the filing fees required for nomination petitions for the same office. All filing fees must be presented with the nomination papers at the time of filing.

a) For Statewide offices (President of the United States, United States Senator, Attorney General, Auditor General, State Treasurer) — $200.00; Representative in Congress — $150.00; and Senator or Representative in the General Assembly — $100.00.

b) The filing fee for offices specified in (a) must be presented with the nomination paper and must be made by CERTIFIED CHECK or MONEY ORDER payable to the Commonwealth of Pennsylvania. A separate filing fee must be submitted for each candidate named in the nomination paper.

**SIGNATURE REQUIREMENTS FOR STATEWIDE AND DISTRICT OFFICES
GENERAL ELECTION – NOVEMBER 5, 2024**

| **Office** | **Signatures** |
| --- | --- |

| | |
|---|---|
| President of the United States | 5,000 |
| United States Senator | 5,000 |
| Attorney General | 2,500 |
| Auditor General | 2,500 |
| State Treasurer | 2,500 |
| Representative in Congress | See attached chart. |
| Senator in the General Assembly | See attached chart. |
| Representative in the General Assembly | See attached chart. |

## 12. TIME AND PLACE TO FILE:

Nomination papers for all offices listed in 11 are filed in the office of the Secretary of the Commonwealth, at **Room 201, North Office Building, Harrisburg, PA 17120**, and must be filed by 5:00 P.M. on the deadline to file nomination papers. Nomination papers for local offices are filed in the Office of the County Board of Elections.

* These signature requirements have been updated as a result of a federal district court order that established new signature requirements for nomination papers filed by statewide candidates from the Constitution Party, the Green Party and the Libertarian Party. *See* Order, *Constitution Party of Pa. v. Cortès*, No. 12-2726, Doc. No. 115 (E.D. Pa. Feb. 1, 2018). Because having different nomination requirements for different political bodies raises equal protection concerns under both the Federal and State Constitutions, and because other political bodies would likely be able to obtain relief similar to that already afforded to the *Constitution Party* plaintiffs, **the Secretary of the Commonwealth has decided to apply the new signature requirements to all nomination papers submitted by statewide political body candidates.**

# EXHIBIT 2



Date: _July 11_ , 2024

_Cornel West_
_17242 Citron_
_Irvine, CA 92612_

Dear _Cornel West_ :

On _July 11_ , 2024 this office received your nomination papers for the office of _US President_ , _____ District, _1287_ pages, _Justice For All_ Political Body, filing fee, and a copy of your Statement of Financial Interests, if applicable. However, this office did not receive a valid candidate's affidavit. _Doc 19 Electors_ A blank candidate's affidavit is attached for your use.

This office will hold your nomination papers, filing fee, and a copy of your Statement of Financial Interests (if applicable) pending receipt of a valid candidate's affidavit, which must be received by this office <u>no later than 5:00 P.M., Thursday, August 1ˢᵗ, 2024</u>.

Sincerely,

Jessica Mathis

Jessica Mathis
Director, Bureau of Elections

Attachment

ACKNOWLEDGED BY: _____
                          CEYANNA DENT

Papers Pending – **Affidavit**

# EXHIBIT 3



**RECEIVED**

DSBE (HCA) rev. 2/24)

JUL 2 9 2024

DEPARTMENT OF STATE
EXECUTIVE OFFICE

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
Bureau of Elections

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Allegheny_

Name: _Tunstalle_ _Geraldine_ _Anise_ _____
        Last Name         First Name        Middle Name or Initial    Suffix

Residential Address: _2929 Webster Avenue_

City: _Pittsburgh_     State: _Pa_ Zip Code: _15219_

Municipality (City, Boro, or Township): _____ Gender: F ☐ M ☑ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): _Allegheny County_

Office for which you are seeking nomination: _Presidential Elector_

Email address: _geraldine-tunstalle @ gmail . com_

Name as it is to appear on the Ballot: _Geraldine Tunstalle_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_24_ day of _July_ 20 _24_

_Barbara Ann Stiggers_
Signature of Officer Administering Affirmation

_Notary Public_
Official Title

My commission expires _Sept 24, 2027_

_(signature)_
Signature of Candidate

_412 224-7887_
Telephone Number

_Allegheny_
County of Residence

Commonwealth of Pennsylvania - Notary Seal
BARBARA ANN STIGGERS - Notary Public
Allegheny County
My Commission Expires September 24, 2027
Commission Number 1292868

| OFFICE USE ONLY | | | | | |
|---|---|---|---|---|---|
| COUNTY CODE | $ | | F | | M |
| | AMOUNT RECEIVED | | | | |
| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | | |
| | | | | | COMMENTS |
| CHECKER | | INPUT | | VERIFY | |



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Philadelphia_

Name: _Kleinberg,_ _Nicole_ _K_
　　　　Last Name　　First Name　　　Middle Name or Initial　　Suffix

Residential Address: _5327 Baynton Street_

City: _Philadelphia_　　　　State: _PA_　Zip Code: _19144_

Municipality (City, Boro, or Township): _Philadelphia_　Gender: F ☐ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____　　State: _____　Zip Code: _____

Election District of Candidate (district where registered to vote): _Philadelphia_

Office for which you are seeking nomination: ___Presidential Elector___

Email address: _Nikki.KelleyKleinberg @ gmail.com_

Name as it is to appear on the Ballot: _Nicole Kelley Kleinberg_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses. and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_2 3_ day of _July_ 20 _2 4_

_____
Signature of Officer Administering Affirmation

_Notary Public_
Official Title

My commission expires _01 / 10 / 2028_

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____
Signature of Candidate

_215 - 384 - 3311_
Telephone Number

_Philadelphia_
County of Residence

Commonwealth of Pennsylvania - Notary Seal
Zinnia Ruch, Notary Public
Philadelphia County
My Commission Expires January 10, 2028
Commission Number 1441337

OFFICE USE ONLY

| COUNTY CODE | $ AMOUNT RECEIVED | F | M |
| --- | --- | --- | --- |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |
| --- | --- | --- | --- |

| | | | COMMENTS |
| --- | --- | --- | --- |

| CHECKER | INPUT | VERIFY |
| --- | --- | --- |

PA DEPT OF STATE
JUL 29 2024

# EXHIBIT 4



Date: <u>July 30</u>, 2024

<u>Geraldine Tunstalle</u>
<u>2929 Webster Avenue</u>
<u>Pittsburgh. PA 15219</u>

Dear <u>Geraldine Tunstalle</u>:

On <u>July 30</u>, 2024 this office received your candidate's affidavit for the office of <u>Presidential Elector</u>, <u>Justice for All</u> Political Body.  However, the affidavit you submitted did not list your Municipality (City, Boro, or Township).  A blank candidate's affidavit is attached for your use.

A valid candidate's affidavit must be received by this office <u>no later than 5:00 P.M.,</u> <u>Thursday, August 1st, 2024</u> to accept the paperwork provided by the <u>Justice for All</u> Political Body.

Sincerely,

Jessica Mathis
Director, Bureau of Elections

Attachment

ACKNOWLEDGED BY: _____

Papers Pending – **Affidavit**



Date: July 30, 2024

Nicole Kleinberg
5327 Baynton Street
Philadelphia, PA 19144

Dear Nicole Kleinberg:

On July 30, 2024 this office received your candidate's affidavit for the office of Presidential Elector, Justice for All Political Body. However, the affidavit you submitted did not correctly list your Election District of Candidate (district where registered to vote). A blank candidate's affidavit is attached for your use.

A valid candidate's affidavit must be received by this office no later than 5:00 P.M., Thursday, August 1st, 2024 to accept the paperwork provided by the Justice for All Political Body.

Sincerely,

Jessica Mathis
Director, Bureau of Elections

Attachment

ACKNOWLEDGED BY: _____

Papers Pending – **Affidavit**

# EXHIBIT 5

**Everhart, Ian**

| | |
|---|---|
| **From:** | ST, Elections |
| **Sent:** | Tuesday, July 30, 2024 5:01 PM |
| **To:** | geraldinetunstalle@gmail.com |
| **Cc:** | team@cornelwest2024.com |
| **Subject:** | Pending Notice: Tunstalle Candidate Affidavit |
| **Attachments:** | Tunstalle_Affidavit.pdf; Tunstalle_Pending Notice.pdf; PB 2024 Political Body Candidate's Affidavit.pdf |

Dear Geraldine Tunstalle:

Attached please find the following:

- A photocopy of your candidate affidavit that my office received in the mail;
- A pending notice related to this affidavit issued today by my office; and
- A blank candidate affidavit, for your convenience.

If you have any questions, you can contact my staff member Ben Feldman at (717) 265-7634.

Jessica Mathis
Director, Bureau of Elections

**Everhart, Ian**

| | |
|---|---|
| **From:** | ST, Elections |
| **Sent:** | Tuesday, July 30, 2024 4:57 PM |
| **To:** | nikkikelleykleinberg@gmail.com |
| **Cc:** | team@cornelwest2024.com |
| **Subject:** | Pending Notice: Kleinberg Candidate Affidavit |
| **Attachments:** | Kleinberg_Affidavit.pdf; Kleinberg_Pending Notice.pdf; PB 2024 Political Body Candidate's Affidavit.pdf |

Dear Nicole Kleinberg:

Attached please find the following:

- A photocopy of your candidate affidavit that my office received in the mail;
- A pending notice related to this affidavit issued today by my office; and
- A blank candidate affidavit, for your convenience.

If you have any questions, you can contact my staff member Ben Feldman at (717) 265-7634.

Jessica Mathis
Director, Bureau of Elections

# EXHIBIT 6

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



### POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Northumberland_

Name: _Alvarez_ , _Sophia_ , _____ , ____
    Last Name        First Name        Middle Name or Initial    Suffix

Residential Address: _360 Arch St_

City: _Sunbury_     State: _PA_    Zip Code: _17801_

Municipality (City, Boro, or Township): _Sunbury_     Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____      State: _____   Zip Code: _____

Election District of Candidate (district where registered to vote): _Northumberland_

Office for which you are seeking nomination: **Presidential Elector**

Email address: _sweetsun79@gmail.com_

Name as it is to appear on the Ballot: _Sophia Alvarez_

**CANDIDATE'S AFFIDAVIT** - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_27_ day of _July_ 20 _24_

_Carolyn L Marks_
Signature of Officer Administering Affirmation

_Notary Public_
Official Title

My commission expires _5-30-2028_

_[Notary Seal: Commonwealth of Pennsylvania - Notary Seal Carolyn L. Marks, Notary Public Northumberland County My commission expires May 30, 2028 Commission number 1193139 Member, Pennsylvania Association of Notaries]_

Signature of Candidate

_570 336 4570_
Telephone Number

_Northumberland_
County of Residence

---

**OFFICE USE ONLY**

| COUNTY CODE | $ | | F | | M |
| AMOUNT RECEIVED |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | COMMENTS |

CHECKER    INPUT    VERIFY

# EXHIBIT 7

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Berks__

Name: __Stephens__ __Jacob__ __Charles__
    Last Name     First Name     Middle Name or Initial    Suffix

Residential Address: __2490 Hopewell Rd__

City: __Elverson__     State: __PA__   Zip Code: __19520__

Municipality (City, Boro, or Township): __Caernarvon Township__    Gender: F ☐ M ☑ NB ☐

Mailing Address (if different from residential): _____

City: _____    State: _____   Zip Code: _____

Election District of Candidate (district where registered to vote): __Caernarvon Township - 2nd Precinct__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __jacob.stephens.701@gmail.com__

Name as it is to appear on the Ballot: __Jacob Stephens__

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

__24__ day of __July__ 2024

_Signature_
Signature of Officer Administering Affirmation

notary
Official Title

My commission expires __8-20-24__

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_Jacob C. Stephens_
Signature of Candidate

484 356 7773
Telephone Number

Berks
County of Residence

Commonwealth of Pennsylvania – Notary Seal
Sandra L. Styer, Notary Public
Berks County
My commission expires September 20, 2028
Commission number 1162696
Member, Pennsylvania Association of Notaries

OFFICE USE ONLY

| COUNTY CODE | $ | | | F | | | M |

AMOUNT RECEIVED

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | | COMMENTS |

| CHECKER | INPUT | VERIFY |

DSBE-PBCA (rev. 3-24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

PB

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Greene

Name: Williams                Autumn                Nicole
        Last Name              First Name          Middle Name or Initial        Suffix

Residential Address: 104 Midway Aly

City: Mount Morris              State: PA    Zip Code: 15349

Municipality (City, Boro, or Township): Perry Twp              Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential):

City:                          State:      Zip Code:

Election District of Candidate (district where registered to vote): 12

Office for which you are seeking nomination: Presidential Elector

Email address: autumnwilliams1310gmail.com

Name as it is to appear on the Ballot: Autumn Williams

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

Sworn (or affirmed) and subscribed before me this

17th day of July 2024

_____
Signature of Officer Administering Affirmation

Notary
Official Title

My commission expires March 30, 2027

Commonwealth of Pennsylvania - Notary Seal
AMBER L. HARBARGER - Notary Public
Greene County
My Commission Expires March 30, 2027
Commission Number 1433858

_____
Autumn Williams
Signature of Candidate

681-285-2567
Telephone Number

Greene
County of Residence

| OFFICE USE ONLY |
| --- |

COUNTY CODE    $_____
                AMOUNT RECEIVED          F ☐        M ☐

OFFICE    DISTRICT    POLITICAL    NUMBER OF
                      PARTY        PAPERS

COMMENTS

CHECKER        INPUT        VERIFY

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Bucks_

Name: _ADNANE_ , _LOQMAN_ , _R_
Last Name / First Name / Middle Name or Initial / Suffix

Residential Address: _768 LILY RD_

City: _WARMINSTER_    State: _PA_   Zip Code: _18974_

Municipality (City, Boro, or Township): _WARMINSTER_    Gender: F ☐  M ☑  NB ☐

Mailing Address (if different from residential): _____

City: _____    State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): _PENNSYLVANIA 1st_

Office for which you are seeking nomination: Presidential Elector

Email address: _loqman.adnane @ outlook.com_

Name as it is to appear on the Ballot: _LOQMAN ADNANE_

**CANDIDATE'S AFFIDAVIT** - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Commonwealth of Pennsylvania – Notary Seal
Jacqueline Narzalona, Notary Public
Bucks County
My Commission Expires May 29, 2028
Commission Number 1338353

_Sworn_ (or affirmed) and subscribed before me this

_25_ day of _July_ 20 _24_

_____
Signature of Officer Administering Affirmation

_NOTARY PUBLIC_
Official Title

My commission expires _5/29/28_

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____
Signature of Candidate

_215 - 313 - 7668_
Telephone Number

_Bucks_
County of Residence

**OFFICE USE ONLY**

| COUNTY CODE | $ | F | | M |
| --- | --- | --- | --- | --- |
| | AMOUNT RECEIVED | | | |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |
| --- | --- | --- | --- |

COMMENTS

| CHECKER | INPUT | VERIFY |
| --- | --- | --- |

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Allegheny_

Name: _McWilliams_ , _Arnold_ , _W_ , _____
        Last Name        First Name         Middle Name or Initial    Suffix

Residential Address: _1031 Wolfe Avenue_

City: _Braddock_          State: _PA_   Zip Code: _15104_

Municipality (City, Boro, or Township): _North Braddock_          Gender: F ☐ M ☑ NB ☐

Mailing Address (if different from residential): _____

City: _Braddock_          State: _PA._   Zip Code: _15104_

Election District of Candidate (district where registered to vote): _Allegheny County_

Office for which you are seeking nomination: _Presidential Elector_

Email address: _2becontinued48@gmail.com_

Name as it is to appear on the Ballot: _Arnold W McWilliams_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_26th_ day of _July_ 20_24_

_Nicholas J Kizina_
Signature of Officer Administering Affirmation

_Notary Public_
Official Title

My commission expires _10/19/27_

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_Arnold W McWilliams_
Signature of Candidate

_412 - 932 - 8874_
Telephone Number

_Allegheny County_
County of Residence

Commonwealth of Pennsylvania - Notary Seal
Nicholas J Kizina, Notary Public
Allegheny County
My commission expires October 19, 2027
Commission number 1434643

| OFFICE USE ONLY | | | | |
|---|---|---|---|---|

COUNTY CODE   $_____
              AMOUNT RECEIVED          F ☐          M ☐

OFFICE      DISTRICT      POLITICAL      NUMBER OF
                          PARTY          PAPERS

                                                      COMMENTS

      CHECKER          INPUT          VERIFY

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Dauphin

Name: Martin , Tatiana , M ,
    Last Name      First Name      Middle Name or Initial   Suffix

Residential Address: 102 University Manor E

City: Hershey    State: PA   Zip Code: 17033

Municipality (City, Boro, or Township): Derry Township    Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential):

City:    State:    Zip Code:

Election District of Candidate (district where registered to vote): 10th congressional District

Office for which you are seeking nomination:    Presidential Elector

Email address: tatianam5517@gmail.com

Name as it is to appear on the Ballot: Tatiana M. Martin

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

____ day of ____ 20 24

_____
Signature of Officer Administering Affirmation

Notary
Official Title

My commission expires 9/20/2025

*DANIEL W WINSTON
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 20, 2025*

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____
Signature of Candidate

717-810-6156
Telephone Number

Dauphin
County of Residence

OFFICE USE ONLY

| COUNTY CODE | $ | | F | | | M | |
| | | AMOUNT RECEIVED | | | | | |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | |
| | | | | |

| | | | | | | | | | | | | COMMENTS |

| CHECKER | INPUT | VERIFY |

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Delaware_

Name: _Banchs_ , _Christian_ , _Edward_ ,
      Last Name           First Name          Middle Name or Initial    Suffix

Residential Address: _503 DAVIS AVE_

City: _Clifton Heights_      State: _PA_ Zip Code: _19018_

Municipality (City, Boro, or Township): _Clifton Heights_     Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): _Delaware_

Office for which you are seeking nomination: _Presidential Elector_

Email address: _Christian.banchs@gmail.com_

Name as it is to appear on the Ballot: _Christian Banchs_

**CANDIDATE'S AFFIDAVIT** - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_23rd_ day of _July_ 20 _24_

_Andrew Dunleavy_
Signature of Officer Administering Affirmation

_Notary Public_
Official Title

My commission expires _10/02/2027_

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_Christ. S. Banl_
Signature of Candidate

_267-515-9866_
Telephone Number

_Delaware_
County of Residence

Commonwealth of Pennsylvania - Notary Seal
ANDREW M DUNLEAVY - Notary Public
Delaware County
My Commission Expires October 2, 2027
Commission Number 1438997

| OFFICE USE ONLY | | |
|---|---|---|

COUNTY CODE ☐☐ $ _____     F ☐     M ☐
            AMOUNT RECEIVED

☐☐☐    ☐☐☐    ☐☐☐     ☐☐☐☐☐
OFFICE    DISTRICT    POLITICAL    NUMBER OF
                 PARTY       PAPERS

☐☐☐☐☐☐☐☐☐☐☐     COMMENTS

      CHECKER       INPUT       VERIFY

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

**CANDIDATE'S AFFIDAVIT FOR SUBSTITUTE NOMINATION CERTIFICATE**

COMMONWEALTH OF PENNSYLVANIA

SS:

COUNTY OF _Allegheny_

CANDIDATE'S AFFIDAVIT — I do swear (or affirm) that my residence, my election district and the name of the office for which I consent to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for a Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, that I am not a candidate for the same office of any political party or political body other than the one designated herein; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

Sworn to (or affirmed) and subscribed before me this

_26th_ day of _July_ , 20 _24_

Commonwealth of Pennsylvania - Notary Seal
AARON GIBSON JR., Notary Public
Allegheny County
My Commission Expires August 12, 2024
Commission Number 1376972

(SEAL)

(Signature of Person Administering Oath)

My Commission Expires _August 12, 2024_

_Presidential Elector_
Office and District (if any)

_Charles B. Her_
Signature of Candidate

_Charles B. Her_
Printed Name of Candidate

_1203 Love St_
Residential Address/Post Office/Zip Code

_Pittsburgh_          _Allegheny_
City, Borough, Township          County

Election District of Candidate
(District Where Registered To Vote)

_412 608 4569_
Telephone Number

DSBE-PBSNC (6/24)

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Allegheny_

Name: _Hier_ , _Charles_ , _B_ ,
        Last Name        First Name        Middle Name or Initial        Suffix

Residential Address: _1203 Love Street_

City: _Pittsburgh_        State: _PA_  Zip Code: _15218_

Municipality (City, Boro, or Township): _Pittsburgh_        Gender: F ☐  M ☑  NB ☐

Mailing Address (if different from residential): _____

City: _____        State: ____  Zip Code: _____

Election District of Candidate (district where registered to vote): _12th Cong District_

Office for which you are seeking nomination: _Presidential Elector_

Email address: _hier@pitt.edu_

Name as it is to appear on the Ballot: _Charles B. Hier_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; ~~that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party~~; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

_CH_

_CH_

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

Sworn (or affirmed) and subscribed before me this

_26th_ day of _July_  20 _24_

_____
Signature of Officer Administering Affirmation

_Notary Public_
Official Title

My commission expires _August 12, 2024_

[Notary seal: Commonwealth of Pennsylvania, Notary Seal, AARON Glick, Jr., Notary Public, Allegheny County, Commission Expires August 12, 2024, Commission Number 1375072]

_Charles B. Hier_
Signature of Candidate

_412 608 4569_
Telephone Number

_Allegheny_
County of Residence

**OFFICE USE ONLY**

| COUNTY CODE | $ AMOUNT RECEIVED | F | | M |
|---|---|---|---|---|

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |
|---|---|---|---|

COMMENTS

| CHECKER | INPUT | VERIFY |
|---|---|---|

DSBE-PB WD (rev. 7/24)     **COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



## POLITICAL BODY CANDIDATE'S WITHDRAWAL NOTICE

TO THE SECRETARY OF THE COMMONWEALTH:

I hereby withdraw my name as a candidate for the OFFICE and POLITICAL BODY in the COUNTY and/or DISTRICT listed below for the General Election to be held November 5, 2024.

POLITICAL BODY _Justice For All_          OFFICE _Presidential Elector_

COUNTY _Philadelphia_          DISTRICT _____

COMPLETE IF APPLICABLE

_Katherine Marie Hopkins-Bot_          _Katherine Marie Hopkins-Bot_
PRINTED NAME OF CANDIDATE          SIGNATURE OF CANDIDATE

Candidate Number _17_          _(215)222-1472_
TELEPHONE NUMBER (OPTIONAL)

On this, the _25_ day of _July_, 20_24_, before me _Michael Walter Overby_ the undersigned officer, personally appeared _Katherine Hopkins-Bot_

known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained and desired the same to be recorded as such.

Commonwealth of Pennsylvania - Notary Seal
Michael Walter Overby, Notary Public
Philadelphia County
My commission expires October 15, 2024
Comm**(SEAL)**number 1362106
Pennsylvania Association of Notar

In witness whereof, I hereunto set my hand and official seal.

_(signature)_
(SIGNATURE)

_Notary Public_
(OFFICIAL TITLE)

My Commission Expires _10/15/2024_

**NOTE:  Withdrawals must be filed not later than 5:00 P.M. on August 12, 2024**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE BUREAU OF ELECTIONS
210 NORTH OFFICE BUILDING
HARRISBURG, PA  17120

DSBE – PB WD (REV. 7/24)

# EXHIBIT 8

**Everhart, Ian**

| | |
|---|---|
| **From:** | Matt Haverstick <mhaverstick@kleinbard.com> |
| **Sent:** | Thursday, August 1, 2024 4:21 PM |
| **To:** | Kotula, Kathleen |
| **Cc:** | Shohin Vance |
| **Subject:** | [External] Elector affidavits |
| **Attachments:** | Combined Affidavits and Declarations.pdf |

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the* [*Report Phishing button in Outlook.*](Report Phishing button in Outlook.)

Ms. Kotula:

Please see the attached elector affidavits. We'd like to discuss with you how to handle these electors. Are you free tomorrow?

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street |Philadelphia, PA  19103
D | 215.496.7225
M| 484.753.1355
F | 215.568.0140
E | mhaverstick@kleinbard.com
W| www.kleinbard.com

This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

DSBE-PBCA (rev. 2/24)



# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF STATE
### Bureau of Elections

### POLITICAL BODY CANDIDATE'S AFFIDAVIT

**COMMONWEALTH OF PENNSYLVANIA**

COUNTY OF Delaware

Name: Steele , David
      Last Name       First Name       Middle Name or Initial    Suffix

Residential Address: 1308 Edgewood Rd.

City: Havertown     State: PA   Zip Code: 19083

Municipality (City, Boro, or Township): Haverford Township    Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): Delaware County

Office for which you are seeking nomination: Presidential Elector

Email address: steelecarpentry@gmail.com

Name as it is to appear on the Ballot: David Steele

**CANDIDATE'S AFFIDAVIT** - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of _____ 20____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

DocuSigned by:

_____
Signature of Candidate

(610) 457-1277
_____
Telephone Number

Delaware County
_____
County of Residence

| OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| ☐ COUNTY CODE | $ _____ AMOUNT RECEIVED | F ☐ | M ☐ | |
| ☐☐☐ OFFICE | ☐☐☐ DISTRICT | ☐☐☐ POLITICAL PARTY | ☐☐☐☐ NUMBER OF PAPERS | |
| ☐☐☐☐☐☐☐☐☐☐☐ | | | | COMMENTS |
| CHECKER | INPUT | VERIFY | | |



## pennsylvania
### DEPARTMENT OF STATE

**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___31___ (date) day of ___July___ (month), ___2024___ (year), at

___Delaware County, PA___ (county or other location, and state), ___USA___ (country).

___David Steele___
(printed name)

___[signature]___
(signature)

(rev. 2/21)

DocuSign

## Certificate Of Completion

Envelope Id: D450218551754F2FA33359E4293D412E                                      Status: Completed
Subject: Complete with Docusign: David Steele - PA Elector Affidavit and Declaration.pdf
Source Envelope:
Document Pages: 2                          Signatures: 2                            Envelope Originator:
Certificate Pages: 2                       Initials: 0                              ▌▌▌▌▌▌▌▌
AutoNav: Enabled                                                                    ▌▌▌▌▌▌▌▌▌▌▌
EnvelopeId Stamping: Enabled                                                        ▌▌▌▌▌▌▌▌▌▌
Time Zone: (UTC-06:00) Central Time (US & Canada)                                   ▌▌▌▌▌▌▌▌▌▌

## Record Tracking

Status: Original                           Holder: ▌▌▌▌▌▌                           Location: DocuSign
        7/31/2024 2:34:06 PM                       ▌▌▌▌▌▌▌▌▌

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| David Steele<br>steelecarpentry@gmail.com<br>Security Level: Email, Account Authentication (None) | [signature image]<br>0A88BF6665FA447 | Sent: 7/31/2024 2:35:42 PM<br>Viewed: 7/31/2024 4:42:35 PM<br>Signed: 7/31/2024 4:42:41 PM |
| | Signature Adoption: Drawn on Device<br>Using IP Address: 174.198.8.0<br>Signed using mobile | |
| Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| ▌▌▌▌▌▌▌▌<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 7/31/2024 2:35:42 PM<br>Viewed: 8/1/2024 8:04:49 AM |
| Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign | | |
| ▌▌▌▌▌▌▌<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 7/31/2024 2:35:42 PM |
| Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 2:35:42 PM |
| Certified Delivered | Security Checked | 7/31/2024 4:42:35 PM |
| Signing Complete | Security Checked | 7/31/2024 4:42:41 PM |
| Completed | Security Checked | 7/31/2024 4:42:41 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

DSBE-PBCA (rev. 2/24)



### COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF STATE
### Bureau of Elections

## POLITICAL BODY CANDIDATE'S AFFIDAVIT

**COMMONWEALTH OF PENNSYLVANIA**

COUNTY OF ___Northampton___

Name: __Miller-Cywinski__ , __Michael__ , _____ , _____

          Last Name                         First Name                  Middle Name or Initial       Suffix

Residential Address: __1361 Jefferson St.__

City: __Hellertown__          State: __PA__    Zip Code: __18055__

Municipality (City, Boro, or Township): __Hellertown__      Gender: F ☐   M ☒   NB ☐

Mailing Address (if different from residential): _____

City: _____     State: _____    Zip Code: _____

Election District of Candidate (district where registered to vote): __Northampton County__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __mrbluepie@gmail.com__

Name as it is to appear on the Ballot: __Michael Miller-Cywinski__

**CANDIDATE'S AFFIDAVIT** – I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this               I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____ day of _____ 20 ____

 

_____            _____
Signature of Officer Administering Affirmation       BE33DDC... Signature of Candidate

                                             (610) 848-8314

_____            Telephone Number
       Official Title                        Northampton County

My commission expires _____         County of Residence

---

### OFFICE USE ONLY

| | | | | | |
|---|---|---|---|---|---|
| COUNTY CODE | $ _____ AMOUNT RECEIVED | | F ☐ | | M ☐ |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |
|---|---|---|---|
| | | | |

COMMENTS

| CHECKER | INPUT | VERIFY |
|---|---|---|
| | | |



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ____31____ (date) day of ____July____ (month), ____2024____ (year), at

__Northampton County, PA__ (county or other location, and state), ____USA____ (country).

Michael Miller-Cywinski
_____
(printed name)

_____
(signature)

(rev. 2/21)

**DocuSign**

## Certificate Of Completion

Envelope Id: 9D12ADB155CF4186974E614D39010790
Subject: Complete with Docusign: Michael Miller-Cywinski - PA Elector Affidavit and Declaration.pdf
Source Envelope:
Status: Completed
Document Pages: 2                              Signatures: 2                              Envelope Originator:
Certificate Pages: 2                           Initials: 0                                 ████████████
AutoNav: Enabled                                                                           ██████████████
EnvelopeId Stamping: Enabled                                                               ██████████████
Time Zone: (UTC-06:00) Central Time (US & Canada)                                          ██████████████

## Record Tracking

Status: Original                    Holder: ████████████            Location: DocuSign
    7/31/2024 2:37:47 PM            ██████████████

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Michael Miller-Cywinski<br>mrbluepie@gmail.com<br>Security Level: Email, Account Authentication (None) | <br>BE33D0F002C948F... | Sent: 7/31/2024 2:39:02 PM<br>Viewed: 7/31/2024 4:19:30 PM<br>Signed: 7/31/2024 4:20:15 PM |
|  | Signature Adoption: Drawn on Device<br>Using IP Address: 168.91.163.22 |  |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| ████████████<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 7/31/2024 2:39:02 PM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign |  |  |
| ████████████<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 7/31/2024 2:39:02 PM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign |  |  |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 2:39:02 PM |
| Certified Delivered | Security Checked | 7/31/2024 4:19:30 PM |
| Signing Complete | Security Checked | 7/31/2024 4:20:15 PM |
| Completed | Security Checked | 7/31/2024 4:20:15 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Philadelphia__

Name: __Kleinberg_____ __Nicole_____ __K__
      Last Name               First Name             Middle Name or Initial      Suffix

Residential Address: __5327 Baynton Street__

City: __Philadelphia_____ State: __PA__ Zip Code: __19144__

Municipality (City, Boro, or Township): __Philadelphia_____ Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): __Philadelphia County__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __NikkiKelleyKleinberg@gmail.com__

Name as it is to appear on the Ballot: __Nicole Kelley Kleinberg__

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of _____ 20____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

DocuSigned by:

_Nicole Kleinberg_

AAE5E18XCF5E4BE...

_____
Signature of Officer Administering Affirmation

Signature of Candidate

(215) 384-3311

_____
Official Title

Telephone Number

My commission expires _____

Philadelphia

County of Residence

| OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| COUNTY CODE $ AMOUNT RECEIVED | | | F | M |
| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | |
| | | | | COMMENTS |
| | CHECKER | INPUT | VERIFY | |



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___31___ (date) day of ___July___ (month), ___2024___ (year), at

___Philadelphia County, PA___ (county or other location, and state), ___USA___ (country).

Nicole Kelley Kleinberg
_____
(printed name)

_Nicole Kleinberg_
_____
(signature)

(rev. 2/21)

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 8BC8AA4DE1FC460194DD9510B9F8B1F9 | | Status: Completed |
| Subject: Complete with Docusign: Nicole Kleinberg - PA Elector Affidavit and Declaration.pdf | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | ████████ |
| AutoNav: Enabled | | ████████ |
| EnvelopeId Stamping: Enabled | | ████████ |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: ████████ | Location: DocuSign |
| 7/31/2024 2:10:55 PM | | |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Nicole Kleinberg | *Nicole Kleinberg* | Sent: 7/31/2024 2:12:27 PM |
| NikkiKelleyKleinberg@gmail.com | AAE5E185CE984BE... | Viewed: 7/31/2024 2:13:34 PM |
| Security Level: Email, Account Authentication (None) | | Signed: 7/31/2024 2:13:53 PM |
| | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 104.28.76.125 | |
| | Signed using mobile | |
| Electronic Record and Signature Disclosure: Not Offered via DocuSign | | |

## In Person Signer Events

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

## Editor Delivery Events

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

## Agent Delivery Events

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

## Intermediary Delivery Events

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

## Certified Delivery Events

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

## Carbon Copy Events

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| ████████ | **COPIED** | Sent: 7/31/2024 2:12:28 PM |
| ████████ | | Viewed: 7/31/2024 2:18:08 PM |
| Security Level: Email, Account Authentication (None) | | |
| Electronic Record and Signature Disclosure: Not Offered via DocuSign | | |
| ████████ | **COPIED** | Sent: 7/31/2024 2:12:28 PM |
| Security Level: Email, Account Authentication (None) | | |
| Electronic Record and Signature Disclosure: Not Offered via DocuSign | | |

## Witness Events

| Witness Events | Signature | Timestamp |
|---|---|---|

## Notary Events

| Notary Events | Signature | Timestamp |
|---|---|---|

## Envelope Summary Events

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 2:12:28 PM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Certified Delivered | Security Checked | 7/31/2024 2:13:34 PM |
| Signing Complete | Security Checked | 7/31/2024 2:13:53 PM |
| Completed | Security Checked | 7/31/2024 2:13:53 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

## POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Allegheny__

Name: __Quattry-Comer__ , __Danielle__ , ____ , ____

Last Name          First Name          Middle Name or Initial          Suffix

Residential Address: __1527 W. Ingomar Road__

City: __Pittsburgh__          State: __PA__     Zip Code: __15237__

Municipality (City, Boro, or Township): __Pittsburgh__          Gender: F [X] M ☐ NB ☐

Mailing Address (if different from residential): ____

City: ____          State: ____     Zip Code: ____

Election District of Candidate (district where registered to vote): __Allegheny County__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __daniellequattry@gmail.com__

Name as it is to appear on the Ballot: __Danielle Quattry-Comer__

**CANDIDATE'S AFFIDAVIT** - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____ day of _____ 20 _____

DocuSigned by:

_D M l h_

FDAEOC0FAC748C6

_____          _____
Signature of Officer Administering Affirmation          Signature of Candidate

(407) 259-1026

_____          _____
Official Title          Telephone Number

Allegheny County

My commission expires _____          _____
County of Residence

| OFFICE USE ONLY |

COUNTY CODE   $ _____          F [ ]     M [ ]
AMOUNT RECEIVED

[ ][ ][ ]     [ ][ ][ ][ ]     [ ][ ][ ][ ]          [ ][ ][ ][ ][ ]

OFFICE     DISTRICT     POLITICAL          NUMBER OF
                        PARTY               PAPERS

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   COMMENTS

CHECKER          INPUT          VERIFY



### pennsylvania
### DEPARTMENT OF STATE

**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___31___ (date) day of ___July___ (month), ___2024___ (year), at

___Allegheny County, PA___ (county or other location, and state), ___USA___ (country).

___Danielle Quattry-Comer___
(printed name)

___(signature)___

(rev. 2/21)

**DocuSign**

## Certificate Of Completion

Envelope Id: F0946658EF2E46F5905F8CF976D5064A
Subject: Complete with Docusign: Danielle Quattry-Comer - PA Elector Affidavit and Declaration.pdf
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | ████████████ |
| AutoNav: Enabled | | ██ |
| EnvelopeId Stamping: Enabled | | ████████ |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | ███████████████ |
| | | ████████████ |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: ███████ | Location: DocuSign |
| 7/31/2024 7:55:10 PM | ███████████████ | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Danielle Quattry-Comer | _(signature)_ | Sent: 7/31/2024 7:56:34 PM |
| daniellequattry@gmail.com | F0AE0C0FAC144C6... | Viewed: 7/31/2024 8:14:18 PM |
| Security Level: Email, Account Authentication (None) | | Signed: 7/31/2024 8:14:54 PM |
| | Signature Adoption: Drawn on Device | |
| | Using IP Address: 35.145.3.147 | |
| | Signed using mobile | |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 7/31/2024 8:14:18 PM | | |
| ID: b567e749-7bb0-46f0-871f-99a490f35228 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| ███████████ | **COPIED** | Sent: 7/31/2024 7:56:35 PM |
| ███████████████ | | Viewed: 8/1/2024 8:45:12 AM |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 11/29/2023 1:57:37 PM | | |
| ID: cd4c0cda-291d-41f0-ad3a-22f12a0685a4 | | |
| ███████████ | **COPIED** | Sent: 7/31/2024 7:56:35 PM |
| ███████████████ | | Viewed: 7/31/2024 8:15:49 PM |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** | | |
| Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 7:56:35 PM |
| Certified Delivered | Security Checked | 7/31/2024 8:14:18 PM |
| Signing Complete | Security Checked | 7/31/2024 8:14:54 PM |
| Completed | Security Checked | 7/31/2024 8:14:54 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

DSBE-PBCA (rev. 2/24)



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ___Allegheny___

Name: ___Tunstalle___ , ___Geraldine___ , ___Anise___ , _____
        Last Name         First Name         Middle Name or Initial     Suffix

Residential Address: ___2929 Webster Avenue___

City: ___Pittsburgh___     State: ___PA___   Zip Code: ___15219___

Municipality (City, Boro, or Township): ___Pittsburgh___    Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____     State: _____   Zip Code: _____

Election District of Candidate (district where registered to vote): ___Allegheny County___

Office for which you are seeking nomination: ___Presidential Elector___

Email address: ___geraldinetunstalle@gmail.com___

Name as it is to appear on the Ballot: ___Geraldine Tunstalle___

**CANDIDATE'S AFFIDAVIT** - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of_____ 20____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

DocuSigned by:

*Geraldine Tunstalle*
_____
Signature of Candidate

(412) 224-7887
_____
Telephone Number

Allegheny
_____
County of Residence

| OFFICE USE ONLY |

COUNTY CODE $____ AMOUNT RECEIVED    F ☐   M ☐

OFFICE    DISTRICT    POLITICAL PARTY    NUMBER OF PAPERS    COMMENTS

CHECKER    INPUT    VERIFY



## pennsylvania
### DEPARTMENT OF STATE

**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ____31____ (date) day of ___July____ (month), ___2024____ (year), at

__Allegheny County, PA__ (county or other location, and state), ___USA___ (country).

Geraldine Tunstalle
_____
(printed name)

Geraldine Tunstalle
_____
(signature)

(rev. 2/21)



## Certificate Of Completion

Envelope Id: BBEDBD2B731D418893704E1BD4533926
Status: Completed

Subject: Complete with Docusign: Geraldine Tunstalle - PA Elector Affidavit and Declaration.pdf

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | |
| AutoNav: Enabled | | |
| EnvelopeId Stamping: Enabled | | |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>　　　7/31/2024 2:06:57 PM | Holder: | Location: DocuSign |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Geraldine Tunstalle<br>geraldinetunstalle@gmail.com<br>Security Level: Email, Account Authentication<br>(None) | *Geraldine Tunstalle*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 73.79.36.247 | Sent: 7/31/2024 2:10:22 PM<br>Viewed: 7/31/2024 6:31:46 PM<br>Signed: 7/31/2024 6:33:56 PM |

**Electronic Record and Signature Disclosure:**
　Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| | **COPIED** | Sent: 7/31/2024 2:10:22 PM<br>Viewed: 8/1/2024 8:06:49 AM |
| Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>　Not Offered via DocuSign | | |
| | **COPIED** | Sent: 7/31/2024 2:10:22 PM |
| Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>　Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 2:10:22 PM |
| Certified Delivered | Security Checked | 7/31/2024 6:31:46 PM |
| Signing Complete | Security Checked | 7/31/2024 6:33:56 PM |
| Completed | Security Checked | 7/31/2024 6:33:56 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

DSBE-PBCA (rev 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



### POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF  Philadelphia

Name:  Hopkins-Bot                    Katherine
       Last Name          First Name         Middle Name or Initial   Suffix

Residential Address:  426 N. 39th Street

City:  Philadelphia                    State:  PA    Zip Code:  19104

Municipality (City, Boro, or Township):  Philadelphia          Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential):

City:                    State:          Zip Code:

Election District of Candidate (district where registered to vote):  Philadelphia County

Office for which you are seeking nomination:  Presidential Elector

Email address:  khopkins426@gmail.com

Name as it is to appear on the Ballot:  Katherine Hopkins-Bot

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____ day of _____ 20_____

DocuSigned by:

*KATHERINE HOPKINS-BOT*

_____
Signature of Officer Administering Affirmation

A1B6d3D410684B2...
Signature of Candidate

(267) 303-9649

_____
Official Title

Telephone Number

My commission expires_____

Philadelphia County

County of Residence

| OFFICE USE ONLY | | | | | | |
|---|---|---|---|---|---|---|
| COUNTY CODE | $ | | | F ☐ | M ☐ | |
| | AMOUNT RECEIVED | | | | | |
| OFFICE | DISTRICT | POLITICAL PARTY | | NUMBER OF PAPERS | | |
| | | | | | | COMMENTS |
| | CHECKER | | INPUT | | VERIFY | |



# pennsylvania
## DEPARTMENT OF STATE

Bureau of Elections 717-787-5280

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___31___ (date) day of ___July___ (month), ___2024___ (year), at

___Philadelphia County, PA___ (county or other location, and state), ___USA___ (country).

_____Katherine Hopkins-Bot_____
(printed name)

_____KATHERINE HOPKINS-BOT_____
(signature)

(rev. 2/21)

**DocuSign**

## Certificate Of Completion

Envelope Id: C1AF2D653CDC49078DC48DFF5095B24F                          Status: Completed
Subject: Complete with Docusign: Katherine Hopkins-Bot - PA Elector Affidavit and Declaration.pdf
Source Envelope:
Document Pages: 2                         Signatures: 2                    Envelope Originator:
Certificate Pages: 5                      Initials: 1                     ███████████
AutoNav: Enabled                                                         ██
EnvelopeId Stamping: Enabled                                            ████████
Time Zone: (UTC-05:00) Eastern Time (US & Canada)                      ████████████████
                                                                        ███████████

## Record Tracking

Status: Original                    Holder: ████████          Location: DocuSign
        7/31/2024 7:57:01 PM               ████████████████

| Signer Events | Signature | Timestamp |
|---|---|---|
| KATHERINE HOPKINS-BOT<br>khopkins426@gmail.com<br>Security Level: Email, Account Authentication (None) | *KATHERINE HOPKINS-BOT*<br>A15463D410394DF | Sent: 7/31/2024 7:58:33 PM<br>Resent: 8/1/2024 8:34:45 AM<br>Resent: 8/1/2024 2:52:20 PM<br>Viewed: 8/1/2024 3:04:59 PM<br>Signed: 8/1/2024 3:08:19 PM |
| | Signature Adoption: Pre-selected Style<br>Using IP Address: 96.245.62.27 | |
| Electronic Record and Signature Disclosure:<br>  Accepted: 8/1/2024 3:04:59 PM<br>  ID: f08d4a61-383b-4dfb-85d1-9a314239eaf7 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| ████████████<br>████████████████<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 7/31/2024 7:58:34 PM<br>Viewed: 7/31/2024 8:00:05 PM |
| Electronic Record and Signature Disclosure:<br>  Accepted: 11/29/2023 1:57:37 PM<br>  ID: cd4c0cda-291d-41f0-ad3a-22f12a0685a4 | | |
| ████████████<br>████████████████<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 7/31/2024 7:58:34 PM |
| Electronic Record and Signature Disclosure:<br>  Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 7:58:34 PM |
| Certified Delivered | Security Checked | 8/1/2024 3:04:59 PM |
| Signing Complete | Security Checked | 8/1/2024 3:08:19 PM |
| Completed | Security Checked | 8/1/2024 3:08:19 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
Bureau of Elections



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ___Bucks___

Name: ___Karlton_____ ___Leland___
         Last Name            First Name        Middle Name or Initial    Suffix

Residential Address: ___60 Sherman Rd.___

City: ___Ottsville___      State: __PA__   Zip Code: ___18942___

Municipality (City, Boro, or Township): ___Tinicum Township___    Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____    State: _____  Zip Code: _____

Election District of Candidate (district where registered to vote): ___Bucks County___

Office for which you are seeking nomination: ___Presidential Elector___

Email address: ___lelandkarlton8@gmail.com___

Name as it is to appear on the Ballot: ___Leland Karlton___

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____ day of _____ 20____

X _____
                 Signature of Candidate

_____
Signature of Officer Administering Affirmation

(424) 345-7920

_____
Official Title

_____
Telephone Number

My commission expires _____

Bucks County

_____
County of Residence

| OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| COUNTY CODE    $_____ | | F ☐ | | M ☐ |
| | | AMOUNT RECEIVED | | |
| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | |
| | | | | COMMENTS |
| CHECKER | | INPUT | VERIFY | |



## pennsylvania
### DEPARTMENT OF STATE
Bureau of Elections 717-787-5280

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT**
**where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___1___ (date) day of ___August___ (month), ___2024___ (year), at

___Bucks County, PA___ (county or other location, and state), ___USA___ (country).

Leland Carlton
(printed name)

x _Michael Jarch_
(signature)

rev. 2/24

# EXHIBIT 9

**Everhart, Ian**

| | |
|---|---|
| **From:** | Matt Haverstick <mhaverstick@kleinbard.com> |
| **Sent:** | Thursday, August 1, 2024 5:42 PM |
| **To:** | Kotula, Kathleen |
| **Cc:** | Shohin Vance |
| **Subject:** | [External] Additional elector affidavit. |
| **Attachments:** | Peter Black - PA Elector Affidavit Declaration (EXECUTED).pdf |

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the* _Report Phishing button in Outlook._

Ms. Kotula:
Please accept this additional elector affidavit. Thank you.

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street │Philadelphia, PA  19103
D │ 215.496.7225
M│ 484.753.1355
F │ 215.568.0140
E │ mhaverstick@kleinbard.com
W│ www.kleinbard.com

This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

DSBE-PBCA (rev. 2/24)



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

### POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ___Allegheny___

Name: __Black_____, __Peter_____, _____, _____
         Last Name            First Name        Middle Name or Initial    Suffix

Residential Address: __506 Kerrwood Road_____

City: __Pittsburgh_____ State: _PA__ Zip Code: __15215____

Municipality (City, Boro, or Township): __Pittsburgh_____ Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): __Allegheny County__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __petercraigblack@gmail.com__

Name as it is to appear on the Ballot: __Peter Black__

**CANDIDATE'S AFFIDAVIT -** I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of_____ 20_____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

DocuSigned by:

*Peter Black*

919A37490 Signature of Candidate

(412) 613-0518
Telephone Number

Allegheny County
County of Residence

| OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| COUNTY CODE ☐☐ | $ _____ AMOUNT RECEIVED | F ☐ | | M ☐ |
| OFFICE ☐☐☐ | DISTRICT ☐☐☐ | POLITICAL PARTY ☐☐☐ | NUMBER OF PAPERS ☐☐☐☐ | |
| ☐☐☐☐☐☐☐☐☐☐☐ | | | | COMMENTS |
| CHECKER | | INPUT | | VERIFY |



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT**
**where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___1st___ (date) day of ___August___ (month), ___2024___ (year), at

___Allegheny County, PA___ (county or other location, and state), ___USA___ (country).

___Peter Black___
(printed name)

___Peter Black___
(signature)

(rev. 2/21)

**DocuSign**

## Certificate Of Completion

| | |
|---|---|
| Envelope Id: D9156359C5CF4122A8DF1C57B37BC72C | Status: Completed |
| Subject: Complete with Docusign: Peter Black Docs.pdf | |
| Source Envelope: | |
| Document Pages: 4 | Signatures: 4 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | ▆▆▆▆▆▆▆▆▆▆ |
| AutoNav: Enabled | | |
| EnvelopeId Stamping: Enabled | | ▆▆▆▆ |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | ▆▆▆▆▆▆▆ |
| | | ▆▆▆▆▆▆▆▆▆ |
| | | ▆▆▆▆▆▆▆ |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: ▆▆▆▆▆ | Location: DocuSign |
| 8/1/2024 1:04:24 PM | ▆▆▆▆▆▆▆▆ | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Peter Black<br>petercraigblack@gmail.com<br>Security Level: Email, Account Authentication<br>(None) | *Peter Black*<br>919A374505DF4DE... | Sent: 8/1/2024 1:06:24 PM<br>Resent: 8/1/2024 1:57:57 PM<br>Viewed: 8/1/2024 4:11:05 PM<br>Signed: 8/1/2024 4:58:49 PM |
| | Signature Adoption: Pre-selected Style<br>Using IP Address: 72.77.41.151 | |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 8/1/2024 4:11:05 PM<br>    ID: b59c39eb-f804-449f-a70b-04558b4cb4ad | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| ▆▆▆▆▆▆▆<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 8/1/2024 1:06:24 PM<br>Viewed: 8/1/2024 4:59:39 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 11/29/2023 1:57:37 PM<br>    ID: cd4c0cda-291d-41f0-ad3a-22f12a0685a4 | | |
| ▆▆▆▆▆▆<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 8/1/2024 1:06:25 PM<br>Viewed: 8/1/2024 5:00:04 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/1/2024 1:06:25 PM |
| Certified Delivered | Security Checked | 8/1/2024 4:11:05 PM |
| Signing Complete | Security Checked | 8/1/2024 4:58:49 PM |
| Completed | Security Checked | 8/1/2024 4:58:49 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

# EXHIBIT 10



## 2024 NOMINATION **PAPER** REJECTION NOTICE

**Name of Candidate** <u>West,     Cornel</u>        **Log No.** <u>2024C0877</u>
                        *(Last Name)*  *(First Name)*  *(M.I.)*

**Date** <u>08/01/2024</u> **No. of Nomination Paper Pages** <u>1,282</u>  **Prepared By** _____

**Office:** <u>President of the United States</u>

**Minor Political Party or Political Body Name:** <u>Justice for All</u>

*The Nomination Papers for the above listed candidate and office, which were submitted in this office on the date listed above, cannot be accepted for the following reason(s):*

☐ Insufficient Number of Valid Signatures    ☒ Invalid Candidate's Affidavit
☐ Untimely Filing                           ☐ Invalid Statement of Circulator
☐ Incomplete Preamble
☐ Filing Fee not submitted by Certified Check or Money Order
☐ Other _____

**Comments:**
Department is not in receipt of valid affidavits for all 19 electors.


This letter shall serve as the official notice of the rejection. If you have any questions regarding this notice, please feel free to call the Bureau of Elections at (717)787-5280. **If the candidate is unable to correct the defects noted above on or before the statutory deadline to file nomination papers, the candidate may choose to file a mandamus action in Commonwealth Court, asking the court to order the Secretary of the Commonwealth Court to accept the nomination petitions pursuant to Section 976 of the Pennsylvania Election Code, 25 P.S. sec. 2936. Mandamus is an extraordinary remedy which exists to compel official performance of a non-discretionary act. Failure to act in a timely manner may impair any potential remedies you seek. The Department cannot provide legal advice. You may wish to consult with your own attorney.**

Sincerely,

*Jessica Mathis*

Jessica Mathis
Director

**Everhart, Ian**

| | |
|---|---|
| **From:** | ST, Elections |
| **Sent:** | Friday, August 2, 2024 4:23 PM |
| **To:** | team@cornelwest2024.com |
| **Subject:** | Nomination Paper Filing-Justice for All Party |
| **Attachments:** | 2024 Paper Rejection Notice Cornel West FINAL.pdf |

Dear Cornel West:

Attached, please find the rejection notice related to the nomination paper filing for Justice for All party.  We will be returning your filing to you via UPS today.

Please feel free to reach out to our office if you have any additional questions.

Thank you.


**Elissa Dauberman**
Assistant Chief for Election Administration *(she/her/hers)*
Division of Election Administration|Bureau of Elections
PA Department of State
210 North Office Building, Harrisburg, PA 17120
Office: 717-787-5280
dos.pa.gov | vote.pa.gov | Facebook | Twitter

# EXHIBIT 11

**Everhart, Ian**

| | |
|---|---|
| **From:** | ST, Elections |
| **Sent:** | Friday, August 2, 2024 4:23 PM |
| **To:** | team@cornelwest2024.com |
| **Subject:** | Nomination Paper Filing-Justice for All Party |
| **Attachments:** | 2024 Paper Rejection Notice Cornel West FINAL.pdf |

Dear Cornel West:

Attached, please find the rejection notice related to the nomination paper filing for Justice for All party.  We will be returning your filing to you via UPS today.

Please feel free to reach out to our office if you have any additional questions.

Thank you.



**Elissa Dauberman**
Assistant Chief for Election Administration *(she/her/hers)*
Division of Election Administration|Bureau of Elections
PA Department of State
210 North Office Building, Harrisburg, PA 17120
Office: 717-787-5280
dos.pa.gov | vote.pa.gov | Facebook | Twitter

**Everhart, Ian**

| | |
|---|---|
| **From:** | Kotula, Kathleen |
| **Sent:** | Thursday, August 8, 2024 10:13 AM |
| **To:** | Shohin Vance |
| **Cc:** | Matt Haverstick; Samantha Zimmer |
| **Subject:** | RE: [External] FW: Elector affidavits |

Shohin,

Can tell me who exactly you represent in this matter?

In terms of your previous email, I was out of the office last week, as I'm sure you are aware from my out of office message.

Thanks,
Kat Kotula *(she/her/hers)*
Chief Counsel
PA Department of State

---

**From:** Shohin Vance <svance@kleinbard.com>
**Sent:** Wednesday, August 7, 2024 6:55 PM
**To:** Kotula, Kathleen <kkotula@pa.gov>
**Cc:** Matt Haverstick <mhaverstick@kleinbard.com>; Samantha Zimmer <szimmer@kleinbard.com>
**Subject:** [External] FW: Elector affidavits

**ATTENTION:** This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the *Report Phishing button in Outlook.*

Ms. Kotula:  further to our email below, we represent various interested individuals, including electors who have signed the Nomination Paper of Cornel West for President and Melina Abduallah for Vice President.  We would like to discuss with you the Department of State's apparent refusal to recognize the candidacy of said individuals.  Please let us know whether you are available for a call sometime tomorrow or Friday to explore the possibility of resolving this matter without recourse to litigation.


Very truly yours,


Shohin H. Vance



Shohin Vance
Partner
Kleinbard LLC



Three Logan Square
1717 Arch Street, 5th Floor |Philadelphia, PA  19103
D | 267.443.4124
M| 717.497.5188
F |  215.568.0140
E |  svance@kleinbard.com
W| www.kleinbard.com





This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

**From:** Matt Haverstick <mhaverstick@kleinbard.com>
**Sent:** Thursday, August 1, 2024 4:21 PM
**To:** Kathleen Kotula <kkotula@pa.gov>
**Cc:** Shohin Vance <svance@kleinbard.com>
**Subject:** Elector affidavits

Ms. Kotula:

Please see the attached elector affidavits. We'd like to discuss with you how to handle these electors. Are you free tomorrow?


Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street |Philadelphia, PA  19103
D | 215.496.7225

M| 484.753.1355
F | 215.568.0140
E | mhaverstick@kleinbard.com
W| www.kleinbard.com

This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.