# Exhibit B

Received 8/5/2024 3:35:51 PM Commonwealth Court of Pennsylvania

Filed 8/5/2024 3:35:00 PM Commonwealth Court of Pennsylvania
376 MD 2024

# NOTICE

<u>BY REGISTERED MAIL (with ELECTRONIC COURTESY COPY)</u>

TO:    ATTORNEY GENERAL MICHELLE HENRY
      16th Floor, Strawberry Square
      Harrisburg, PA 17120

It is hereby certified by the undersigned that the enclosed filing alleges that an Act of Assembly is unconstitutional, specifically those provisions of the Election Code that the Department of State asserts authorize/require rejection of nomination papers of candidates for president and vice-president if they are not accompanied by affidavits executed by all nineteen presidential electors set forth therein, or, individually, each such designated presidential elector.

Respectfully submitted,

Samuel C. Stretton, Esquire
Attorney for the Petitioners,
James N. Clymer,
Steven E. Sylvester &
National Constitution Party
103 South High Street
P.O. Box 3231
West Chester, PA 19381-3231
(610) 696-4243
Attorney I.D. No. 18491

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES N. CLYMER AND | } | |
| STEVEN E. SYLVESTER AS | } | |
| CONSTITUTION PARTY CANDIDATES | } | |
| FOR PRESIDENT AND VICE PRESIDENT | } | ELECTION MATTER |
| OF THE UNITED STATES | } | |
| | } | |
| v. | } | No. _____ 2024 |
| | } | |
| AL SCHMIDT | } | |

## PETITION FOR WRIT OF MANDAMUS

James N. Clymer and Steven E. Sylvester and the Constitution Party, by their counsel, Samuel C. Stretton, Esquire, hereby files this petition for writ of mandamus and in support thereof declares as follows:

1. James N. Clymer is a resident of Millersville, Pennsylvania and seeks nomination as the Constitution Party's candidate for President of the United States.

2. Steven E. Sylvester is a resident of South Holland, Illinois, and seeks nomination as the Constitution Party's candidate for Vice-President of the United States.

3. Clymer and Sylvester are placeholder candidates designated for circulation of petitions; the Constitution Party has completed a nomination process and

2

will, if this petition is granted and the nomination papers are accepted, replace Clymer and Sylvester with their national candidates.

4.  Respondent is the Secretary of the Commonwealth and is sued in his official capacity.

5.  This Court has jurisdiction over this matter pursuant to 42 Pa. C.S. § 761 and 25 P.S. § 2936.

Summary of Argument

6.  The Department of State was wrong to reject the nomination papers for the candidates for President and Vice-President and all electors, or, in the alternative, those electors whose affidavits were present.

7.  If each proposed presidential elector is not a candidate, a candidate affidavit is not required from each and the nomination papers were wrongly refused in total.

8.  Alternatively, if each proposed presidential elector is a candidate, a position which petitioners disagree, the Department of State should have accepted the nomination papers for president and vice-president and those electors whose affidavits were present, and created vacancies in the position of presidential elector for the four individuals who did not have affidavits present at the Department prior to the deadline.

9. These arguments are statutory interpretation, but also rely on the unconstitutional distinction in the treatment of the electors under the United States and Pennsylvania.

Background

10. This year's deadline for the Constitution Party to file its candidates for statewide office was August 1, 2024.

11. On August 1, at approximately 10 am, the Constitution Party, through a duly authorized person, presented to the Department of State signatures for a slate of candidates, including candidates for President and Vice President, together with the nomination papers containing sufficient signatures to qualify the candidates for the ballot.

12. In addition to the candidates for President and Vice-President, the nomination papers nominated statewide candidates for United States Senator, Attorney General, Auditor General, and Treasurer.

13. The first page of the nomination paper containing all of the necessary information is attached hereto as Exhibit 1. The full nomination paper contains approximately 670 substantially similar pages.

14. Initially, the representative of the Department refused to accept for review any of the papers from the Constitution Party and began servicing the next

filer to arrive, on the grounds that the Constitution Party did not possess signed candidate's affidavits from all 19 designated electors.

15. Later that day, at approximately 11:30 am, the representative of the Department returned and accepted the filing fees, and other ancillary documents for all offices, including President and Vice-President. However, they refused to accept a partial filing of any of the elector affidavits.

16. At approximately 3:09 pm, the Department informed the Constitution Party's representative that the candidates for Attorney General, Auditor General, Treasurer and United States Senator were sufficient under their initial review and were processed. A copy of the Political Body Candidate's Affidavit is attached hereto as Exhibit 2.

17. Affidavits from all electors have not been required for filing in prior cycles, nor, crucially, are they required by the Election Code or Pennsylvania or Federal Constitution.

18. Despite knowing from past practice and a review of the Election Code that such affidavits are not required, in the interest of avoiding a controversy, during the course of August 1, the Constitution Party attempted to obtain candidate affidavits from the 19 designated electors who reside across the Commonwealth.

19. Supplemental signatures were filed, and accepted, at approximately 4:30 pm, and were formally accepted after review by the office at 5:03 pm. A copy of the Candidate's Supplemental Nomination Paper Form is attached hereto as Exhibit 3.

20. By 5 pm, the Constitution Party had assembled and had on hand 15 affidavits from their electors.  Those individuals were: (i) James N. Clymer, (ii) Justin L. Magill, (iii) Alan R. Goodrich, (iv) Troy Bowman, (v) Brian J. Tevlin, (vi) Lois D. Clymer, (vii) Wesley Thompson, (viii) James W. Barr, (ix) Kenneth L. Dinger, (x) Bert A. Goodrich, (xi) Rebecca G. Goodrich, (xii) Frederick W. Goodrich II, (xiii) Sharilym Magill, (xiv) Michael J. Kimes, and (xv) Joseph R. Dunfee.

21. Just before 5 pm, the representative of the Department of State approached the team from the Constitution Party and asked if they had all 19 allegedly-required affidavits.

22. When told that they did not have them all, the representative told them that it was "all or none" and said they would be rejecting the nominations for Clymer and Sylvester.

23. Shortly thereafter, at approximately 5:16 pm, the representative returned and returned to the representative of the party the filing fee for the candidates for

president and vice-president and a notice of rejection.  A copy of the notice
is attached hereto as <u>Exhibit 4</u>.

<u>Electors are Not Candidates Required to File Candidate Affidavits</u>

24. Presidential electors are not candidates but are instead instrumentalities of
the federal system.  The names of presidential electors do not appear on the
ballot nor do voters vote between them.  The voters vote for candidates for
President and Vice-President (who are, in fact, required to submit candidate
affidavits under Pennsylvania case law).  *See In re Nom. of Scroggin*, 237
A.3d 1006 (Pa. 2020)

25. Candidates for certain, but not all, offices are required to submit affidavits
with their filings.  *See* 25 P.S. § 2870.  Section 2870 sets forth it is for all
State and local offices, party offices, party delegate or alternate, or for the
office of United States Senator or Representative.  *Id.*  It does not include a
requirement for candidates for president, vice-president, or elector.

26. A somewhat similar form is used for third party candidates in Section
2911(e) that applies to "each candidate nominated" through nomination
papers.  Which begs the question whether a candidate is the presidential and
vice-presidential candidates or the electors.  It cannot be both, and the case
law from Pennsylvania courts make clear (correctly) that this provision
applies to candidates for president and vice-president.

7

27. We note, for example, that even the Department of State expressly considers the candidates to be seeking the office of President, and not the position of electors.

### The Department Should Have Accepted the Affidavits Present and the Candidacies for Presidency and Vice-Presidency

28. Nothing in the Election Code allows the Department to reject undisputedly valid nomination papers from Presidential or Vice-Presidential candidates if they do not validly field an entire slate of electors.

29. In fact, the Election Code sets forth the grounds for rejection of nomination petitions and papers in Section 2936 and the lack of a full slate of electors is not a designated ground thereof.

### Requiring Candidate Affidavits and All-or-Nothing Only of Third-Party Presidential Electors Violates the Equal Protection Provisions of Federal and Pennsylvania Constitutions and the Free and Equal Election Clause

30. While petitioners believe that the Department misreads the Election Code in requiring rejection of the candidacy of presidential and vice-presidential political body candidates if not accompanied by a full slate of electors with affidavits, if that is an appropriate reading of the Election Code, it would be unconstitutional under federal and state law. *See* U.S. Const. amend. XIV, Pa. Const. art. I, §§ 1, 5.

31. Pennsylvania has seen numerous determinations in recent years that recognizes the validity of separate rules for political bodies and political

parties, but which have reformed such rules for political bodies when such rules are burdensome and without reasonable basis and compelling state interest.

32. It is undisputed that electors selected by major political parties are not required to complete candidate affidavits. *See* 25 P.S. § 2878. In fact, these electors are not even named until 30 days after the convention that selects the national candidates, and may even make such designations later if they have failed to timely do so "for any reason". *Id.* And if a partial slate exists at any time they may be replaced without restriction. *Id.*

33. There is no reasonable purpose for Pennsylvania to impose a more rigorous restriction on proposed presidential electors of a political body than those designated by a candidate of a political party.

34. There is no reasonable purpose for Pennsylvania to reject a proposed presidential elector due to the absence of an affidavit from a proposed presidential elector.

35. Even if the proposed elector were to be disqualified, there is no reasonable purpose for Pennsylvania to reject the candidacies of Presidential or Vice-Presidential candidates of a political body due to a vacancy in the slate of electors, where a vacancy in a slate of presidential electors from a major party is not disqualifying.

36. Given this substitution right, there is no "anti-fraud" value, the long-standing

rationale under Pennsylvania law for the affidavit requirement, *Winston v.*

*Moore*, 91 A. 520, 523 (Pa. 1914) of the requirement for political body

candidates.

<u>Prayer for Relief</u>

The Department was wrong to reject in part the filing of the Constitution Party,

including the proposed presidential electors, either in full or for the 15 whose

affidavits were present, and the nominations of the candidates for President and

Vice-President.  Wherefore the Petitioner prays that the Court (i) order the

Department to accept and process the nomination of the candidates for President

and Vice-President and provide one day for the re-delivery of the filing fees and

any required affidavits; (ii) provide a five day period for objections to any newly

filed information pursuant to the proposed order, the other Constitution Party

filings (including signatures) having been accepted and available for public review

on August 1.

Respectfully submitted,

_8/5/24_
Date

Samuel C. Stretton, Esquire
Attorney for the Petitioners,
James N. Clymer,
Steven E. Sylvester &
National Constitution Party
103 South High Street
P.O. Box 3231
West Chester, PA 19381-3231
(610) 696-4243
Attorney I.D. No. 18491

11

## **Verification**

This 5th day of August 2024, I, whose name is printed below, attest that I have

personal knowledge of the facts asserted in the attached petition, and they are true

and correct to the best of my knowledge and belief.  This verification is made

subject to the penalties of 18 Pa. C.S.A. § 4904.


SIGNATURE:


PRINTED NAME:

*Alan R. Goodrich*

PRINTED ADDRESS:

*209 N. Holden Street*
*Osceola, PA 16942-0013*

## **PUBLIC ACCESS POLICY CERTIFICATE OF COMPLIANCE**

It is hereby certified by the undersigned that this filing complies with the

provisions of the *Public Access Policy of the Unified Judicial System of*

*Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing

confidential information and documents differently than non-confidential

information and documents.

Respectfully submitted,

8/5/24
_____
Date

_____
Samuel C. Stretton, Esquire
Attorney for the Petitioners,
James N. Clymer,
Steven E. Sylvester &
National Constitution Party
103 South High Street
P.O. Box 3231
West Chester, PA 19381-3231
(610) 696-4243
Attorney I.D. No. 18491

**Commonwealth of Pennsylvania 2024 NOMINATION PAPER**

OFFICIAL USE ONLY

**NOTE:** You must fill in all information in A, B & C before you begin collecting for signatures.

## A. PREAMBLE

**TO THE SECRETARY OF THE COMMONWEALTH:**

We, the undersigned, all of whom are qualified electors of Pennsylvania, of the County, and of the electoral district(s) designated below, hereby nominate the persons designated in "B" below as candidates representing the political body named herein, and also appoint the persons designated in "C" below as the committee authorized to fill any vacancy caused by the death or withdrawal of any such candidates.

**1. Name of Political Body** _____CONSTITUTION PARTY_____ |
(No more than 3 words)

**2. County of Signers** _____

## B. CANDIDATE INFORMATION

| OFFICE TITLE | DISTRICT | NAME OF CANDIDATE | PLACE OF RESIDENCE House No.  Street or Road  City, Boro or Twp. | OCCUPATION |
|---|---|---|---|---|
| PRESIDENT | STATEWIDE | James N. Clymer | 301 Letort Rd., Millersville, PA 17551 | Attorney |
| Vice President | STATEWIDE | Steven E. Sylvester | 16914 Parkside Ave., South Holland, IL, 60473 | Dentist |
| Attorney General | STATEWIDE | Justin L. Magill | 4541 W. 38th St., Erie, PA 16506 | Attorney |
| Auditor General | STATEWIDE | Alan R. Goodrich, Sr. | 209 N. Holden Street, Osceola, PA 16942 | Principal |
| Treasurer | STATEWIDE | Troy Bowman | 1627 Ridgedale Dr., Lancaster, PA 17601 | Info Tech |
| U.S. Senator | STATEWIDE | Bernard Selker | 875 Iron Bridge Rd., Sigel, PA 15860 | Trucking |
|  |  |  |  |  |
|  |  |  |  |  |

## PRESIDENTIAL ELECTORS:

| # | NAME | RESIDENCE | OCCUPATION | # | NAME | RESIDENCE | OCCUPATION |
|---|---|---|---|---|---|---|---|
| 1. | James N. Clymer | 301 Letort Rd., Millersville, PA 17551 | Attorney | 11. | Rebecca G. Goodrich | 209 N. Holden St., Osceola, PA 16942 | Nurse |
| 2. | Justin L. Magill | 4541 W. 38th St. Erie, PA 16506 | Attorney | 12. | Frederick W. Goodrich II | 209 N. Holden St., Osceola, PA 16942 | Student |
| 3. | Alan R. Goodrich | 209 N. Holden St. Osceola, PA 16942 | Principal | 13. | Sharilyn Magill | 4541 W. 38th St. Erie, PA 16506 | Realtor |
| 4. | Troy Bowman | 1627 Ridgedale Dr. Lancaster, PA 17601 | Info Tech | 14. | Michael J. Kimes | 346 Marietta Ave, Mount Joy, PA 17552 | Law Enforcement |
| 5. | Brian J. Tevlin | 24 Fair View Acres Wellsboro, PA 16901 | Trust Officer | 15. | John Diamond | 10321 Stateline Rd. Wattsburg, PA 16442 | Caregiver |
| 6. | Lois D. Clymer | 301 Letort Rd. Millersville, PA 17551 | Homemaker | 16. | Joseph R. Dunfee | 163 Maple St. Gordonville, PA 17529 | Engineer |
| 7. | Wesley Thompson | 221 Eighth St. Blawnox, PA 15238 | Trucking | 17. | Bernard Selker | 875 Iron Bridge Rd. Sigel, PA 15860 | Trucking |
| 8. | James W. Barr | 200 Frankfort Ave Pittsburgh, PA 15229 | Caregiver | 18. | Julia Pando | 8761 Fisher Sigel Rd. Sigel, PA 15860 | Retired |
| 9. | Kenneth L. Dinger | 104 W. Chestnut St. Quarryville, PA 17566 | Cashier | 19. | John T. Erb | 91 S. Erlsman Rd. Mannheim, PA 17545 | Cashier |
| 10. | Bert A. Goodrich | 209 N. Holden St. Osceola, PA 16942 | Cashier |  |  |  |  |

## C. COMMITTEE TO FILL VACANCIES

**Must name 3, 4 or 5 committee members**

| # |  | PLACE OF RESIDENCE House No.    Street or Road    City, Boro or Twp. |
|---|---|---|
| 1. | James N. Clymer | 301 Letort Rd., Millersville, PA 17551 |
| 2. | Justin L. Magill | 4541 W. 38th St., Erie, PA 16506 |
| 3. | Alan R. Goodrich, Sr. | 209 N. Holden St., Osceola, PA 16942 |
| 4. | Troy Bowman | 1627 Ridgedale Dr.,  Lancaster, PA 17601 |
| 5. | Sharilyn Magill | 4541 W. 38th St., Erie, PA 16506 |

## D. SIGNATURES OF ELECTORS

| # | SIGNATURE OF ELECTOR | PRINTED NAME OF ELECTOR | PLACE OF RESIDENCE House No. | Street or Road | City, Boro or Twp. | DATE OF SIGNING |
|---|---|---|---|---|---|---|
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| 4. |  |  |  |  |  |  |
| 5. |  |  |  |  |  |  |
| 6. |  |  |  |  |  |  |
| 7. |  |  |  |  |  |  |
| 8. |  |  |  |  |  |  |

Exhibit 1

**D. SIGNATURES OF ELECTORS** (Continued)

| SIGNATURE OF ELECTOR | PRINTED NAME OF ELECTOR | PLACE OF RESIDENCE | | | DATE OF SIGNING |
|---|---|---|---|---|---|
| | | House No. | Street or Road | City, Boro or Twp. | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |

**E. STATEMENT OF CIRCULATOR**

I state that my residence is as set forth below; that the signers to the foregoing nomination paper signed the same with full knowledge of the contents thereof; that their residences are correctly stated therein; that they all reside in the county specified below; that each signed on the date set opposite his or her name; and that to the best of my knowledge and belief, the signers are qualified electors of the electoral districts designated in this nomination paper.

By signing below, I agree to submit to the jurisdiction of the Commonwealth of Pennsylvania, regarding any case or controversy arising out of my activities while circulating papers, which shall be governed by the laws of the Commonwealth of Pennsylvania.

_____County
County of Paper Signers' Residence

I, _____, state that I am the person whom I represent myself to be herein, and I state that the
Printed Name of Circulator                information set forth in this section is true and accurate and made subject to the criminal
penalties imposed by law for violation of 18 Pa.C.S. § 4904 (relating to unsworn
falsification to authorities).

Signature: _____       Date: _____
MM/DD/YY

**Address of Circulator:** _____
Number                    Street

_____
City, Boro or Twp.          State          Zip Code

NOTE: THIS STATEMENT MUST BE COMPLETED AFTER ALL SIGNATURES HAVE BEEN OBTAINED.

DSBE-PBCA (Rev. 2/24)



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
Bureau of Elections

### POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ___ERIE___

Name: ___MAGILL___ . ___JUSTIN___ , ___LUKE___
         Last Name        First Name        Middle Name or Initial    Suffix

Residential Address: ___4541 West 38th Street___

City: ___ERIE___     State: __PA__ Zip Code: ___16506___

Municipality (City, Boro, or Township): ___MILLCREEK___     Gender: F ☑ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____     State: ___ Zip Code: _____

Election District of Candidate (district where registered to vote): ___MILLCREEK 3___

Office for which you are seeking nomination: ___ATTORNEY GENERAL___

Email address: ___jmagill@magill-law821.com___

Name as it is to appear on the Ballot: ___JUSTIN L. MAGILL___

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

    I swear (or affirm) to the above parts as required
    by the laws applicable to the office I seek.

_____ day of _____ 20 _____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires _____

_____
Signature of Candidate

___814-964-1052___
Telephone Number

___ERIE___
County of Residence

---

OFFICE USE ONLY

COUNTY CODE   $ ___200.00___
    AMOUNT RECEIVED

F ☐     M ☐

A T T     S W     C S T
OFFICE     DISTRICT     POLITICAL PARTY

NUMBER OF PAPERS

COMMENTS

CHECKER     INPUT     VERIFY
    B.F.

# Exhibit 2



# pennsylvania
## DEPARTMENT OF STATE

**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the _____31st_____ (date) day of ____July____ (month), ___2024___ (year), at

___Erie, PA_____ (county or other location, and state), ___USA___ (country).

_____Justin Magill_____
(printed name)

_____
(signature)

{rev. 2/21}

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Tioga_

Name: _Goodrich_ , _Alan_ , _R._ , _Jr_
      Last Name      First Name      Middle Name or Initial    Suffix

Residential Address: _209 N. Holden Street_

City: _Osceola_                    State: _PA_   Zip Code: _16942_

Municipality (City, Boro, or Township): _Osceola_        Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____       State: _____  Zip Code: _____

Election District of Candidate (district where registered to vote): _Osceola_

Office for which you are seeking nomination: _Auditor General_

Email address: _argoodrich @ juno.com_

Name as it is to appear on the Ballot: _Bob Goodrich_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of _____ 20 _____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires _____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____
Signature of Candidate

_(814) 258-5218_
Telephone Number

_Tioga_
County of Residence

| OFFICE USE ONLY |

COUNTY CODE   $ _200.00_
AMOUNT RECEIVED          F ☐      M ☐

| A | U | D |   | S | W |   | C | S | T |   | NUMBER OF PAPERS |
OFFICE          DISTRICT        POLITICAL PARTY

COMMENTS

CHECKER       INPUT       VERIFY



**pennsylvania**
DEPARTMENT OF STATE

Bureau of Elections 717-787-5280

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT**
**where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___31___ (date) day of __July__ (month), __2024__ (year), at

__Tioga County, Pennsylvania__ (county or other location, and state), __USA__ (country).

__Alan R. Goodrich Sr__
(printed name)

__[signature]__
(signature)

(rev. 2/21)

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _LANCASTER_

Name: _BOWMAN_    _TROY_    _D._

     Last Name     First Name     Middle Name or Initial     Suffix

Residential Address: _1627 RIDGEDALE DRIVE_

City: _LANCASTER_    State: _PA_    Zip Code: _17601_

Municipality (City, Boro, or Township): _MANHEIM TOWNSHIP_    Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____    State: _____    Zip Code: _____

Election District of Candidate (district where registered to vote): _MANHEIM TOWNSHIP_

Office for which you are seeking nomination: _TREASURER_

Email address: _TDBOWMAN66@GMAIL.COM_

Name as it is to appear on the Ballot: _TROY Bowman_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_31_ day of _July_ 20_24_

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires _____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_Troy Bowman_
Signature of Candidate

_717-278-7422_
Telephone Number

_LANCASTER_
County of Residence

| OFFICE USE ONLY | | | | | |
| --- | --- | --- | --- | --- | --- |

☐ COUNTY CODE  $ _200.00_    F ☐    ☐ M
              AMOUNT RECEIVED

| T | R | E | | S | W | | C | S | T | | | | | | |

OFFICE      DISTRICT      POLITICAL PARTY      NUMBER OF PAPERS

| | | | | | | | | | | | | | | | |    COMMENTS

CHECKER      INPUT      VERIFY
                              B.F.



# pennsylvania
## DEPARTMENT OF STATE
Bureau of Elections 717-787-5280

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___*31ST*___ (date) day of ___*July*___ (month), ___*2024*___ (year), at
___*LANCASTER, PA*___ (county or other location, and state), ___*USA*___ (country).

___*TROY BOWMAN*___
(printed name)
___*Troy Bowman*___
(signature)

(rev. 2/21)

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Clarion_

Name: _Selker_ , _Bernard_
       Last Name       First Name       Middle Name or Initial    Suffix

Residential Address: _875 Ironbridge Rd._

City: _Sigel_        State: _Pa_   Zip Code: _15860_

Municipality (City, Boro, or Township): _Millcreek Twp._    Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): _Clarion County Millcreek Twp_

Office for which you are seeking nomination: _US Senate of Pa._

Email address: _bmselkerjr@gmail.com_

Name as it is to appear on the Ballot: _Marty Selker_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of _____ 20___

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_Bernard Selker_
Signature of Candidate

_814-229-8568_
Telephone Number

_Clarion_
County of Residence

| OFFICE USE ONLY | | | | | | | |
|---|---|---|---|---|---|---|---|

COUNTY CODE $ _200.00_   F ☐   M ☐
AMOUNT RECEIVED

| U S S | S U | C S T | | | | | COMMENTS |
OFFICE    DISTRICT    POLITICAL PARTY    NUMBER OF PAPERS

CHECKER      INPUT      VERIFY
                               BF



**pennsylvania**
DEPARTMENT OF STATE

Bureau of Elections 717-787-5280

### CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
### where notarized statement is not available

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the __29th__ (date) day of __July__ (month), __2024__ (year), at

__Clarion, Pa__ (county or other location, and state), __USA__ (country).

__Bernard Selker__
(printed name)

__Bernard Selker__
(signature)

(rev. 2/21)

DSEB-301 (6/24)

## CANDIDATE'S SUPPLEMENTAL NOMINATION PAPER FORM

### (COMPLETE ALL APPLICABLE AREAS)

Year: _2024_

Candidate Number: _____

Candidate Name: _Constitution Party_

Office:

President of the United States — _(circled)_    Representative in the General Assembly

United States Senator — _(circled)_    Justice of the Supreme Court

Governor    Judge of the Superior Court

Lieutenant Governor    Judge of the Commonwealth Court

Attorney General — _(circled)_    Judge of the Court of Common Pleas

Auditor General — _(circled)_    Judge of the Municipal Court

State Treasurer — _(circled)_    Representative in Congress

Senator in the General Assembly

District: _Statewide_

Minor Political Party or Political Body Name: _Constitution Party_

Number of Supplemental Pages Submitted: _____

I hereby certify that the above information is true and correct.

Submitted by: _(signature)_    Date: _8/1/24_    Phone: _814-258-5210_

---

**OFFICE USE ONLY**

Number of supplemental pages submitted:_____    Received by Mail

Sequence of pages submitted: From _635_ to _670_

Processed by: _(signature)_ _____    Timestamp: _____

---

Department of State-Bureau of Elections-Harrisburg, Pennsylvania

# EXhibit 3



## 2024 NOMINATION **PAPER** REJECTION NOTICE

Name of Candidate <u>Clymer    James    N</u>                     Log No. _____
                      (Last Name)    (First Name)    (M.I.)

Date <u>8/1/24</u> No. of Nomination Paper Pages _____    Prepared By _____

Office: <u>United States President</u>

Minor Political Party or Political Body Name: <u>Constitution Party</u>

*The Nomination Papers for the above listed candidate and office, which were submitted in this office on the date listed above, cannot be accepted for the following reason(s):*

☐ Insufficient Number of Valid Signatures      ☐ Invalid Candidate's Affidavit
☐ Untimely Filing                              ☐ Invalid Statement of Circulator
☐ Incomplete Preamble
☐ Filing Fee not submitted by Certified Check or Money Order
☑ Other <u>see below.</u>

Comments:
<u>Candidate did not provide valid affidavits for 19</u>
<u>Presidential electors.</u>
_____
_____
_____

This letter shall serve as the official notice of the rejection. If you have any questions regarding this notice, please feel free to call the Bureau of Elections at (717)787-5280. **If the candidate is unable to correct the defects noted above on or before the statutory deadline to file nomination papers, the candidate may choose to file a mandamus action in Commonwealth Court, asking the court to order the Secretary of the Commonwealth Court to accept the nomination petitions pursuant to Section 976 of the Pennsylvania Election Code, 25 P.S. sec. 2936. Mandamus is an extraordinary remedy which exists to compel official performance of a non-discretionary act. Failure to act in a timely manner may impair any potential remedies you seek. The Department cannot provide legal advice. You may wish to consult with your own attorney.**

Sincerely,

*Jessica Mathis*

Jessica Mathis
Director
Bureau of Elections

**Exhibit 4**