# Exhibit E

## Boyer, Jacob (GC)

| | |
|---|---|
| **From:** | DJ Elias <kelias@kleinbard.com> |
| **Sent:** | Monday, September 30, 2024 4:03 PM |
| **To:** | acrouse@adamscountypa.gov; Voye, David; jfwebb@co.armstrong.pa.us; csisk@beavercountypa.gov; jgable@bedfordcounty.pa.gov; sseymour@blairco.org; smithkorsr@bradfordcountypa.gov; elections@buckscounty.org; mdillon@co.cambria.pa.us; mlupro@cameroncountypa.com; elections@centrecountypa.gov; ccelectionofficials@chesco.org; elections@clearfieldco.org,; mrepasky@columbiapa.org; bureauofelections@cumberlandcountypa.gov; DelcoElection@co.delaware.pa.us; kfrey@countyofelkpa.com; voterreg@eriecountypa.gov; jahitchcock@forestcountypa.gov; jcbyers@franklincountypa.gov; electionsdirector@co.fulton.pa.us; rmaryai@indianacountypa.gov; klupone@jeffersoncountypa.com; lsnyder@jeffersoncountypa.com; eweyrich@juniataco.org; HopkinsE@lackawannacounty.org; lcvote@lawrencecountypa.gov; voter@lebcnty.org; elections@luzernecounty.org; flehman@lyco.org; bsperry@mckeancountypa.org; thall@mercercountypa.gov; VoterRegistration@MifflinCO.org; smay-silfee@monroecountypa.gov; montcovotes@montgomerycountypa.gov; hbrandon@montourco.org; election@norcopa.gov; nmanzoni@pikepa.org; cbrown@pottercountypa.net; gkatherman@unionco.org; Laura.Anna@venangocountypa.gov; sguyer@snydercounty.org; kransom@warrencountypa.gov; FKellett@wyomingcountypa.gov; evr@yorkcountypa.gov |
| **Cc:** | Matt Haverstick; Shohin Vance; Samantha Zimmer; Boyer, Jacob (GC) |
| **Subject:** | [External] West, et al. v. Pa. Dept. of State, 2:24-cv-01349 (W.D. Pa.) |
| **Attachments:** | Filed Complaint - West v. Department of State (W.D. Pa.) 09.25.2024.pdf; West Motion for TRO (09.25.2024).pdf |

*ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the* [Report Phishing button in Outlook.](#)

On behalf of Matthew H. Haverstick, Esq., please see below and attached :

Dear Sir or Madam:

This firm represents Plaintiffs in the above referenced action (filed on Wednesday, September 25), seeking, among other things, issuance of a preliminary injunction directing the Secretary of the Commonwealth to accept the Nomination Papers of Cornel West and Melina Abdullah for President and Vice-President of the United States, respectively.  Although the only named defendants at this juncture are the Department of State and the Secretary of the Commonwealth, because of its potential impact on the preparation of mail-in and absentee ballots by the individual county boards of elections, I am sharing with you the filed Complaint, as well as the Motion for Preliminary Injunction.  We urge you to guide yourself accordingly and monitor the progress of this lawsuit in the coming weeks.  *Cf.* 25 P.S. § 3150.15 ("While any proceeding is pending in a Federal or State court which would affect the contents of any ballot, the county board of elections may await a resolution of that proceeding but in any event, shall commence to deliver or mail official mail-in ballots not later than the second Tuesday prior to the primary or election."); *cf. also id.* at § 3146.5 (same as to absentee ballots).  Should you have any questions or concerns, or wish to discuss the matter further, please do not hesitate to contact me at your convenience.

Very truly yours,

1

Matthew H. Haverstick



DJ Elias
Paralegal
**Kleinbard LLC**

BIG FIRM EXPERIENCE. SMALL FIRM ATTENTION.

Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia PA  19103
D | 267.443.4142
M| 215.568.2000
F |  215.568.0140
E |  kelias@kleinbard.com
W| www.kleinbard.com




This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.