UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | No. 24-cv-1349 <br> Judge Nicholas Ranjan |

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN R. KOVATIS**

I, Stephen R. Kovatis, undersigned counsel for Defendants Pennsylvania Department of State and Secretary Al Schmidt, hereby move that Stephen R. Kovatis be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Pennsylvania Department of State and Secretary Al Schmidt in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Stephen R. Kovatis filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Date: October 2, 2024                     Respectfully submitted,

JENNIFER C. SELBER
GENERAL COUNSEL

By:  /s/ Stephen R. Kovatis
STEPHEN R. KOVATIS
Deputy General Counsel
Attorney ID No. 209495
Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101
Phone: 717-602-0943
Email: skovatis@pa.gov

## CERTIFICATE OF SERVICE

I, Stephen R. Kovatis, hereby certify that I have caused all parties to be served on this day with the foregoing Motion for Admission *Pro Hac Vice* via the Court's ECF system.

Date: October 2, 2024                    By: /s/ Stephen R. Kovatis
                                              STEPHEN R. KOVATIS