UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE, *et al.*,<br><br>        Defendants. | No. 24-cv-1349<br>Judge Nicholas Ranjan |

**DECLARATION OF STEPHEN R. KOVATIS**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Stephen R. Kovatis, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Pennsylvania Department of State and Secretary Al Schmidt in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Stephen R. Kovatis, being duly sworn, do hereby depose and say as follows:

    1.    I am Deputy General Counsel with the Governor's Office of General Counsel.

2. My business address is 333 Market Street, 17th Floor, Harrisburg, Pennsylvania 17101.

3. I am a member in good standing of the bars of Pennsylvania and New Jersey. I am an associate member of the bar of Virginia.

4. My Pennsylvania bar identification number is 209495.

5. A current certificate of good standing from Pennsylvania is attached to this declaration as Exhibit A.

6. I have no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Date: October 2, 2024                By:  /s/ Stephen R. Kovatis_____
                                          STEPHEN R. KOVATIS
v