# Exhibit A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Stephen Ronald Kovatis, Esq.*

DATE OF ADMISSION

*November 17, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 30, 2024

Steven Rothermel, Esq.
Deputy Prothonotary