UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE, *et al.*,<br><br>Defendants. | No. 24-cv-1349<br>Judge Nicholas Ranjan |

## ORDER

**AND NOW**, AND NOW, this _____ day of _____ 2024, upon consideration of the Motion for Admission *Pro Hac Vice* of Stephen R. Kovatis, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Stephen R. Kovatis is admitted to practice before this Court in the above-captioned matter pursuant to Local Rule of Civil Procedure 83.2 B.

IT IS SO ORDERED:

_____
Ranjan, J.