UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | No. 24-cv-1349 <br> Judge Nicholas Ranjan |

## ORDER

**AND NOW**, AND NOW, this 2nd day of October, 2024, upon consideration of the Motion for Admission *Pro Hac Vice* of Stephen R. Kovatis, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Stephen R. Kovatis is admitted to practice before this Court in the above-captioned matter pursuant to Local Rule of Civil Procedure 83.2 B.

IT IS SO ORDERED:

s/ J. Nicholas Ranjan
Ranjan, J.