IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CORNEL WEST, *et al.*,

    Plaintiffs,

v.

PENNSYLVANIA DEPARTMENT
OF STATE, *et al.*,

    Defendants.

2:24-cv-1349

| | |
|---|---|
| **Hearing Type:** | Preliminary Injunction Hearing |
| **Date:** | 10/7/2024 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiff | Matthew Haverstick, Shohin Vance, Samantha Zimmer, J. Andrew Crompton, and Ryan Gonder |
| Counsel for Defendant | Jacob Boyer, Stephen Kovatis, and Ian Everhart |
| Court Reporter | V. Trettel |
| Law Clerk | HS |
| Start Time | 9:30 a.m. |
| End Time | 1:00 p.m. |

**SUMMARY OF PROCEEDINGS:**

Hearing held on Plaintiffs' pending Motion for Temporary Restraining Order and Preliminary Injunction (ECF 2).

Testimony from Cornel West and Jonathan Marks.

Parties to file their joint stipulation of facts and associated exhibits, and Plaintiffs their affidavit of Paul Hamrick.

Plaintiff may file a supplemental brief by 10/7/2024 at 11:59 p.m.; any response by Defendant due by 10/8/2024 at 5:00 p.m.  Corresponding order to follow.