

Date: July 11, 2024

Cornel West
17242 Citron
Irvine, CA 92612

Dear Cornel West:

On July 11, 2024 this office received your nomination papers for the office of US President, _____ District, 1,287 pages, Justice For All Political Body, filing fee, and a copy of your Statement of Financial Interests, if applicable. However, this office did not receive a valid candidate's affidavit. 0 of 19 Electors A blank candidate's affidavit is attached for your use.

This office will hold your nomination papers, filing fee, and a copy of your Statement of Financial Interests (if applicable) pending receipt of a valid candidate's affidavit, which must be received by this office no later than 5:00 P.M., Thursday, August 1st, 2024.

Sincerely,

Jessica Mathis

Jessica Mathis
Director, Bureau of Elections

Attachment

ACKNOWLEDGED BY: _____
CEYANNA DENT

Papers Pending – **Affidavit**

Bureau of Elections
210 North Office Building | 401 North Street | Harrisburg, PA 17120 | 717.787.5280 | Fax 717.705.0721
www.dos.pa.gov