DSBE-PBCA (rev. 2/24)

**RECEIVED**
JUL 29 2024
DEPARTMENT OF STATE
EXECUTIVE OFFICE

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

**POLITICAL BODY CANDIDATE'S AFFIDAVIT**

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Allegheny

Name: Tunstalle (Last Name)   Geraldine (First Name)   Anise (Middle Name or Initial)   ___ (Suffix)

Residential Address: 2929 Webster Avenue

City: Pittsburgh   State: Pa   Zip Code: 15219

Municipality (City, Boro, or Township): _____   Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____   State: _____   Zip Code: _____

Election District of Candidate (district where registered to vote): Allegheny County

Office for which you are seeking nomination: Presidential Elector

Email address: geraldinetunstalle@gmail.com

Name as it is to appear on the Ballot: Geraldine Tunstalle

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this 24 day of July 20 24

_____ Signature of Officer Administering Affirmation

Notary Public
Official Title

My commission expires Sept 24, 2027

Commonwealth of Pennsylvania - Notary Seal
BARBARA ANN STIGGERS - Notary Public
Allegheny County
My Commission Expires September 24, 2027
Commission Number 1292868

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____ Signature of Candidate

412 224-7887
Telephone Number

Allegheny
County of Residence

**OFFICE USE ONLY**

| COUNTY CODE | $ AMOUNT RECEIVED | F | M |
| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |

COMMENTS

CHECKER   INPUT   VERIFY

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Philadelphia__

Name: __Kleinberg__, __Nicole__, __K__, ____
       Last Name       First Name       Middle Name or Initial   Suffix

Residential Address: __5327 Baynton Street__

City: __Philadelphia__   State: __PA__   Zip Code: __19144__

Municipality (City, Boro, or Township): __Philadelphia__   Gender: F ☐ M ☐ NB ☐

Mailing Address (if different from residential): ____

City: ____   State: ____   Zip Code: ____

Election District of Candidate (district where registered to vote): __Philadelphia__

Office for which you are seeking nomination: Presidential Elector

Email address: __Nikki.KelleyKleinberg@gmail.com__

Name as it is to appear on the Ballot: __Nicole Kelley Kleinberg__

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

__23__ day of __July__ 20 __24__

_Signature of Officer Administering Affirmation_

__NOTARY PUBLIC__
Official Title

My commission expires __01/10/2028__

[Notary Seal: Commonwealth of Pennsylvania - Notary Seal, Zinnia Ruch, Notary Public, Philadelphia County, My Commission Expires January 10, 2028, Commission Number 1441337]

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_Signature of Candidate_

__215-384-3311__
Telephone Number

__Philadelphia__
County of Residence

**OFFICE USE ONLY**

| COUNTY CODE | $ AMOUNT RECEIVED | F ☐ | M ☐ |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | COMMENTS |

CHECKER   INPUT   VERIFY

PA DEPT OF STATE  JUL 29 2024