**Everhart, Ian**

---

| | |
|---|---|
| **From:** | ST, Elections |
| **Sent:** | Tuesday, July 30, 2024 5:01 PM |
| **To:** | geraldinetunstalle@gmail.com |
| **Cc:** | team@cornelwest2024.com |
| **Subject:** | Pending Notice: Tunstalle Candidate Affidavit |
| **Attachments:** | Tunstalle_Affidavit.pdf; Tunstalle_Pending Notice.pdf; PB 2024 Political Body Candidate's Affidavit.pdf |

Dear Geraldine Tunstalle:

Attached please find the following:

- A photocopy of your candidate affidavit that my office received in the mail;
- A pending notice related to this affidavit issued today by my office; and
- A blank candidate affidavit, for your convenience.

If you have any questions, you can contact my staff member Ben Feldman at (717) 265-7634.

Jessica Mathis
Director, Bureau of Elections

## Everhart, Ian

**From:** ST, Elections
**Sent:** Tuesday, July 30, 2024 4:57 PM
**To:** nikkikelleykleinberg@gmail.com
**Cc:** team@cornelwest2024.com
**Subject:** Pending Notice: Kleinberg Candidate Affidavit
**Attachments:** Kleinberg_Affidavit.pdf; Kleinberg_Pending Notice.pdf; PB 2024 Political Body Candidate's Affidavit.pdf

Dear Nicole Kleinberg:

Attached please find the following:

- A photocopy of your candidate affidavit that my office received in the mail;
- A pending notice related to this affidavit issued today by my office; and
- A blank candidate affidavit, for your convenience.

If you have any questions, you can contact my staff member Ben Feldman at (717) 265-7634.

Jessica Mathis
Director, Bureau of Elections

Date: July 30, 2024

Geraldine Tunstalle
2929 Webster Avenue
Pittsburgh, PA 15219

Dear Geraldine Tunstalle:

On July 30, 2024 this office received your candidate's affidavit for the office of Presidential Elector, Justice for All Political Body. However, the affidavit you submitted did not list your Municipality (City, Boro, or Township). A blank candidate's affidavit is attached for your use.

A valid candidate's affidavit must be received by this office no later than 5:00 P.M., Thursday, August 1st, 2024 to accept the paperwork provided by the Justice for All Political Body.

Sincerely,

Jessica Mathis
Director, Bureau of Elections

Attachment

ACKNOWLEDGED BY: ________________________________________

Papers Pending – **Affidavit**



Date: July 30, 2024

Nicole Kleinberg
5327 Baynton Street
Philadelphia, PA 19144

Dear Nicole Kleinberg:

On July 30, 2024 this office received your candidate's affidavit for the office of Presidential Elector, Justice for All Political Body. However, the affidavit you submitted did not correctly list your Election District of Candidate (district where registered to vote). A blank candidate's affidavit is attached for your use.

A valid candidate's affidavit must be received by this office no later than 5:00 P.M., Thursday, August 1st, 2024 to accept the paperwork provided by the Justice for All Political Body.

Sincerely,

Jessica Mathis
Director, Bureau of Elections

Attachment

ACKNOWLEDGED BY: ________________________________________

Papers Pending – **Affidavit**