DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

PB

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF **Northumberland**

Name: **Alvarez**, **Sophia**, _____, _____
       Last Name        First Name      Middle Name or Initial   Suffix

Residential Address: **360 Arch St**

City: **Sunbury**     State: **PA**   Zip Code: **17801**

Municipality (City, Boro, or Township): **Sunbury**     Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____     State: _____   Zip Code: _____

Election District of Candidate (district where registered to vote): **Northumberland**

Office for which you are seeking nomination: **Presidential Elector**

Email address: **sweetsun79@gmail.com**

Name as it is to appear on the Ballot: **Sophia Alvarez**

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this **27** day of **July** 20 **24**

_____
Signature of Officer Administering Affirmation
**Carolyn L. Marks**

**Notary Public**
Official Title

My commission expires **5-30-2028**

[Notary Seal: Commonwealth of Pennsylvania - Notary Seal, Carolyn L. Marks, Notary Public, Northumberland County, My commission expires May 30, 2028, Commission number 1193139, Member, Pennsylvania Association of Notaries]

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____
Signature of Candidate

**570 336 4570**
Telephone Number

**Northumberland**
County of Residence

---

**OFFICE USE ONLY**

| COUNTY CODE | $ AMOUNT RECEIVED | F ☐ | M ☐ |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |

|  |  |  |  | COMMENTS |
| CHECKER | INPUT | VERIFY |

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

POLITICAL BODY CANDIDATE'S AFFIDAVIT

PB

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Berks__

Name: __Stephens__, __Jacob__, __Charles__, ____
    Last Name      First Name      Middle Name or Initial      Suffix

Residential Address: __2490 Hopewell Rd__

City: __Elverson__    State: __PA__    Zip Code: __19520__

Municipality (City, Boro, or Township): __Caernarvon Township__    Gender: F ☐ M ☑ NB ☐

Mailing Address (if different from residential): ____

City: ____ State: ____ Zip Code: ____

Election District of Candidate (district where registered to vote): __Caernarvon Township - 2nd Precinct__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __jacob.stephens.701@gmail.com__

Name as it is to appear on the Ballot: __Jacob Stephens__

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

__24__ day of __July__ 20__24__

_____ (signature)
Signature of Officer Administering Affirmation

__Notary__
Official Title

My commission expires __9-20-24__

[Notary Seal: Commonwealth of Pennsylvania - Notary Seal, Sandra L. Styer, Notary Public, Berks County, My commission expires September 20, 2028, Commission number 1162696, Member, Pennsylvania Association of Notaries]

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

__Jacob C. Stephens__ (signature)
Signature of Candidate

__484 356 7773__
Telephone Number

__Berks__
County of Residence

---

OFFICE USE ONLY

| COUNTY CODE | $ _____ AMOUNT RECEIVED | F ☐ | M ☐ |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |

|  |  |  | COMMENTS |
| CHECKER | INPUT | VERIFY |  |

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

PB

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Greene

Name: Williams, Autumn, Nicole
      Last Name        First Name        Middle Name or Initial    Suffix

Residential Address: 104 Midway Aly

City: Mount Morris    State: PA    Zip Code: 15349

Municipality (City, Boro, or Township): Perry Twp    Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): 12

Office for which you are seeking nomination: Presidential Elector

Email address: autumnwilliams1310@gmail.com

Name as it is to appear on the Ballot: Autumn Williams

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

17th day of July 2024

_Amber L. Harbarger_ (signature)
Signature of Officer Administering Affirmation

Notary
Official Title

My commission expires March 30, 2027

Commonwealth of Pennsylvania - Notary Seal
AMBER L. HARBARGER - Notary Public
Greene County
My Commission Expires March 30, 2027
Commission Number 1433858

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_Autumn Williams_ (signature)
Signature of Candidate

681-285-2567
Telephone Number

Greene
County of Residence

---

**OFFICE USE ONLY**

| COUNTY CODE | $ AMOUNT RECEIVED | F | M |
|---|---|---|---|

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | |
|---|---|---|---|---|

| | | | | COMMENTS |
|---|---|---|---|---|
| CHECKER | INPUT | VERIFY | | |

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

POLITICAL BODY CANDIDATE'S AFFIDAVIT

PB

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Bucks__

Name: __ADNANE__, __LOQMAN__, __R__, _____
     Last Name      First Name      Middle Name or Initial      Suffix

Residential Address: __768 LILY RD__

City: __WARMINSTER__ State: __PA__ Zip Code: __18974__

Municipality (City, Boro, or Township): __WARMINSTER__ Gender: F ☐ M ☑ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): __PENNSYLVANIA 1st__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __logman.adnane@outlook.com__

Name as it is to appear on the Ballot: __LOQMAN ADNANE__

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

__25__ day of __July__ 20__24__

Signature of Officer Administering Affirmation

__Notary Public__
Official Title

My commission expires __5/29/28__

Commonwealth of Pennsylvania - Notary Seal
Jacqueline Marsalona, Notary Public
Bucks County
My Commission Expires May 29, 2028
Commission Number 1338353

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

Signature of Candidate

__215-313-7668__
Telephone Number

__Bucks__
County of Residence

**OFFICE USE ONLY**

☐☐ COUNTY CODE    $_____ AMOUNT RECEIVED    F ☐    M ☐

☐☐ OFFICE    ☐☐☐ DISTRICT    ☐☐☐☐ POLITICAL PARTY    ☐☐☐☐☐☐ NUMBER OF PAPERS

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ COMMENTS

CHECKER    INPUT    VERIFY

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Allegheny_

Name: _McWilliams_, _Arnold_, _W_, ____
   Last Name      First Name   Middle Name or Initial   Suffix

Residential Address: _1031 Wolfe Avenue_
City: _Braddock_   State: _PA_   Zip Code: _15104_
Municipality (City, Boro, or Township): _North Braddock_   Gender: F ☐ M ☑ NB ☐
Mailing Address (if different from residential): ____
City: _Braddock_   State: _PA._   Zip Code: _15104_
Election District of Candidate (district where registered to vote): _Allegheny County_
Office for which you are seeking nomination: _Presidential Elector_
Email address: _2becontinued45@gmail.com_
Name as it is to appear on the Ballot: _Arnold W McWilliams_

**CANDIDATE'S AFFIDAVIT** - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

Sworn (or affirmed) and subscribed before me this _26th_ day of _July_ 20_24_

_Nicholas J Kizina_
Signature of Officer Administering Affirmation

_Notary Public_
Official Title

My commission expires _10/19/27_

_Arnold W McWilliams_
Signature of Candidate

_412-932-8874_
Telephone Number

_Allegheny County_
County of Residence

Commonwealth of Pennsylvania - Notary Seal
Nicholas J. Kizina, Notary Public
Allegheny County
My commission expires October 19, 2027
Commission number 1438643

---

**OFFICE USE ONLY**

| COUNTY CODE | $ AMOUNT RECEIVED | F ☐ | M ☐ |

OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS

COMMENTS

CHECKER | INPUT | VERIFY

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Dauphin

Name: Martin, Tatiana, M,
       Last Name    First Name    Middle Name or Initial    Suffix

Residential Address: 102 University Manor E

City: Hershey    State: PA    Zip Code: 17033

Municipality (City, Boro, or Township): Derry Township    Gender: F☒ M☐ NB☐

Mailing Address (if different from residential): _____

City: _____    State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): 10th congressional District

Office for which you are seeking nomination: Presidential Elector

Email address: tatianam5517@gmail.com

Name as it is to appear on the Ballot: Tatiana M. Martin

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

17 day of July, 2024

_____
Signature of Officer Administering Affirmation

Notary
Official Title

My commission expires 9/20/2025

DANIEL W WINSTON
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 20, 2025

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____
Signature of Candidate

717-810-6156
Telephone Number

Dauphin
County of Residence

---

**OFFICE USE ONLY**

| COUNTY CODE | $ AMOUNT RECEIVED | F | | M |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | |

COMMENTS

| CHECKER | INPUT | VERIFY |

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



## POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Delaware

Name: Banchs, Christian, Edward
         Last Name      First Name      Middle Name or Initial      Suffix

Residential Address: 503 Davis Ave

City: Clifton Heights       State: PA   Zip Code: 19018

Municipality (City, Boro, or Township): Clifton Heights      Gender: F ☐  M ☒  NB ☐

Mailing Address (if different from residential): _____

City: _____  State: _____  Zip Code: _____

Election District of Candidate (district where registered to vote): Delaware

Office for which you are seeking nomination: Presidential Elector

Email address: Christian.banchs@gmail.com

Name as it is to appear on the Ballot: Christian Banchs

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

23rd day of July  20 24

Andrew Dunleavy
Signature of Officer Administering Affirmation

Notary Public
Official Title

My commission expires 10/04/2027

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

Christ S. Banl
Signature of Candidate

267-515-9866
Telephone Number

Delaware
County of Residence

Commonwealth of Pennsylvania - Notary Seal
ANDREW M DUNLEAVY - Notary Public
Delaware County
My Commission Expires October 2, 2027
Commission Number 1438997

### OFFICE USE ONLY

| COUNTY CODE | $ AMOUNT RECEIVED | F ☐ | M ☐ |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |

COMMENTS

CHECKER | INPUT | VERIFY

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

**CANDIDATE'S AFFIDAVIT FOR SUBSTITUTE NOMINATION CERTIFICATE**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF __Allegheny__ SS:

CANDIDATE'S AFFIDAVIT – I do swear (or affirm) that my residence, my election district and the name of the office for which I consent to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, that I am not a candidate for the same office of any political party or political body other than the one designated herein; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

Sworn to (or affirmed) and subscribed before me this

__26th__ day of __July__, 20 __24__.

Commonwealth of Pennsylvania - Notary Seal
AARON GIBSON JR., Notary Public
Allegheny County
My Commission Expires August 12, 2024
Commission Number 1376972

(SEAL)

_(Signature)_
(Signature of Person Administering Oath)
My Commission Expires __August 12, 2024__

__Presidential Elector__
Office and District (if any)

__Charles B. Her__
Signature of Candidate

__Charles B. Her__
Printed Name of Candidate

__1203 Love St__
Residential Address/Post Office/Zip Code

__Pittsburgh__          __Allegheny__
City, Borough, Township          County

Election District of Candidate
(District Where Registered To Vote)

__412 608 4569__
Telephone Number

DSBE-PBSNC (6/24)

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



## POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: Allegheny

Name: Hier (Last Name), Charles (First Name), B (Middle Name or Initial), ___ (Suffix)

Residential Address: 1203 Love Street
City: Pittsburgh    State: PA    Zip Code: 15218
Municipality (City, Boro, or Township): Pittsburgh    Gender: F ☐ M ☒ NB ☐
Mailing Address (if different from residential): ___
City: ___    State: ___    Zip Code: ___
Election District of Candidate (district where registered to vote): 12th Cong District
Office for which you are seeking nomination: Presidential Elector
Email address: hier@pitt.edu
Name as it is to appear on the Ballot: Charles B. Hier

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit. [CH initials]

Sworn (or affirmed) and subscribed before me this 26th day of July 20 24

Signature of Officer Administering Affirmation
Official Title: Notary Public
My commission expires August 12, 2024

[Notary Seal: Commonwealth of Pennsylvania - Notary Seal, AARON GIBSON JR., Notary Public, Allegheny County, My Commission Expires August 12, 2024, Commission Number 1376972]

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

Signature of Candidate: Charles B. Hier
Telephone Number: 412 608 4569
County of Residence: Allegheny

---

**OFFICE USE ONLY**

COUNTY CODE ☐☐    $ ___ AMOUNT RECEIVED    F ☐    M ☐

OFFICE ☐☐    DISTRICT ☐☐☐    POLITICAL PARTY ☐☐☐    NUMBER OF PAPERS ☐☐☐☐

COMMENTS ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

CHECKER    INPUT    VERIFY

DSBE-PB WD (rev. 7/24)

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
Bureau of Elections**



## POLITICAL BODY CANDIDATE'S WITHDRAWAL NOTICE

TO THE SECRETARY OF THE COMMONWEALTH:

I hereby withdraw my name as a candidate for the OFFICE and POLITICAL BODY in the COUNTY and/or DISTRICT listed below for the General Election to be held November 5, 2024.

POLITICAL BODY __Justice For All__        OFFICE __Presidential Elector__

COUNTY __Philadelphia__        DISTRICT _____
                                            COMPLETE IF APPLICABLE

__Katherine Marie Hopkins-Bot__        __Katherine Marie Hopkins-Bot__
PRINTED NAME OF CANDIDATE                SIGNATURE OF CANDIDATE

Candidate Number __17__        __(215) 222-1472__
                                TELEPHONE NUMBER (OPTIONAL)

On this, the __25__ day of __July__, 20__24__, before me __Michael Walter Overby__ the undersigned officer, personally appeared __Katherine Hopkins-Bot__

known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that they executed the same for the purposes therein contained and desired the same to be recorded as such.

Commonwealth of Pennsylvania - Notary Seal
Michael Walter Overby, Notary Public
Philadelphia County
My commission expires October 15, 2024
Commission number 1382106
(SEAL)
Member, Pennsylvania Association of Notaries

In witness whereof, I hereunto set my hand and official seal.

__Michael Walter Overby__
(SIGNATURE)

__Notary Public__
(OFFICIAL TITLE)

My Commission Expires __10/15/2024__

**NOTE: Withdrawals must be filed not later than 5:00 P.M. on August 12, 2024**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE BUREAU OF ELECTIONS
210 NORTH OFFICE BUILDING
HARRISBURG, PA 17120

DSBE – PB WD (REV. 7/24)