**Everhart, Ian**

---

**From:**        Matt Haverstick <mhaverstick@kleinbard.com>
**Sent:**        Thursday, August 1, 2024 4:21 PM
**To:**          Kotula, Kathleen
**Cc:**           Shohin Vance
**Subject:**      [External] Elector affidavits
**Attachments:**  Combined Affidavits and Declarations.pdf


***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the* [*Report Phishing button in Outlook.*](#)

Ms. Kotula:

Please see the attached elector affidavits. We'd like to discuss with you how to handle these electors. Are you free tomorrow?


Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street |Philadelphia, PA  19103
D | 215.496.7225
M| 484.753.1355
F | 215.568.0140
E | [mhaverstick@kleinbard.com](mailto:mhaverstick@kleinbard.com)
W| [www.kleinbard.com](http://www.kleinbard.com)


This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

PB

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Delaware__

Name: __Steele__ , __David__ , _____ , ____
      Last Name           First Name        Middle Name or Initial    Suffix

Residential Address: __1308 Edgewood Rd.__

City: __Havertown__      State: __PA__    Zip Code: __19083__

Municipality (City, Boro, or Township): __Haverford Township__    Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____    State: _____    Zip Code: _____

Election District of Candidate (district where registered to vote): __Delaware County__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __steelecarpentry@gmail.com__

Name as it is to appear on the Ballot: __David Steele__

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of _____ 20____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____
0A88BF666SFA447...
Signature of Candidate

__(610) 457-1277__
Telephone Number

__Delaware County__
County of Residence

| OFFICE USE ONLY | | | | |
|---|---|---|---|---|
| COUNTY CODE   $_____ AMOUNT RECEIVED | | F ☐    M ☐ | | |
| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | |
|   | | | COMMENTS | |
| CHECKER | INPUT | VERIFY | | |



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ____31____ (date) day of ____July____ (month), ____2024____ (year), at

____Delaware County, PA____ (county or other location, and state), ____USA____ (country).

____David Steele____
(printed name)

____[signature]____
(signature)

(rev. 2/21)



## Certificate Of Completion

Envelope Id: D450218551754F2FA33359E4293D412E                                      Status: Completed
Subject: Complete with Docusign: David Steele - PA Elector Affidavit and Declaration.pdf
Source Envelope:
Document Pages: 2                          Signatures: 2                          Envelope Originator:
Certificate Pages: 2                       Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-06:00) Central Time (US & Canada)

## Record Tracking

Status: Original                           Holder: ███████████              Location: DocuSign
        7/31/2024 2:34:06 PM                       ████████████

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| David Steele<br>steelecarpentry@gmail.com<br>Security Level: Email, Account Authentication (None) | *[signature]*<br>0A88BF6665FA447...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 174.198.8.0<br>Signed using mobile | Sent: 7/31/2024 2:35:42 PM<br>Viewed: 7/31/2024 4:42:35 PM<br>Signed: 7/31/2024 4:42:41 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| ██████████<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 7/31/2024 2:35:42 PM<br>Viewed: 8/1/2024 8:04:49 AM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| ██████████<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 7/31/2024 2:35:42 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 2:35:42 PM |
| Certified Delivered | Security Checked | 7/31/2024 4:42:35 PM |
| Signing Complete | Security Checked | 7/31/2024 4:42:41 PM |
| Completed | Security Checked | 7/31/2024 4:42:41 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

PB

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF __Northampton__

Name: __Miller-Cywinski__ __Michael__
　　　　Last Name　　　　　　First Name　　　　　Middle Name or Initial　　Suffix

Residential Address: __1361 Jefferson St.__

City: __Hellertown__　　　　　State: __PA__　Zip Code: __18055__

Municipality (City, Boro, or Township): __Hellertown__　Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____　　　State: _____　Zip Code: _____

Election District of Candidate (district where registered to vote): __Northampton County__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __mrbluepie@gmail.com__

Name as it is to appear on the Ballot: __Michael Miller-Cywinski__

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of_____ 20_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

_____
Signature of Candidate

(610) 848-8314
Telephone Number

Northampton County
County of Residence

---

**OFFICE USE ONLY**

COUNTY CODE ☐☐ $_____ F ☐ M ☐
　　　　　　　　　　AMOUNT RECEIVED

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐☐☐
OFFICE　DISTRICT　POLITICAL　NUMBER OF
　　　　　　　　PARTY　　PAPERS

☐☐☐☐☐☐☐☐☐☐☐☐☐☐ COMMENTS

CHECKER　　　INPUT　　　VERIFY



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT**
**where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___31___ (date) day of ___July___ (month), ___2024___ (year), at

___Northampton County, PA___ (county or other location, and state), ___USA___ (country).

Michael Miller-Cywinski
_____
(printed name)

_____
(signature)

(rev. 2/21)

**DocuSign**

| **Certificate Of Completion** | | |
|---|---|---|
| Envelope Id: 9D12ADB155CF4186974E614D39010790 | | Status: Completed |
| Subject: Complete with Docusign: Michael Miller-Cywinski - PA Elector Affidavit and Declaration.pdf | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | ▆▆▆▆▆ |
| AutoNav: Enabled | | ▆▆▆▆▆▆▆▆ |
| EnvelopeId Stamping: Enabled | | ▆▆▆▆▆▆▆ |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | ▆▆▆▆▆▆▆ |

| **Record Tracking** | | |
|---|---|---|
| Status: Original | Holder: ▆▆▆▆ | Location: DocuSign |
| 7/31/2024 2:37:47 PM | ▆▆▆▆▆ | |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Michael Miller-Cywinski | | Sent: 7/31/2024 2:39:02 PM |
| mrbluepie@gmail.com | | Viewed: 7/31/2024 4:19:30 PM |
| Security Level: Email, Account Authentication (None) | BE33DDF002C948F... | Signed: 7/31/2024 4:20:15 PM |
| | Signature Adoption: Drawn on Device | |
| | Using IP Address: 168.91.163.22 | |
| **Electronic Record and Signature Disclosure:** Not Offered via DocuSign | | |

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| ▆▆▆▆▆ ▆▆▆▆ | **COPIED** | Sent: 7/31/2024 2:39:02 PM |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** Not Offered via DocuSign | | |
| ▆▆▆▆ | **COPIED** | Sent: 7/31/2024 2:39:02 PM |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** Not Offered via DocuSign | | |

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 2:39:02 PM |
| Certified Delivered | Security Checked | 7/31/2024 4:19:30 PM |
| Signing Complete | Security Checked | 7/31/2024 4:20:15 PM |
| Completed | Security Checked | 7/31/2024 4:20:15 PM |

| Payment Events | Status | Timestamps |
|---|---|---|



**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Philadelphia_

Name: _Kleinberg_ _Nicole_ _K_

    Last Name            First Name       Middle Name or Initial    Suffix

Residential Address: _5327 Baynton Street_

City: _Philadelphia_        State: _PA_   Zip Code: _19144_

Municipality (City, Boro, or Township): _Philadelphia_     Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): _Philadelphia County_

Office for which you are seeking nomination: _Presidential Elector_

Email address: _NikkiKelleyKleinberg@gmail.com_

Name as it is to appear on the Ballot: _Nicole Kelley Kleinberg_

**CANDIDATE'S AFFIDAVIT** - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of _____ 20 _____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

DocuSigned by:

_Nicole Kleinberg_
AAE5E185CCD954BE

Signature of Candidate

(215) 384-3311
Telephone Number

Philadelphia
County of Residence

| OFFICE USE ONLY |
|---|

COUNTY CODE $_____     F ☐     M ☐

AMOUNT RECEIVED

OFFICE ☐☐☐   DISTRICT ☐☐☐   POLITICAL PARTY ☐☐☐   NUMBER OF PAPERS ☐☐☐☐☐

☐☐☐☐☐☐☐☐☐☐☐☐☐ COMMENTS

CHECKER     INPUT     VERIFY



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___31___ (date) day of ___July___ (month), ___2024___ (year), at ___Philadelphia County, PA___ (county or other location, and state), ___USA___ (country).

Nicole Kelley Kleinberg
_____
(printed name)

*Nicole Kleinberg*
AAE5E185CE984BE...
_____
(signature)

(rev. 2/21)



## Certificate Of Completion

Envelope Id: 8BC8AA4DE1FC460194DD9510B9F8B1F9                                   Status: Completed
Subject: Complete with Docusign: Nicole Kleinberg - PA Elector Affidavit and Declaration.pdf
Source Envelope:
Document Pages: 2                    Signatures: 2                    Envelope Originator:
Certificate Pages: 2                  Initials: 0                       ███████████
AutoNav: Enabled                                                        ███████████████
EnvelopeId Stamping: Enabled                                            ███████████████████
Time Zone: (UTC-06:00) Central Time (US & Canada)

## Record Tracking

Status: Original                      Holder: ████████████          Location: DocuSign
         7/31/2024 2:10:55 PM                  ███████████

| Signer Events | Signature | Timestamp |
|---|---|---|
| Nicole Kleinberg<br>NikkiKelleyKleinberg@gmail.com<br>Security Level: Email, Account Authentication (None) | *Nicole Kleinberg*<br>AAE5E185CE984BE...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 104.28.76.125<br>Signed using mobile | Sent: 7/31/2024 2:12:27 PM<br>Viewed: 7/31/2024 2:13:34 PM<br>Signed: 7/31/2024 2:13:53 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| ████████████<br>████████████████<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 7/31/2024 2:12:28 PM<br>Viewed: 7/31/2024 2:18:08 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |
| ██████████<br>███████████████ <br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 7/31/2024 2:12:28 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 2:12:28 PM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Certified Delivered | Security Checked | 7/31/2024 2:13:34 PM |
| Signing Complete | Security Checked | 7/31/2024 2:13:53 PM |
| Completed | Security Checked | 7/31/2024 2:13:53 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

DSBE-PBCA (rev. 2024)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

PB

POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Allegheny_

Name: _Quattry-Comer_ _Danielle_ _____ _____ _____
     Last Name        First Name        Middle Name or Initial   Suffix

Residential Address: _1527 W. Ingomar Road_

City: _Pittsburgh_ _____ State: _PA_ Zip Code: _15237_

Municipality (City, Boro, or Township): _Pittsburgh_ _____ Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): _Allegheny County_

Office for which you are seeking nomination: _Presidential Elector_

Email address: _daniellequattry@gmail.com_

Name as it is to appear on the Ballot: _Danielle Quattry-Comer_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____day of_____20_____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

DocuSigned by:

_____
FDAE0C0FAC13EC6... Signature of Candidate

(407) 259-1026

_____
Telephone Number

Allegheny County
_____
County of Residence

| OFFICE USE ONLY |
|---|

COUNTY CODE  $_____ AMOUNT RECEIVED         F ☐        M ☐

OFFICE ☐☐☐   DISTRICT ☐☐☐☐   POLITICAL PARTY ☐☐☐   NUMBER OF PAPERS ☐☐☐☐☐

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   COMMENTS

CHECKER   INPUT   VERIFY



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___31___ (date) day of ___July___ (month), ___2024___ (year), at

___Allegheny County, PA___ (county or other location, and state), ___USA___ (country).

___Danielle Quattry-Comer___

(printed name)

(signature)

(rev. 2/21)

**DocuSign**

## Certificate Of Completion

Envelope Id: F0946658EF2E46F5905F8CF976D5064A
Subject: Complete with Docusign: Danielle Quattry-Comer - PA Elector Affidavit and Declaration.pdf
Source Envelope:
Document Pages: 2                  Signatures: 2                  Envelope Originator:
Certificate Pages: 5               Initials: 0                    ████████████
AutoNav: Enabled                                                  ████
EnvelopeId Stamping: Enabled                                      ████████
Time Zone: (UTC-05:00) Eastern Time (US & Canada)                ██████████████
                                                                 ████████████

## Record Tracking

Status: Original                   Holder: ████████              Location: DocuSign
        7/31/2024 7:55:10 PM               ████████████████

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Danielle Quattry-Comer<br>daniellequattry@gmail.com<br>Security Level: Email, Account Authentication (None)<br><br>**Electronic Record and Signature Disclosure:**<br>Accepted: 7/31/2024 8:14:18 PM<br>ID: b567e749-7bb0-46f0-871f-99a490f35228 | F0AEC0FAC144C6...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 35.145.3.147<br>Signed using mobile | Sent: 7/31/2024 7:56:34 PM<br>Viewed: 7/31/2024 8:14:18 PM<br>Signed: 7/31/2024 8:14:54 PM |

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| ████████████<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Accepted: 11/29/2023 1:57:37 PM<br>ID: cd4c0cda-291d-41f0-ad3a-22f12a0685a4 | COPIED | Sent: 7/31/2024 7:56:35 PM<br>Viewed: 8/1/2024 8:45:12 AM |
| ████████████<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | COPIED | Sent: 7/31/2024 7:56:35 PM<br>Viewed: 7/31/2024 8:15:49 PM |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 7:56:35 PM |
| Certified Delivered | Security Checked | 7/31/2024 8:14:18 PM |
| Signing Complete | Security Checked | 7/31/2024 8:14:54 PM |
| Completed | Security Checked | 7/31/2024 8:14:54 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

DSBE-PBCA (rev. 2024)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF _Allegheny_

Name: _Tunstalle_ , _Geraldine_ , _Anise_
          Last Name          First Name          Middle Name or Initial          Suffix

Residential Address: _2929 Webster Avenue_

City: _Pittsburgh_          State: _PA_   Zip Code: _15219_

Municipality (City, Boro, or Township): _Pittsburgh_          Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____          State: _____   Zip Code: _____

Election District of Candidate (district where registered to vote): _Allegheny County_

Office for which you are seeking nomination: _Presidential Elector_

Email address: _geraldinetunstalle@gmail.com_

Name as it is to appear on the Ballot: _Geraldine Tunstalle_

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of _____ 20 _____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires _____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

┌─ DocuSigned by:
│ *Geraldine Tunstalle*
└─ BB96047D855C651...
          Signature of Candidate

(412) 224-7887
          Telephone Number

Allegheny
          County of Residence

---

**OFFICE USE ONLY**

| COUNTY CODE | $ | | F | | M |
| AMOUNT RECEIVED |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS | COMMENTS |

| CHECKER | INPUT | VERIFY |



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ____31____ (date) day of ____July____ (month), ____2024____ (year), at

____Allegheny County, PA____ (county or other location, and state), ____USA____ (country).

Geraldine Tunstalle
_____
(printed name)

*Geraldine Tunstalle*
BB06047D910C431
_____
(signature)

(rev. 2/21)



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: BBEDBD2B731D418893704E1BD4533926 | | Status: Completed |
| Subject: Complete with Docusign: Geraldine Tunstalle - PA Elector Affidavit and Declaration.pdf | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | |
| AutoNav: Enabled | | |
| EnvelopeId Stamping: Enabled | | |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: | Location: DocuSign |
|     7/31/2024 2:06:57 PM | | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Geraldine Tunstalle<br>geraldinetunstalle@gmail.com<br>Security Level: Email, Account Authentication (None) | *Geraldine Tunstalle*<br>1BB06047D910C431...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 73.79.36.247 | Sent: 7/31/2024 2:10:22 PM<br>Viewed: 7/31/2024 6:31:46 PM<br>Signed: 7/31/2024 6:33:56 PM |

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 7/31/2024 2:10:22 PM<br>Viewed: 8/1/2024 8:06:49 AM |
| Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 7/31/2024 2:10:22 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 2:10:22 PM |
| Certified Delivered | Security Checked | 7/31/2024 6:31:46 PM |
| Signing Complete | Security Checked | 7/31/2024 6:33:56 PM |
| Completed | Security Checked | 7/31/2024 6:33:56 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE
Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ___Philadelphia___

Name: __Hopkins-Bot__, ___Katherine___, _____, _____
     Last Name       First Name       Middle Name or Initial     Suffix

Residential Address: ___426 N. 39th Street___

City: __Philadelphia__      State: __PA__   Zip Code: __19104__

Municipality (City, Boro, or Township): __Philadelphia__     Gender: F ☒ M ☐ NB ☐

Mailing Address (if different from residential): _____

City: _____ State: _____ Zip Code: _____

Election District of Candidate (district where registered to vote): __Philadelphia County__

Office for which you are seeking nomination: __Presidential Elector__

Email address: __khopkins426@gmail.com__

Name as it is to appear on the Ballot: __Katherine Hopkins-Bot__

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; ~~that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election,~~ or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

_____ day of_____ 20_____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires_____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

┌─ DocuSigned by:
**KATHERINE HOPKINS-BOT**
└─ A1B403D4... Signature of Candidate

(267) 303-9649
Telephone Number

Philadelphia County
County of Residence

| OFFICE USE ONLY | | | | |
|---|---|---|---|---|

☐ COUNTY CODE   $_____
    AMOUNT RECEIVED

F ☐     ☐ M

☐ OFFICE    ☐ DISTRICT    ☐ POLITICAL PARTY    ☐ NUMBER OF PAPERS

COMMENTS

CHECKER     INPUT     VERIFY



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the
office for which I desire to be a candidate are as contained in the attached document, that I am
eligible for said office, that I will not knowingly violate any election law or any law regulating
and limiting nomination and election expenses, and prohibiting corrupt practices in connection
therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code
requiring pre-election and post-election reporting of campaign contributions and expenditures;
that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal
Court or the office of school board in a district where that office is elective or the office of
magisterial district judge, my name has not been presented as a candidate by nomination
petitions of any other party for the same office; that if I am a candidate for any office of a
political party I am a registered and enrolled member of such party; that if I am a candidate for
Committee Delegate or Alternate Delegate to the National Convention the name of the
candidate to whom I am committed is as indicated on my nomination petition and that my
signature on the Delegate's Statement was affixed to each page of my nomination petition prior
to circulation of same; that I am not a candidate for an office which I already hold, the term of
which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the
foregoing is true and correct.

Signed on the ___31___ (date) day of ___July___ (month), ___2024___ (year), at

___Philadelphia County, PA___ (county or other location, and state), ___USA___ (country).

Katherine Hopkins-Bot

(printed name)

> DocuSigned by:
> KATHERINE HOPKINS-BOT
> A18463D4103940F...

(signature)

(rev. 2/21)

**DocuSign**

| Certificate Of Completion | | |
|---|---|---|
| Envelope Id: C1AF2D653CDC49078DC48DFF5095B24F | | Status: Completed |
| Subject: Complete with Docusign: Katherine Hopkins-Bot - PA Elector Affidavit and Declaration.pdf | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 1 | ████████ |
| AutoNav: Enabled | | █████████████ |
| EnvelopeId Stamping: Enabled | | ██ █ |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | ████████ |
| | | ██████████████████ |
| | | ██████████████ |

| Record Tracking | | |
|---|---|---|
| Status: Original | Holder: ████████ | Location: DocuSign |
| 7/31/2024 7:57:01 PM | ███████████████ | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| KATHERINE HOPKINS-BOT | KATHERINE HOPKINS-BOT | Sent: 7/31/2024 7:58:33 PM |
| khopkins426@gmail.com | A1B463D4103940F... | Resent: 8/1/2024 8:34:45 AM |
| Security Level: Email, Account Authentication (None) | | Resent: 8/1/2024 2:52:20 PM |
| | Signature Adoption: Pre-selected Style | Viewed: 8/1/2024 3:04:59 PM |
| | Using IP Address: 96.245.62.27 | Signed: 8/1/2024 3:08:19 PM |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 8/1/2024 3:04:59 PM | | |
| ID: f08d4a61-383b-4dfb-85d1-9a314239eaf7 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| ████████████ | **COPIED** | Sent: 7/31/2024 7:58:34 PM |
| Security Level: Email, Account Authentication (None) | | Viewed: 7/31/2024 8:00:05 PM |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 11/29/2023 1:57:37 PM | | |
| ID: cd4c0cda-291d-41f0-ad3a-22f12a0685a4 | | |
| ████████████ | **COPIED** | Sent: 7/31/2024 7:58:34 PM |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:** | | |
| Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/31/2024 7:58:34 PM |
| Certified Delivered | Security Checked | 8/1/2024 3:04:59 PM |
| Signing Complete | Security Checked | 8/1/2024 3:08:19 PM |
| Completed | Security Checked | 8/1/2024 3:08:19 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

DSBE-PBCA (rev. 2/24)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**



POLITICAL BODY CANDIDATE'S AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF ___Bucks___

Name: ___Karlton___ , ___Leland___ , ,
          Last Name                First Name             Middle Name or Initial      Suffix

Residential Address: ___60 Sherman Rd.___

City: ___Ottsville___       State: ___PA___  Zip Code: ___18942___

Municipality (City, Boro, or Township): ___Tinicum Township___     Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____   State: _____  Zip Code: _____

Election District of Candidate (district where registered to vote): ___Bucks County___

Office for which you are seeking nomination: ___Presidential Elector___

Email address: ___lelandkarlton8@gmail.com___

Name as it is to appear on the Ballot: ___Leland Karlton___

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

_____ day of _____ 20 _____

_____
Signature of Officer Administering Affirmation

X ___(signature)___

_____
Signature of Candidate

(424) 345-7920

_____
Official Title

Telephone Number

My commission expires _____

Bucks County

County of Residence

| OFFICE USE ONLY | | |
|---|---|---|

COUNTY CODE  $_____
AMOUNT RECEIVED

F ☐      ☐ M

OFFICE      DISTRICT      POLITICAL PARTY      NUMBER OF PAPERS

COMMENTS

CHECKER      INPUT      VERIFY



**Bureau of Elections 717-787-5280**

**CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT
where notarized statement is not available**

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the ___1___ (date) day of ___August___ (month), ___2024___ (year), at

___Bucks County, PA___ (county or other location, and state), ___USA___ (country).

Leland Carlton
_____
(printed name)

x _____
(signature)

(rev. 2/21)