# Everhart, Ian

| | |
|---|---|
| **From:** | Matt Haverstick <mhaverstick@kleinbard.com> |
| **Sent:** | Thursday, August 1, 2024 5:42 PM |
| **To:** | Kotula, Kathleen |
| **Cc:** | Shohin Vance |
| **Subject:** | [External] Additional elector affidavit. |
| **Attachments:** | Peter Black - PA Elector Affidavit Declaration (EXECUTED).pdf |

**ATTENTION:** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the* [Report Phishing button in Outlook.](#)

Ms. Kotula:
Please accept this additional elector affidavit. Thank you.



Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street |Philadelphia, PA  19103
D | 215.496.7225
M| 484.753.1355
F | 215.568.0140
E | [mhaverstick@kleinbard.com](mailto:mhaverstick@kleinbard.com)
W| [www.kleinbard.com](http://www.kleinbard.com)


This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**
**Bureau of Elections**

POLITICAL BODY CANDIDATE'S AFFIDAVIT



COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: Allegheny

Name: Black, Peter
   Last Name, First Name, Middle Name or Initial, Suffix

Residential Address: 506 Kerrwood Road

City: Pittsburgh    State: PA    Zip Code: 15215

Municipality (City, Boro, or Township): Pittsburgh    Gender: F ☐ M ☒ NB ☐

Mailing Address (if different from residential): _____

City: _____    State: _____    Zip Code: _____

Election District of Candidate (district where registered to vote): Allegheny County

Office for which you are seeking nomination: Presidential Elector

Email address: petercraigblack@gmail.com

Name as it is to appear on the Ballot: Peter Black

CANDIDATE'S AFFIDAVIT - I do swear (or affirm) that my residence, my election district and the name of the office for which I desire to be a candidate are as specified below, that I am eligible for said office, and that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that my name has not been presented as a candidate by nomination petitions for any public office to be voted for at the ensuing primary election, nor have I been nominated by any other nomination papers for any such office; that if I am a candidate for election at a general or municipal election I shall not be a registered and enrolled member of a political party at any time during the period of thirty (30) days prior to the primary up to and including the day of the following general or municipal election, or if I am a candidate for election at a special election I am not a registered and enrolled member of a political party; that I am not a candidate for an office which I already hold, the term of which is not set to expire in the same year as the office subject to this affidavit.

Sworn (or affirmed) and subscribed before me this

____ day of _____ 20____

_____
Signature of Officer Administering Affirmation

_____
Official Title

My commission expires _____

I swear (or affirm) to the above parts as required by the laws applicable to the office I seek.

DocuSigned by:
*Peter Black*
919A374505DF4DE...
Signature of Candidate

(412) 613-0518
Telephone Number

Allegheny County
County of Residence

**OFFICE USE ONLY**

| COUNTY CODE | $ AMOUNT RECEIVED | F ☐ | M ☐ |

| OFFICE | DISTRICT | POLITICAL PARTY | NUMBER OF PAPERS |

COMMENTS

CHECKER    INPUT    VERIFY



Bureau of Elections 717-787-5280

## CANDIDATE DECLARATION to be attached to CANDIDATE'S AFFIDAVIT where notarized statement is not available

CANDIDATE DECLARATION - I declare that my residence, my election district and the title of the office for which I desire to be a candidate are as contained in the attached document, that I am eligible for said office, that I will not knowingly violate any election law or any law regulating and limiting nomination and election expenses, and prohibiting corrupt practices in connection therewith; that I am aware of the provisions of Section 1626 of the Pennsylvania Election Code requiring pre-election and post-election reporting of campaign contributions and expenditures; that unless I am a candidate for Judge of a Court of Common Pleas, the Philadelphia Municipal Court or the office of school board in a district where that office is elective or the office of magisterial district judge, my name has not been presented as a candidate by nomination petitions of any other party for the same office; that if I am a candidate for any office of a political party I am a registered and enrolled member of such party; that if I am a candidate for Committee Delegate or Alternate Delegate to the National Convention the name of the candidate to whom I am committed is as indicated on my nomination petition and that my signature on the Delegate's Statement was affixed to each page of my nomination petition prior to circulation of same; that I am not a candidate for an office which I already hold, the term of which is not set to expire on the same year as the office subject to the accompanying affidavit.

I declare under penalty of perjury under the law of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Signed on the __1st__ (date) day of __August__ (month), __2024__ (year), at __Allegheny County, PA__ (county or other location, and state), __USA__ (country).

Peter Black
(printed name)

DocuSigned by:
*Peter Black*
919A374505DF4DE
(signature)

(rev. 2/21)

**DocuSign**

## Certificate Of Completion

Envelope Id: D9156359C5CF4122A8DF1C57B37BC72C  Status: Completed
Subject: Complete with Docusign: Peter Black Docs.pdf
Source Envelope:
Document Pages: 4  Signatures: 4  Envelope Originator:
Certificate Pages: 5  Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

## Record Tracking

Status: Original  Holder:  Location: DocuSign
       8/1/2024 1:04:24 PM

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Peter Black<br>petercraigblack@gmail.com<br>Security Level: Email, Account Authentication (None) | *Peter Black*<br>—919A374505DF4DE...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 72.77.41.151 | Sent: 8/1/2024 1:06:24 PM<br>Resent: 8/1/2024 1:57:57 PM<br>Viewed: 8/1/2024 4:11:05 PM<br>Signed: 8/1/2024 4:58:49 PM |

**Electronic Record and Signature Disclosure:**
    Accepted: 8/1/2024 4:11:05 PM
    ID: b59c39eb-f804-449f-a70b-04558b4cb4ad

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |
| Security Level: Email, Account Authentication (None) | COPIED | Sent: 8/1/2024 1:06:24 PM<br>Viewed: 8/1/2024 4:59:39 PM |

**Electronic Record and Signature Disclosure:**
    Accepted: 11/29/2023 1:57:37 PM
    ID: cd4c0cda-291d-41f0-ad3a-22f12a0685a4

| | | |
| --- | --- | --- |
| Security Level: Email, Account Authentication (None) | COPIED | Sent: 8/1/2024 1:06:25 PM<br>Viewed: 8/1/2024 5:00:04 PM |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 8/1/2024 1:06:25 PM |
| Certified Delivered | Security Checked | 8/1/2024 4:11:05 PM |
| Signing Complete | Security Checked | 8/1/2024 4:58:49 PM |
| Completed | Security Checked | 8/1/2024 4:58:49 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**