

## 2024 NOMINATION **PAPER** REJECTION NOTICE

**Name of Candidate**  <u>West,          Cornel          </u>   **Log No.** <u>2024C0877</u>
                       *(Last Name)*    *(First Name)*   *(M.I.)*

**Date** <u>08/01/2024</u>  **No. of Nomination Paper Pages** <u>1,282</u>   **Prepared By** _____

**Office:** <u>President of the United States</u>

**Minor Political Party or Political Body Name:** <u>Justice for All</u>

*The Nomination Papers for the above listed candidate and office, which were submitted in this office on the date listed above, cannot be accepted for the following reason(s):*

☐ Insufficient Number of Valid Signatures    ☒ Invalid Candidate's Affidavit
☐ Untimely Filing                                             ☐ Invalid Statement of Circulator
☐ Incomplete Preamble
☐ Filing Fee not submitted by Certified Check or Money Order
☐ Other _____

**Comments:**
Department is not in receipt of valid affidavits for all 19 electors.

This letter shall serve as the official notice of the rejection. If you have any questions regarding this notice, please feel free to call the Bureau of Elections at (717)787-5280. **If the candidate is unable to correct the defects noted above on or before the statutory deadline to file nomination papers, the candidate may choose to file a mandamus action in Commonwealth Court, asking the court to order the Secretary of the Commonwealth Court to accept the nomination petitions pursuant to Section 976 of the Pennsylvania Election Code, 25 P.S. sec. 2936. Mandamus is an extraordinary remedy which exists to compel official performance of a non-discretionary act.  Failure to act in a timely manner may impair any potential remedies you seek.  The Department cannot provide legal advice.  You may wish to consult with your own attorney.**

Sincerely,

*Jessica Mathis*

Jessica Mathis
Director