# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZA29262NT96593525

**Weight**

10.00 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

08/05/2024

**Delivered On**

08/06/2024 11:48 A.M.

**Delivered To**

IRVINE, CA, US
Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 08/30/2024 1:34 A.M. EST

## Delivery Photo

For security purposes, enter the destination postal code to view the photo

View Photo