# Everhart, Ian

| | |
|---|---|
| From: | Kotula, Kathleen |
| Sent: | Thursday, August 8, 2024 10:13 AM |
| To: | Shohin Vance |
| Cc: | Matt Haverstick; Samantha Zimmer |
| Subject: | RE: [External] FW: Elector affidavits |

Shohin,

Can tell me who exactly you represent in this matter?

In terms of your previous email, I was out of the office last week, as I'm sure you are aware from my out of office message.

Thanks,
Kat Kotula *(she/her/hers)*
Chief Counsel
PA Department of State

---

**From:** Shohin Vance <svance@kleinbard.com>
**Sent:** Wednesday, August 7, 2024 6:55 PM
**To:** Kotula, Kathleen <kkotula@pa.gov>
**Cc:** Matt Haverstick <mhaverstick@kleinbard.com>; Samantha Zimmer <szimmer@kleinbard.com>
**Subject:** [External] FW: Elector affidavits

**ATTENTION:** This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the *Report Phishing button in Outlook.*

Ms. Kotula: further to our email below, we represent various interested individuals, including electors who have signed the Nomination Paper of Cornel West for President and Melina Abduallah for Vice President. We would like to discuss with you the Department of State's apparent refusal to recognize the candidacy of said individuals. Please let us know whether you are available for a call sometime tomorrow or Friday to explore the possibility of resolving this matter without recourse to litigation.

Very truly yours,

Shohin H. Vance



Shohin Vance
Partner
**Kleinbard LLC**

**BIG FIRM EXPERIENCE. SMALL FIRM ATTENTION.**

Three Logan Square
1717 Arch Street, 5th Floor | Philadelphia, PA  19103
D | 267.443.4124
M| 717.497.5188
F |  215.568.0140
E |   svance@kleinbard.com
W|   www.kleinbard.com




This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

**From:** Matt Haverstick <mhaverstick@kleinbard.com>
**Sent:** Thursday, August 1, 2024 4:21 PM
**To:** Kathleen Kotula <kkotula@pa.gov>
**Cc:** Shohin Vance <svance@kleinbard.com>
**Subject:** Elector affidavits

Ms. Kotula:

Please see the attached elector affidavits. We'd like to discuss with you how to handle these electors. Are you free tomorrow?


Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street | Philadelphia, PA  19103
D | 215.496.7225

2

M| 484.753.1355
F | 215.568.0140
E | [mhaverstick@kleinbard.com](mailto:mhaverstick@kleinbard.com)
W| [www.kleinbard.com](http://www.kleinbard.com)


This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.