**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, | : : : : | No. 2:24-cv-01349 *(filed electronically)* |
| Plaintiffs, | : : : | |
| v. | : : | |
| PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, | : : : : : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Cornel West, Melina

Abdullah, Geraldine Tunstalle, Katherine Hopkins-Bot, and Charles

Hier, herby appeal to the United States Court of Appeals for the Third

Circuit from the October 10, 2024 Memorandum Order denying

Plaintiffs' Motion for a Temporary Restraining Order and Preliminary

Injunction (Exhibit A), *see* ECF No. 33.

Respectfully submitted,

Dated: October 11, 2024

/s/ Matthew H. Haverstick
Matthew H. Haverstick (No. 85072)
Shohin H. Vance (No. 323551)
Samantha G. Zimmer (No. 325650)*
KLEINBARD LLC
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
Ph: (215) 568-2000
Fax: (215) 568-0140
Eml: mhaverstick@kleinbard.com
svance@kleinbard.com
szimmer@kleinbard.com

*Pro Hac Vice Forthcoming*

/s/ J. Andrew Crompton
J. Andrew Crompton (No. 69227)*
Erik Roberts Anderson (203007)
Ryan T. Gonder (No. 321027)*
McNEES WALLACE & NURICK LLC
100 Pine Street
Harrisburg, PA 17101
Ph: (717) 232-8000
Eml: dcrompton@mcneeslaw.com
eanderson@mcneeslaw.com
rgonder@mcneeslaw.com

*Pro Hac Vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, I caused a true copy of the Notice of

Appeal to be served via the Court's ECF System.

*/s/ Matthew H. Haverstick*