IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER,** | No. 2:24-cv-01349 <br><br> (*filed electronically*) |
| **Plaintiffs,** | |
| v. | |
| **PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH,** | |
| **Defendants.** | |

# ORDER

AND NOW, this _____ day of October, 2024, upon consideration of Plaintiffs' Motion for Injunction Pending Appeal and any response thereto, it is hereby ORDERED that Motion is GRANTED and Defendants are directed to:

(1) accept the Nomination Papers of Cornel West and Melina Abdullah for President and Vice President, respectively, of the Justice for All political body pending Plaintiffs' appeal;

(2) transmit an amended certification listing Cornel West and Melina Abdullah as candidates of the Justice for All political body for President and Vice President of the United States, respectively; and

(3) take all reasonable and appropriate measures, consistent with past practice, to place the names of Cornel West and Melina Abdullah on the ballot, or

otherwise inform voters that West and Abdullah are duly qualified candidates for President and Vice-President of the United States by making postings in the same manner and to the same extent as in prior elections.

BY THE COURT:

_____
RANJAN, J.