UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE, *et al.*,<br><br>           Defendants. | No. 24-cv-1349<br>Judge J. Nicholas Ranjan |

## DECLARATION OF FRANK DEAN

I, Frank Dean, declare under the penalty of perjury pursuant to 18 Pa.C.S. § 4902 that:

1. I am the Director of Elections for Montgomery County, Pennsylvania. I have held this position since January of 2024. Before that, I served as the Director of Mail-in Elections beginning in July of 2020.

2. As part of my duties, I oversee the administration of all aspects of the elections process in Montgomery County. That includes the preparation of test decks to be used in Logic and Accuracy testing, and the physical testing of all equipment used in elections including high speed mail-in canvass scanners, in-person precinct scanners and IMAGECAST touchscreen voting devices.

3. Given my role and experience with Montgomery County, I am personally knowledgeable about the matters referenced in this Declaration. If called as a witness, I could and would testify competently to the matters set forth below.

4. In advance of any election, Montgomery County conducts Logic and Accuracy testing on all electronic equipment that will be, or could be, used during an election.

5. To conduct this testing, I worked with our election systems vendor, Dominion Voting Systems, to create the ballot for the 2024 General Election and the associated test decks required for the testing of the equipment. I conducted the Logic and Accuracy testing for the high speed canvass scanners used to tabulate mail-in ballots for the elections and oversaw the testing of the in-person precinct scanners and IMAGECAST touchscreen voting devices.

6. For the 2024 general election, Montgomery County's Logic and Accuracy testing began on September 23, 2024

7. For the 2024 general election, Montgomery County's Logic and Accuracy testing was completed on October 10, 2024.

8. I am familiar with a stipulated order entered on October 7, 2024, in the matter of *Republican National Committee, et al. v. Montgomery County Board of Commissioners, et al.*

9. As stated explicitly in paragraph 1c of that stipulation, the portion of Logic and Accuracy testing that occurred on September 23 beginning at 8am was for scanners to be used in the canvass of mail-in ballots for the 2024 general election. The County tested 9 such scanners during that portion of Logic and Accuracy testing.

10. In addition to those scanners, Montgomery County tested in-person election precinct scanners and IMAGECAST touchscreen voting devices as part of its Logic and Accuracy testing for the 2024 general election. The County has 702 in-person election precinct scanners and 436 IMAGECAST touchscreen voting devices that were tested during that portion of Logic and Accuracy testing.

11. The Logic and Accuracy testing of these scanners took 14 working days at 8 hours a day.

12. If Montgomery County had to redo Logic and Accuracy testing because there was a change to the ballot, before we could even do that testing we would have to work with our vendors to prepare a new database in the County's election management system for that ballot as well as do layout and quality assurance processes for that new ballot. This would require approximately one week of work before the County could even begin Logic and Accuracy testing on the new ballot.

13. Delivering materials and equipment to 313 polling locations for 429 precincts requires significant time. Montgomery County begins delivering voting machines to polling places a week in advance of Election Day which requires all materials to be ready for transportation by the end of the day on October 28, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2024.

_____
Frank Dean