IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY, PENNSYLVANIA, CIVIL DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, MONTGOMERY COUNTY REPUBLICAN COMMITTEE, CHRISTIAN NASCIMENTO, AND DAVID MCCORMICK | NO. 2024-22251 |
| | ELECTION CASE |
| Petitioners/Plaintiffs, | |
| v. | |
| MONTGOMERY COUNTY BOARD OF COMMISSIONERS, MONTGOMERY COUNTY BOARD OF ELECTIONS, JAMILA H. WINDER, NEIL MAKHIJA, THOMAS DIBELLO, and FRANK DEAN | |
| Respondents/Defendants. | |

## ORDER

AND NOW, this 7 day of October, 2024, upon consideration of the parties' Stipulation dated October 4, 2024, it is hereby **ORDERED** that Petitioners Petition for a Special and Preliminary Injunction and all Notices to Attend sent in connection therewith are deemed WITHDRAWN. The evidentiary hearing scheduled for 9:30 a.m. on October 7, 2024, is CANCELLED.

SO ORDERED, this 7 day of October 2024.

BY THE COURT:

RICHARD P. HAAZ,                    J.

5

RULE 236 NOTICE PROVIDED ON 10/07/2024

Case# 2024-22251-12 Docketed at Montgomery County Prothonotary on 10/07/2024 7:50 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY, PENNSYLVANIA, CIVIL DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE, MONTGOMERY COUNTY REPUBLICAN COMMITTEE, CHRISTIAN NASCIMENTO, AND DAVID MCCORMICK<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>MONTGOMERY COUNTY BOARD OF COMMISSIONERS, MONTGOMERY COUNTY BOARD OF ELECTIONS, JAMILA H. WINDER, NEIL MAKHIJA, THOMAS DIBELLO, and FRANK DEAN<br><br>Respondents/Defendants. | NO. 2024-22251<br><br>ELECTION CASE |

## STIPULATION

Petitioners and Respondents, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Respondents Stipulate to the following facts.

    a. On September 10, 2024, the Montgomery County Board of Elections ("County") completed Ballot Acceptance Testing on absentee and mail-in ballots in the ballot configuration that the Pennsylvania Department of State ultimately certified on September 16, 2024, as the official list of candidates for the November 5, 2024 election. As part of

that Ballot Acceptance Testing on September 10, 2024, the ballots in the test deck were run through all scanners to be used for the canvass of absentee and mail-ballots for the November 5, 2024 election, with all scanners properly tabulating the test ballots.

b. The County made absentee and mail-in ballots available for walk-in voters at Voter Services Offices at One Montgomery Plaza in Norristown, PA on September 17, 2024.

c. The County properly notified the appropriate parties and advertised the commencement of Logic and Accuracy Testing (L&A) for the scanners to be used in the canvass of mail-in ballots for the General Election. This testing commenced on September 23, 2024, at 8:00 a.m. in the mail-in and absentee ballot canvass room at 1430 Dekalb Street, Norristown. The test deck of the certified ballot was used. The testing was successful with all scanners properly tabulating the test ballots. This process concluded at approximately 11:30 a.m. the same day.

d. At approximately 2:30 p.m. on September 23, 2024, the County commenced mailing absentee and mail-in ballots for the November 5, 2024 election to voters who had applied for them up to that point.

2. Based on the above stipulation, Petitioners withdraw the Petition for a Special and Preliminary Injunction (Seq.#1).

3. Any and all Notices to Attend/Subpoenas sent in connection with the October 7, 2024 hearing are hereby withdrawn.

4. An appropriate Order reflecting the Petitioners' withdrawal of the Petition for a Special and Preliminary Injunction and canceling the hearing on the Petition is attached, and the undersigned counsel respectfully requests the Court sign the Order.

IT IS SO STIPULATED.

Date: October 4, 2024

*Walter Zimolong*
WALTER S. ZIMOLONG, ESQUIRE
Attorney I.D. No. 89151
wally@zimolonglaw.com
JAMES J. FITZPATRICK, ESQUIRE
Attorney I.D. No. 302497
ZIMOLONG LLC
353 W. Lancaster Avenue, Suite 300
Wayne, PA 19087
(215) 665-0842

*/s/ Linda A. Kerns*
Linda A. Kerns, Esquire
Law Offices of Linda A. Kerns, LLC
Attorney ID 84495
1420 Locust Street, Suite 200
Philadelphia, PA 19102
T: 215-731-1400
F: 215-701-4154
linda@lindakernslaw.com

*Attorneys for Plaintiffs*
*Republican National Committee,*
*Montgomery County Republican Committee and*
*Christian Nascimento*

Zachary M. Wallen
Attorney I.D. No. 309176
CHALMERS, ADAMS,

3

BACKER & KAUFMAN, LLC
301 South Hills Village Drive
Suite LL200-420
Pittsburgh, PA 15241
Phone: (412) 200.0842
zwallen@chalmersadams.com

*Attorney for Plaintiff David McCormick*

4

Case# 2024-22251-12 Docketed at Montgomery County Prothonotary on 10/07/2024 7:50 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

CHALMERS, ADAMS,
BACKER & KAUFMAN, LLC
301 South Hills Village Drive
Suite LL200-420
Pittsburgh, PA 15241
Phone: (412) 200.0842
zwallen@chalmersadams.com

*Attorney for Plaintiff David McCormick*

*[signature]*

John A. Marlatt, Esquire
Attorney ID No. 210141
Joshua C. Wertheimer, Esquire
Attorney ID No. 332923
One Montgomery Plaza, Suite 800
P.O. Box 311
Norristown, PA 19404-0311
(610) 278-3033

*Attorney for Defendants/Respondents, Montgomery County Board of Commissioners, Montgomery County Board of Elections, Jamila Winder, Neil Makhija, Thomas DiBello and Frank Dean.*

4