UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2913

Cornel West, et al v. Pennsylvania Department of State, et al

(U.S. District Court No.: 2-24-cv-01349)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 19, 2024
PDB/cc: Jacob B. Boyer, Esq.
      Matthew H. Haverstick, Esq.
      Sean A. Kirkpatrick, Esq.
      Brandy S. Lonchena,
      Daniel B. Mullen, Esq.
      Michael J. Scarinci, Esq.
      Samantha G. Zimmer, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate