

**COMMONWEALTH OF PENNSYLVANIA**
GOVERNOR'S OFFICE OF GENERAL COUNSEL

December 6, 2024

Hon. J. Nicholas Ranjan
U.S. District Court for the Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

**Via ECF**

    **Re:** *West v. Pa. Dep't of State*, No. 24-cv-1349 (W.D. Pa.)

Dear Judge Ranjan,

    We write in response to the Court's Order (ECF No. 43) directing the parties to submit a joint report regarding the status of this case following Plaintiffs' voluntary dismissal of their appeal of this Court's denial of their motion for a preliminary injunction. Undersigned counsel contacted Plaintiffs' counsel regarding this joint submission; counsel responded indicating they would follow up with their position but have not yet done so. Given the Court's deadline, Defendants thus submit this statement in lieu of a joint report.

    Defendants do not object to dismissal of this action. Should Plaintiffs intend to proceed, Defendants are willing to confer on a plan for moving this case forward.

                                      Respectfully submitted,

                                      /s/ Jacob Boyer
                                      Deputy General Counsel

                                      /s/ Stephen R. Kovatis
                                      Deputy General Counsel