IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH,<br><br>Defendants. | No. 2:24-cv-01349<br><br>(*filed electronically*) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATUS UPDATE**

Plaintiffs Cornel West, Melina Abdullah, Geraldine Tunstalle, Katherine Hopkins-Bot, and Charles Hier, hereby request an extension of time to December 13, 2024 to file a status report regarding their intent to proceed with the litigation. The grounds for this Motion are set forth in the accompanying Memorandum of Law attached hereto.

WHEREFORE, Plaintiffs respectfully ask this Court to grant this Motion and grant Plaintiffs an extension until December 13, 2024 to file a status report about their intent to proceed with this litigation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 11, 2024 | /s/ Matthew H. Haverstick<br>Matthew H. Haverstick (No. 85072)<br>Shohin H. Vance (No. 323551)<br>Samantha G. Zimmer (No. 325650)<br>KLEINBARD LLC<br>Three Logan Square<br>1717 Arch Street, 5th Floor<br>Philadelphia, PA 19103<br>Ph: (215) 568-2000<br>Fax: (215) 568-0140<br>Eml: mhaverstick@kleinbard.com<br>svance@kleinbard.com<br>szimmer@kleinbard.com |

**CERTIFICATE OF SERVICE**

I, Matthew H. Haverstick, hereby certify that on December 11, 2024, I caused a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Status Update, to be served on the following via the Court's electronic filing system:

Jacob B. Boyer
Stephen Kovatis
Deputy General Counsel
Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
(717) 460-6786

*Attorney for Defendants*

Dated: December 11, 2024                              /s/ Matthew H. Haverstick