# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, <br><br> Defendants. | No. 2:24-cv-01349 <br><br> (*filed electronically*) |

## **PROPOSED ORDER**

And NOW, _____, upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Status Update, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs shall file a status report about their intent to proceed with the litigation by December 13, 2024.

_____, J.