# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH,<br><br>Defendants. | No. 2:24-cv-01349<br><br>(*filed electronically*) |

## PLAINTIFFS' STATUS REPORT

Plaintiffs Cornel West, Melina Abdullah, Geraldine Tunstalle, Katherine Hopkins-Bot, and Charles Hier, hereby submit a status report in response to the Court's Orders directing the same (ECF 43, 45, 47). Plaintiffs' claims before this Court for declaratory and injunctive under the First and Fourteenth Amendments of the United States Constitution were not mooted by the passage of the General Election. Because Defendants' interpretation of the Election Code violated Plaintiffs' constitutional rights, Plaintiffs intend to proceed with the litigation before this Court.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 13, 2024 | /s/ Matthew H. Haverstick<br>Matthew H. Haverstick (No. 85072)<br>Shohin H. Vance (No. 323551)<br>Samantha G. Zimmer (No. 325650)<br>KLEINBARD LLC<br>Three Logan Square<br>1717 Arch Street, 5th Floor<br>Philadelphia, PA 19103<br>Ph: (215) 568-2000<br>Fax: (215) 568-0140<br>Eml: mhaverstick@kleinbard.com<br>svance@kleinbard.com<br>szimmer@kleinbard.com |

**CERTIFICATE OF SERVICE**

    I, Matthew H. Haverstick, hereby certify that on December 13, 2024, I caused a true and correct copy of the foregoing Status Report, to be served on the following via the Court's electronic filing system:

Jacob B. Boyer
Stephen Kovatis
Deputy General Counsel
Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
(717) 460-6786

*Attorney for Defendants*

Dated: December 13, 2024　　　　　　　　　　　　/s/ Matthew H. Haverstick