# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, | No. 2:24-cv-01349 <br><br> (*filed electronically*) |
| Plaintiffs, | |
| v. | |
| PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Samantha G. Zimmer, undersigned counsel for Plaintiffs, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Samantha G. Zimmer, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 1/22/2025 /s/ *Samantha G. Zimmer*
Samantha G. Zimmer (No. 325650)
KLEINBARD LLC
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
P: (215) 568-2000
F: (215) 568-0140
szimmer@kleinbard.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Samantha G. Zimmer, certify that on January 22, 2025, a true and correct copy of the motion for Admission *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Samantha G. Zimmer*
Samantha G. Zimmer
