# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Samantha G. Zimmer, Esq.*

**DATE OF ADMISSION**

*October 31, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 4, 2024

*Nicole Traini*
Nicole Traini
Chief Clerk