**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, | : : : : | No. 2:24-cv-01349 *(filed electronically)* |
| Plaintiffs, | : : : | |
| v. | : : | |
| PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, | : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2025, it is hereby **ORDERED** and

**DECREED** that Samantha G. Zimmer, Esquire, is admitted *pro hac vice* to the

United States District Court for the Western District of Pennsylvania, in the above-

captioned matter only.

**BY THE COURT:**

_____

J.

1