THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, | No. 2:24-cv-01349 |
| Plaintiffs, | |
| v. | |
| PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, | |
| Defendants. | |

## ORDER

AND NOW, this 23rd day of January, 2025, it is hereby **ORDERED and DECREED** that Samantha G. Zimmer, Esquire, is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

BY THE COURT:

s/ J. Nicholas Ranjan
United States District Judge