IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cornel West, Melina Abdullah, Geraldine Tunstalle, Katherine Hopkins-Bot, and Charles Hier<br><br>Plaintiff,<br>vs.<br>Pennsylvania Department of State and Al Schmidt, in his capacity as Secretary of the Commonwealth<br><br>Defendants. | 2:24-cv-01349<br><br>Judge J. Nicholas Ranjan |

### Fed. R. Civ. P. 26(f) REPORT OF THE PARTIES

**1. Subjects of Fact Discovery:**

The parties anticipate paper discovery and a handful of depositions regarding these general areas of inquiry: (1) The Department of State's (Department) past and present interpretations and enforcement of 25 P.S. § 2911; (2) the development of the Department's 2024 interpretation of 25 P.S. § 2911; (3) the burden on Plaintiffs to comply with 25 P.S. § 2911 and the Department's interpretation of the same; (4) facts related to submission of Cornel West's nomination papers; (5) Cornel West's identification of presidential electors in Pennsylvania and other states and difficulties associated with identifying and maintaining electors; (6) the Department's interpretation and requirements for major political party presidential candidates and presidential electors; (7) the role of presidential electors.

**2. Subjects of Expert Discovery:**

At this time, the parties do not anticipate expert discovery.

**3. Can fact and expert discovery occur at the same time? Why/why not?**

Although the parties do not currently anticipate expert discovery, they agree that expert discovery can occur at the same time as fact discovery if the need for expert discovery arises.

**4. Pre-trial Deadlines:**

    **a.** Date for Initial Disclosures: 2/5/2025

      b. Date for joinder/amendment: 2/7/2025
      c. Date for close of fact discovery: 8/4/2025
      d. Date for close of expert discovery, if bifurcated: 8/4/2025

**5. Do the parties want a Rule 502 non-waiver order ‑ Yes or No?**

No

**6. Are there any ESI issues to address? If yes, please explain:**

The parties do not anticipate any ESI issues.

**7. Protective Order ‑ Yes or No? If yes, please explain:**

The parties do not require a protective order.

                                                                                   Respectfully submitted,

| /s/Stephen R. Kovatis | /s/ Matthew H. Haverstick |
|---|---|
| Stephen R. Kovatis (No. 209495) | Matthew H. Haverstick (No. 85072) |
| Jacob B. Boyer (No. 324396) | Shohin H. Vance (No. 323551) |
| Office of General Counsel | Samantha G. Zimmer (No. 325650)* |
| 333 Market St., 17th Floor | KLEINBARD LLC |
| Harrisburg, PA 17101 | Three Logan Square |
| Ph: (717) 460-6786 | 1717 Arch Street, 5th Floor |
| Eml: skovatis@pa.gov | Philadelphia, PA 19103 |
| jacobboyer@pa.gov | Ph: (215) 568-2000 |
| | Fax: (215) 568-0140 |
| | Eml: mhaverstick@kleinbard.com |
| | svance@kleinbard.com |
| | szimmer@kleinbard.com |
| | |
| | *pro hac vice application pending |