IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*, | ) |
| Plaintiffs, | ) ) ) 2:24-cv-1349 |
| v. | ) ) |
| PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| **Hearing Type:** | Telephonic Initial Case Management Conference |
| **Date:** | 2/3/2025 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiff | Shohin Vance, Matthew Haverstick, and Samantha Zimmer |
| Counsel for Defendant | Stephen Kovatis and Jacob Boyer |
| Court Reporter | S. Siatkowski |
| Law Clerk | HS |
| Start Time | 10:05 a.m. |
| End Time | 10:30 a.m. |

**SUMMARY OF PROCEEDINGS:**

Telephonic Initial Case Management Conference held to discuss the current status of the case.

Possible mootness, the filing of an amended complaint, discovery, and ADR and possible settlement discussed. Case management and other orders to follow.