IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST, *et al.*, | ) |
| Plaintiffs, | ) 2:24-cv-1349 |
| vs. | ) |
| PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, | ) |
| Defendants. | ) |

**ORDER REFERRING CASE TO
ALTERNATIVE DISPUTE RESOLUTION**

After due consideration of the issues and in consultation with the parties, the Court finds that this case is appropriate for referral to an alternative form of dispute resolution as provided by the local rules of this Court.

**IT IS HEREBY ORDERED:**

(a) **Referral to ADR**: This case is referred to: Early Neutral Evaluation. **Mark Hamilton** is appointed to serve as the Evaluator. Compensation of the neutral will be as follows: 50% by Plaintiffs and 50% by Defendants. Compensation shall be paid directly to the neutral upon the conclusion of the ADR process. Failure to pay the neutral shall be brought to the attention of the Court.

(b) **Conduct of ADR Conference**: The ADR conference shall be conducted in accordance with Local Rule 16.2 and the Court's ADR Policies and Procedures.

(c) **Scheduling ADR Conference**: As set forth in the parties' ADR stipulation, the ADR conference shall be conducted on March 6, 2025. The ADR conference may be conducted at any location agreed to by the parties, counsel, and the assigned neutral.

(d) **Designation of Coordinating Counsel**: The parties shall confer and select one attorney to serve as the designated coordinating counsel. Coordinating

counsel shall be responsible for working with the parties and the neutral to coordinate an agreeable date, time, and location, as well as all other logistics, for the initial ADR conference.  If the parties cannot agree on who shall serve as coordinating counsel, then Plaintiff's counsel shall so serve.

**If the parties are utilizing a private process, the case is still governed by the Court's Local Rules and ADR Policies and Procedures.  When private processes are used, it is the responsibility of counsel to ensure that all the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**The parties are hereby notified that any individual neutral (Court approved or private) is required to become a registered user of the Electronic Case Filing System (ECF) in the United States District Court for the Western District of Pennsylvania.  Counsel shall so notify their agreed-upon neutral and refer him or her to the Court's website at www.pawd.uscourts.gov for user registration forms.  Counsel shall confirm to the Court that the selected neutral has completed the process.**

**Nothing in this order alters any case management order entered in this case. All deadlines set forth in the operative case management order remain in full force and effect.**

**SO ORDERED** this 3rd day of February, 2025.

                                          s/ J. Nicholas Ranjan
                                          United States District Judge