# EXHIBIT A

# OFFICIAL GENERAL ELECTION BALLOT

| Commonwealth of Pennsylvania | Beaver County | November 3, 2020 |

### INSTRUCTIONS TO VOTERS

1. TO VOTE YOU MUST DARKEN THE OVAL (●) TO THE LEFT OF YOUR CHOICE COMPLETELY.

2. To cast a write-in vote for a person whose name is not on the ballot, you must darken the oval (●) to the left, and write or stamp the name in the blank space provided for that purpose.

3. Use blue or black pen only.

4. **If you make a mistake or want to change your vote:** return your ballot to an election official and get a new ballot.

5. **WARNING -** If you receive an absentee or mail-in ballot and return your voted ballot by the deadline, you **MAY NOT** vote at your polling place on Election Day. If you are unable to return your voted ballot by the deadline, you may vote a regular ballot at your polling place on Election Day if you surrender the ballot and the envelope containing the voter's declaration to the Judge of Elections to be voided. You will vote a provisional ballot if you do not surrender your balloting materials.

### PRESIDENTIAL ELECTORS
Vote for the candidates of one party for President and Vice-President, or insert the names of candidates

- ○ **JOSEPH R. BIDEN**
  **KAMALA D. HARRIS**
  DEMOCRATIC

- ○ **DONALD J. TRUMP**
  **MICHAEL R. PENCE**
  REPUBLICAN

- ○ **JO JORGENSEN**
  **JEREMY SPIKE COHEN**
  LIBERTARIAN

- ○ _____

### ATTORNEY GENERAL
Vote for One

- ○ **JOSH SHAPIRO**
  DEMOCRATIC
- ○ **HEATHER HEIDELBAUGH**
  REPUBLICAN
- ○ **DANIEL WASSMER**
  LIBERTARIAN
- ○ **RICHARD L. WEISS**
  GREEN PARTY
- ○ _____

### AUDITOR GENERAL
Vote for One

- ○ **NINA AHMAD**
  DEMOCRATIC
- ○ **TIMOTHY DEFOOR**
  REPUBLICAN
- ○ **JENNIFER MOORE**
  LIBERTARIAN
- ○ **OLIVIA FAISON**
  GREEN PARTY
- ○ _____

### STATE TREASURER
Vote for One

- ○ **JOE TORSELLA**
  DEMOCRATIC
- ○ **STACY L. GARRITY**
  REPUBLICAN
- ○ **JOE SOLOSKI**
  LIBERTARIAN
- ○ **TIMOTHY RUNKLE**
  GREEN PARTY
- ○ _____

### REPRESENTATIVE IN CONGRESS 17TH DISTRICT
Vote for One

- ○ **CONOR LAMB**
  DEMOCRATIC
- ○ **SEAN PARNELL**
  REPUBLICAN
- ○ _____

### REPRESENTATVE IN THE GENERAL ASSEMBLY 16TH DISTRICT
Vote for One

- ○ **ROBERT F. MATZIE**
  DEMOCRATIC
- ○ **RICO ELMORE**
  REPUBLICAN
- ○ _____

BEAVER COUNTY BOARD OF ELECTIONS

_[signature]_
Danial C. Camp III, Chairman

_[signature]_
Jack Manning, Commissioner

_[signature]_
Tony Amadio, Commissioner

| **ALIQUIPPA 1** | | **Typ:01 Seq:0001 Spl:01** |

# EXHIBIT B



Official Website of the Commonwealth of Pennsylvania

Commonwealth of Pennsylvania

 

**Department of State**

Agencies > Department of State > Programs > Voting & Elections > Running for Office > Third Party Nomination Paperwork

# Third Party Nomination Paperwork

## Important Filing Information

All candidates that have submitted accepted nomination paper filings are now appearing on the candidate database.

**2024 Nomination Paper Filing Period: February 14 – August 1, 2024**

- Please download a copy of the nomination paper filing instructions (PDF).
- You must file with your nomination paper a completed and notarized Candidate's Affidavit (PDF).
- If you do not have your Candidate's Affidavit notarized, then you will need to complete and attach an Unsworn Declaration to the Candidate's Affidavit (PDF).
- You must file nomination paper page(s) with the required number of signatures for the office you are seeking (PDF).
- You must file with your nomination paper a copy of your Statement of Financial Interests, if applicable (not required for Federal offices).
- The original Statement of Financial Interests must be filed with the State Ethics Commission on or before the nomination paper filing deadline.
- You must submit with your nomination paper a certified check or money order in the appropriate amount payable to the 'Commonwealth of Pennsylvania' (personal checks and cash cannot be accepted).
- Signature requirements can be found here.

Please note:

- Papers must be printed 2-sided on 8 1/2 x 14" paper, head-to-head.

- Paper pages that are not printed 2-sided will not be accepted.
- Duplicate copies of nomination papers and Candidates Affidavits will not be accepted. You must file originals of these documents.
- Signatures can be gathered only during the nomination paper circulation and filing period.
- Signatures that are dated before the first day to circulate or after the last day to circulate will not be counted.

**The deadline to file nomination papers is August 1, 2024.**

[Political Body Candidate Withdrawal Form](#)

If you have any questions concerning these instructions, please email [ra-elections@pa.gov](mailto:ra-elections@pa.gov) or call 1-877-868-3772, option 3.

# Frequently Asked Questions for Presidential Candidate of Minor Political Parties and Political Bodies

### What is the process for selecting presidential electors for candidates not nominated by the major political parties?

Presidential candidates from a minor political party or political body (and the candidates they have nominated for presidential elector) must file nomination papers to appear on the 2024 Presidential Election ballot. For purposes of the 2024 Presidential Election, this would be Presidential candidates who were not nominated by the Democratic or Republican party.

### What is a minor political party? What is a political body?

The terms "minor political party" and "political body" are defined in the Pennsylvania Election Code. For the 2024 Presidential Election, the Democratic, Republican, and Libertarian Parties have qualified statewide as political parties, with the Libertarian Party qualifying statewide as a minor political party. All other parties and independent candidates are considered political bodies.

### How does the procedure differ if the candidate is seeking nomination by a minor political party, instead of as nominee of a political body?

A minor political party must authorize a candidate to file nomination papers with the Department of State. Candidates seeking to appear on the ballot for a of a minor political party should contact the minor political party before filing nomination papers.

### When is the deadline to file nomination papers?

August 1 is the deadline to file nomination papers with the Secretary of the Commonwealth. Consent Decree, *Libertarian Party v. Davis*, No. 84–26 (E.D. Pa. June 13, 1984) (establishing August 1 deadline annually).

### How many signatures must presidential candidates collect on the nomination papers in order to appear on the ballot for the November 2024 election?

The Secretary of the Commonwealth will accept nomination papers for presidential candidates which contain 5,000 signatures. *See Constitution Party of Pa. v. Cortés*, No. 12–2726 (E.D. Pa. Feb. 1, 2018).

Candidates should be aware that the Election Code provides a formula for calculating the number of signatures required for nomination papers, which, for purposes of the 2024 Presidential Election, is 33,043. *See* 25 P.S. § 2911(b). As a result of the *Cortes* litigation, the Secretary is not enforcing this requirement. However, a voter or other interested party could file an objection to a candidate whose nomination papers contain only 5,000 signatures, which the state judiciary would need to resolve.

### Do presidential electors need to complete the Candidate's Affidavit?

Yes, minor political party and political body candidates for the office of presidential elector must file candidates' affidavits by the August 1 filing deadline. 25 P.S. §§ 2911(e), 2913(a).

### Can presidential electors be replaced at a later date?

Vacancies arising from death or withdrawal can be filled by the same presidential candidate who originally nominated the elector. 25 P.S. § 2878. The Election Code requires that substitutions for withdrawals be made at least 75 days before Election Day, while substitutions for an elector candidate who has died can be made up until ballots are printed. 25 P.S. § 2941. Electors who withdraw or are absent can also be replaced by the

remaining electors present on the day the Electoral College meets. 25 P.S. § 3193.

### Does a Presidential candidate need to provide all 19 electors, or can they have less than that?

A presidential candidate must nominate 19 individuals to serve as candidates for the office of presidential elector.

### Do presidential electors submitting nomination papers need to have the same party affiliation as the candidate?

No, but any person who is a registered and enrolled member of the Democratic, Republican, or Libertarian party during any period of time beginning thirty (30) days before the primary and extending through the general or municipal election of that same year is ineligible to be a candidate for presidential elector of a political body in a general or municipal election held in that same year. 25 P.S. § 2911(e).

## Related Services and Information

Find more services and information provided by the Department.

- Voting & Election Information →
- Upcoming Elections →
- File a Campaign Finance Form →
- Search Campaign Finance Reports →

| | File Lobbying Disclosure Forms → | | Search Lobbying Disclosure Reports → |

Return to Top ↑



Proudly founded in 1681 as a place of tolerance and freedom.

    

## TO VOTE IN THE NOV. 5 ELECTION, REGISTER BY OCT. 21, 2024!

Visit vote.pa.gov for trusted election information.

## TOP SERVICES

Register to Vote ↗

Find a DMV ↗

Get a Birth Certificate ↗

Join the Veterans Registry ↗

## PA.GOV

Careers & Internships ↗

PennWatch ↗

Right-to-Know Law ↗

Copyright © 2024 Commonwealth of Pennsylvania. All rights reserved.

Accessibility | Privacy & Disclaimers | Translation Disclaimer | Security | Social Media Policy & Disclaimer