IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> No. 24-1349 |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12, Defendants Pennsylvania Department of State and Al Schmidt, in his official capacity (collectively the "Defendants"), by counsel, hereby move to dismiss the Amended Complaint (ECF No. 60) for the reasons contained in their memorandum of law.

Date: February 21, 2025

Respectfully submitted,

JENNIFER C. SELBER
GENERAL COUNSEL

By: /s/ Stephen R. Kovatis
STEPHEN R. KOVATIS (ID No. 209495)*
Deputy General Counsel
JACOB BOYER (ID No. 324396)
Deputy General Counsel

GOVERNOR'S OFFICE OF GENERAL COUNSEL
30 North Third Street, Suite 200
Harrisburg, PA  17101
Phone: 717-602-0943
Email: skovatis@pa.gov

*Admitted pro hac vice

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I, Stephen R. Kovatis, hereby certify that I have caused all parties to be served on this day with the foregoing Motion via the Court's ECF system.

Date: February 21, 2025               By:  /s/ Stephen R. Kovatis
                                                                      STEPHEN R. KOVATIS