IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CORNEL WEST AND MELINA ABDULLAH, *et al.*, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 24-1349 |
| v. | : : : | |
| PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, | : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this \_\_\_\_ day of _____ 2025, it is hereby ORDERED that Defendants' Motion to Dismiss Amended Complaint is GRANTED. It is further ORDERED that all claims are hereby DISMISSED.

IT IS SO ORDERED:

_____
Ranjan, J.