# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, GERALDINE TUNSTALLE, KATHERINE HOPKINS-BOT, AND CHARLES HIER, :<br><br>Plaintiffs, :<br><br>v. :<br><br>PENNSYLVANIA DEPARTMENT OF STATE AND AL SCHMIDT, IN HIS CAPACITY AS SECRETARY OF THE COMMONWEALTH, :<br><br>Defendants. | No. 2:24-cv-01349<br><br>(*filed electronically*) |

## **MOTION FOR WITHDRAWAL OF APPEARANCE AS COUNSEL**

Matthew H. Haverstick hereby moves for withdrawal of appearance as counsel for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 C.4 for the reasons set forth below:

1. Plaintiffs commenced this action on September 25, 2024, and were represented by attorneys at both Kleinbard LLC and McNees Wallace and Nurick LLC at that time.

2. Since then, co-counsel for this matter, Shohin H. Vance, left employment with Kleinbard LLC and will continue representation for Plaintiffs in this matter with a new law firm.

3. Because Kleinbard LLC is no longer representing Plaintiffs, the undersigned moves for withdrawal of appearance.

1

4.       In accordance with LCvR 83.2 C.4. the attorney succeeding representation is:

> Shohin H. Vance
> Saxton & Stump
> 100 Deerfield Lane, Suite 240
> Malvern, PA 19355
> Ph: (484) 328-8512

WHEREFORE, the undersigned counsel respectfully requests that this Court grant the Motion and enter the attached proposed order for withdrawal of admission as counsel.

Respectfully submitted,

Dated: 6/10/2025

/s/ *Matthew H. Haverstick*
Matthew H. Haverstick (No. 85072)
KLEINBARD LLC
1717 Arch Street, 5th Floor
Philadelphia, PA 19103
P: (215) 568-2000
F: (215) 568-0140
mhaverstick@kleinbard.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Matthew H. Haverstick, certify that on June 10, 2025, a true and correct copy of the Motion for Withdrawal of Appearance as Counsel was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Matthew H. Haverstick*
Matthew H. Haverstick
