IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CORNEL WEST AND MELINA ABDULLAH, *et al.*, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 24-1349 |
| v. | : : : | |
| PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, | : : : | |
| Defendants. | : : | |

### AMENDED CASE MANAGEMENT ORDER

1. All remaining fact discovery shall be completed by **January 30, 2026**.

2. If the parties decide to proceed with expert discovery, Plaintiffs shall provide their expert designations and reports to Defendants by **November 21, 2025**, and Defendants shall provide their expert designations and reports to Plaintiffs by **December 19, 2025**.

3. All expert depositions shall be completed by **January 30, 2026**.

4. A Telephonic Post-Discovery Status Conference is hereby set for **February 4, 2026 at 10:00 a.m.** The dial-in information is as follows: 412-547-0144, with an access code of 67849396#.

5. All other procedures set forth in the Court's initial Case Management Order shall remain in effect.

Date: September 26, 2025

BY THE COURT:

s/ J. Nicholas Ranjan
United States District Judge