## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| CORNEL WEST AND MELINA ABDULLAH, *et al.*, | : : : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | No. 24-1349 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, | : : | |
| | : | |
| Defendants. | : : | |

### PARTIES' JOINT MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE

In accordance with the Federal and Local Rules of Civil Procedure, the parties in the above-captioned matter respectfully submit this motion requesting a brief extension of the forthcoming discovery deadline and in support thereof, state as follows:

1.     Pursuant to the Amended Case Management Order entered by this Court on September 26, 2025, the present discovery deadline in this matter is January 30, 2026, and a Telephonic Post-Discovery Status Conference is currently set for February 4, 2026.

2.     The parties have been actively engaged in ongoing settlement discussions and believe an amicable resolution without further litigation is reasonably possible.

3.     To that end, the parties seek a modest sixty-day extension of the discovery deadline, setting **March 31, 2026** as the deadline for completing all

outstanding discovery.  The additional time will allow the parties to continue their good-faith efforts to reach an amicable resolution.

4.     This is the parties' first request for an extension of the discovery deadline.

WHEREFORE, the parties respectfully request that this Court: (a) grant their Joint Motion for Extension of Fact Discovery and set March 31, 2026 as the deadline for completion of all remaining discovery; and (b) reschedule the Telephonic Post-Discovery Phone Conference currently set for February 4, 2026.

Date: January 26, 2026

/s/ Stephen R. Kovatis
STEPHEN R. KOVATIS*
Deputy General Counsel
JACOB BOYER
Deputy General Counsel
GOVERNOR'S OFFICE OF GENERAL COUNSEL
30 North Third Street, Suite 200
Harrisburg, PA  17101
*Admitted pro hac vice
Counsel for Defendants

/s/Shohin H. Vance
SHOHIN VANCE
SAXTON & STUMP
100 Deerfield Lane, Suite 240
Malvern, PA 19355
Phone: 484.328.8512
Counsel for Plaintiffs

2

## CERTIFICATE OF SERVICE

I, Stephen R. Kovatis, hereby certify that I have caused all parties to be served on this day with the foregoing via the Court's ECF system.


Date: January 26, 2026                    By:  /s/ Shohin H. Vance
                                               SHOHIN H. VANCE