## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CORNEL WEST, *et al.*, | ) |
| Plaintiffs, | ) ) ) 2:24-cv-1349 ) |
| v. | ) ) |
| AL SCHMIDT, *et al.*, | ) ) |
| Defendants. | ) ) ) |

| | |
|---|---|
| **Hearing Type:** | Telephonic Status Conference |
| **Date:** | 3/30/2026 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Plaintiffs | Shohin Vance and Matthew Hoke |
| Counsel for Defendants | Stephen Kovatis |
| Court Reporter | D. Betzler |
| Law Clerk | AM |
| Start Time | 10:05 a.m. |
| End Time | 10:20 a.m. |

## SUMMARY OF PROCEEDINGS:

Telephonic Status Conference held to discuss a discovery dispute raised by the parties.

Plaintiffs to produce all outstanding discovery by 4/20/2026. Parties to confer and file any fact stipulations by 5/11/2026. Parties to file a joint status report by 5/11/2026 as to discovery, any fact stipulations, and the scheduling of summary judgment briefing. Corresponding order to follow.

The Telephonic Post-Discovery Status Conference set for 4/3/2026 is canceled, to be re-set if and when the need arises. Corresponding order to follow.