### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, *et al.*, | : <br> : <br> : <br> : |
| Plaintiffs, | :    CIVIL ACTION <br> :    No. 24-1349 |
| v. | : <br> : <br> : |
| PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, | : <br> : <br> : |
| Defendants. | : <br> : |

**JOINT STIPULATION TO EXTEND TIME
FOR FACT STIPULATIONS AND CASE STATUS REPORT**

Plaintiffs Cornel West, Melina Abdullah, Charles Hier, Katherine Hopkins-Bot, Geraldine Tunstalle, by counsel, and Defendant Secretary Al Schmidt, by counsel, stipulate and agree to request the extension of the current deadline for fact stipulations and a case status report as follows:

**WHEREAS**, on March 30, 2026, the parties held a telephonic status conference with the Court concerning outstanding discovery and a case management plan;

**WHEREAS**, following that conference on March 30, 2026, the Court entered an Order, ECF No. 87, requiring Plaintiff to respond to all outstanding discovery by April 20, 2026, requiring the parties to confer as to fact stipulations and a case management plan, and requiring the parties to file fact stipulations and, separately, a joint status report as to discovery, fact stipulations, and a summary judgment plan by May 11, 2026;

**WHEREAS**, Plaintiff responded to outstanding discovery by April 20, 2026, and the parties have conferred and continue to confer on fact stipulations and a joint status report;

1

**WHEREAS**, the parties jointly seek additional time from the Court to reach final agreements on fact stipulations and the contents of a joint status report; and

**WHEREAS**, no party would be prejudiced by the extension of the above deadlines in this matter;

**THEREFORE**, the parties respectfully request that the Court extend the current deadline for fact stipulations and a joint status report by **thirty (30) days, from May 11, 2026, to June 10, 2026**.

Date: May 11, 2026

/s/ Stephen R. Kovatis
STEPHEN R. KOVATIS*
Deputy General Counsel
JACOB BOYER
Deputy General Counsel

GOVERNOR'S OFFICE OF GENERAL COUNSEL
30 North Third Street, Suite 200
Harrisburg, PA  17101
*Admitted pro hac vice*

*Counsel for Defendants*

 /s/ Shohin Vance
SHOHIN VANCE
SAXTON & STUMP
100 Deerfield Lane, Suite 240
Malvern, PA 19355
Phone: 484.328.8512

*Counsel for Plaintiffs*