**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, *et al.*, | : <br> : <br> : <br> : |
| Plaintiffs, | CIVIL ACTION <br> No. 24-1349 |
| v. | : <br> : <br> : |
| PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, | : <br> : <br> : |
| Defendants. | : <br> : |

### PARTIES' SECOND JOINT STIPULATION TO EXTEND TIME FOR FACT STIPULATIONS AND CASE STATUS REPORT

Plaintiffs Cornel West, Melina Abdullah, Charles Hier, Katherine Hopkins-Bot, Geraldine Tunstalle, by counsel, and Defendant Secretary Al Schmidt, by counsel, stipulate and agree to request the extension of the June 10, 2026 deadline, *nunc pro tunc*, for fact stipulations and a case status report as follows:

**WHEREAS**, on March 30, 2026, the parties held a telephonic status conference with the Court concerning outstanding discovery and a case management plan;

**WHEREAS**, following that conference on March 30, 2026, the Court entered an Order, ECF No. 87, requiring Plaintiffs to respond to all outstanding discovery by April 20, 2026, requiring the parties to confer as to fact stipulations and a case management plan, and requiring the parties to file fact stipulations and, separately, a joint status report as to discovery, fact stipulations, and a summary judgment plan by May 11, 2026;

**WHEREAS**, Plaintiffs responded to outstanding discovery by April 20, 2026, and the parties thereafter conferred regarding joint stipulations, a status report, and other avenues that could potentially narrow the scope of the dispute or facilitate settlement;

**WHEREAS**, the parties jointly sought additional time to finalize fact stipulations and the contents of a joint status report from May 11, 2026, which deadline was extended by this Court until June 10, 2026;

**WHEREAS**, the above-referenced attempts to identify and memorialize all areas of agreement among the parties are continuing and all parties agree that a modest extension would significantly aid the parties in finalizing such stipulations;

**WHEREAS**, no party would be prejudiced by the extension of the above deadlines in this matter;

**THEREFORE,** the parties respectfully request that the Court extend the June 10, 2026 deadline for fact stipulations and a joint status report, nunc pro tunc, by **fourteen (14) days, to June 24, 2026.**

Date: June 11, 2026

/s/ Stephen R. Kovatis       /s/ Shohin Vance
STEPHEN R. KOVATIS*      SHOHIN VANCE
Deputy General Counsel       SAXTON & STUMP
JACOB BOYER         100 Deerfield Lane, Suite 240
Deputy General Counsel       Malvern, PA 19355
              Phone: 484.328.8512

GOVERNOR'S OFFICE OF GENERAL COUNSEL
30 North Third Street, Suite 200     *Counsel for Plaintiffs*
Harrisburg, PA  17101
*Admitted pro hac vice*

*Counsel for Defendants*

2