**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| CORNEL WEST AND MELINA ABDULLAH, *et al.*, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 24-1349 |
| v. | : : : | |
| PENNSYLVANIA DEPARTMENT OF STATE, *et al.*, | : : : | |
| Defendants. | : : : | |

## PARTIES' JOINT STATUS REPORT

The parties jointly file this Status Report as required by the Court's Order, ECF No. 92. This Status Report is being filed by undersigned counsel for Defendant Secretary Al Schmidt following consultation with counsel for Plaintiffs.

**Discovery**. The parties have completed discovery in this matter.

**Fact Stipulations**. The parties have not yet reached agreement regarding fact stipulations. However, discussions are continuing, and any stipulated facts will be filed contemporaneously with each parties' respective summary judgment motion and opening brief, as set forth below.

**Summary Judgment Schedule**. The parties wish to proceed to summary judgment. They propose the following briefing schedule:

- Plaintiff's motion for summary judgment and initial brief – July 31, 2026

- Defendants' motion for summary judgment and initial brief – August 31, 2026

- Plaintiff's reply brief – September 14, 2026

- Defendants' reply brief – September 28, 2026

1

WHEREFORE, the parties respectfully request that the Court accept this Status Report and enter an order setting the above briefing schedule for summary judgment.


Date: June 24, 2026                        Respectfully submitted,

                                           JENNIFER C. SELBER
                                           GENERAL COUNSEL

                                           By:  /s/ Stephen R. Kovatis
                                           STEPHEN R. KOVATIS (ID No. 209495)*
                                           Deputy General Counsel
                                           JACOB BOYER (ID No. 324396)
                                           Deputy General Counsel

                                           GOVERNOR'S OFFICE OF GENERAL COUNSEL
                                           30 North Third Street, Suite 200
                                           Harrisburg, PA  17101
                                           Phone: 717-602-0943
                                           Email: skovatis@pa.gov

*Admitted pro hac vice

                                           *Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I, Stephen R. Kovatis, hereby certify that I have caused all parties to be served on this day with the foregoing Motion via the Court's ECF system.


Date: June 24, 2026                                By:  /s/ Stephen R. Kovatis_____
                                                   STEPHEN R. KOVATIS