**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CORNELL WEST; *et al.*,

        Plaintiffs,

    v.

PENNSYLVANIA DEPARTMENT
OF STATE; *et al.*,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

2:24-CV-1349

### SUMMARY JUDGMENT BRIEFING ORDER

Plaintiffs' motion for summary judgment and opening brief are due by **July 31, 2026**; Defendants' motion for summary judgment and opening brief are due by **August 31, 2026**; Plaintiffs' brief in response and further support of its motion is due by **September 14, 2026**; and Defendants' brief in response and further support of its motion is due by **September 28, 2026**. Opening briefs shall not exceed 40 pages; briefs in response and further support shall not exceed 20 pages.

As set forth in Local Rule of Civil Procedure 56(a), the Court, in its discretion, may establish its own requirements for motions for summary judgment. Pursuant to that discretion, the Court instructs the parties not to separately file concise statements of material facts. Instead, the parties should include a "facts" section in their briefs setting forth a narrative of the facts that the filing party contends are undisputed and material, including any facts which for purposes of the summary judgment motions only are assumed to be true. The parties must cite to a particular pleading, deposition, answer to interrogatory, admission on file or other part of the record supporting each statement of fact in the brief.

The Court also orders Plaintiffs to prepare and file a joint appendix containing any portions of the record that the parties wish to direct to the Court's attention in

their briefing.  The appendix must be filed at the same time as Plaintiffs' opening brief.  The parties must confer as to the contents of the joint appendix.  If the parties cannot agree, Defendants may file a supplemental appendix that contains only the additional material on which the parties could not agree.[1]

Any appendix that is filed must begin with a table of contents identifying the corresponding exhibit number for each document.  When filing an appendix on ECF, the parties must file the table of contents as the "main document" and each document within the appendix must be filed as a *separate* "exhibit."

DATED this 25th day of June, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

---

[1] If the parties cite to any deposition testimony, the Court prefers that the entire deposition transcript (either condensed or full page) be included in the joint appendix.