**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

|  |  |  |
|---|---|---|
| CORNEL WEST AND MELINA ABDULLAH, et al., | : : : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | No. 24-1349 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF STATE, et al., | : : | |
| | : | |
| Defendants. | : | |

**PARTIES' JOINT MOTION FOR EXTENSION OF
SUMMARY JUDGMENT BRIEFING SCHEDULE**

In accordance with the Federal and Local Rules of Civil Procedure, the parties in the above-captioned matter respectfully submit this motion requesting a brief extension of the summary judgment briefing schedule and in support thereof, state as follows:

1. On June 25, 2026, this Court entered its Summary Judgment Briefing Order, ECF No. 94, which set the following deadlines: Plaintiffs' motion for summary judgment and opening brief due July 31, 2026; Defendant's motion for summary judgment and opening brief due August 31, 2026; Plaintiffs' brief in response and further support due September 14, 2026; and Defendant's brief in response and further support due September 28, 2026.

2. The same Order directs Plaintiffs to prepare and file a joint appendix containing those portions of the record the parties wish to direct to the Court's

attention, to be filed at the same time as Plaintiffs' opening brief, and directs the parties to confer as to its contents.

3. Plaintiffs have prepared a proposed index of the contents of the joint appendix, together with proposed stipulations of fact, and have circulated both to counsel for Defendant. The parties are presently conferring as to each.

4. The parties believe that a modest amount of additional time to complete that process will allow them to narrow the matters genuinely in dispute, to present the Court with a single organized joint appendix rather than competing submissions, and to reduce the volume of record material the Court must review at summary judgment.

5. The parties therefore jointly request a twenty-one-day extension of each deadline set in ECF No. 94, as follows:

(a)     Plaintiffs' motion for summary judgment, opening brief, and joint appendix, currently due July 31, 2026, to be due **August 21, 2026**;

(b)     Defendant's motion for summary judgment and opening brief, currently due August 31, 2026, to be due **September 21, 2026**;

(c)     Plaintiffs' brief in response and further support, currently due September 14, 2026, to be due **October 5, 2026**; and

(d)     Defendant's brief in response and further support, currently due September 28, 2026, to be due **October 19, 2026**.

6. This is the parties' first request for an extension of the summary judgment briefing schedule.

7. No trial date has been set, no other deadline in this matter would be affected, and no party would be prejudiced by the requested extension.

**WHEREFORE**, the parties respectfully request that this Court: (a) grant their Joint Motion for Extension of Summary Judgment Briefing Schedule; and (b) amend the Summary Judgment Briefing Order, ECF No. 94, to set August 21, 2026 as the deadline for Plaintiffs' motion for summary judgment, opening brief, and joint appendix; September 21, 2026 as the deadline for Defendant's motion for summary judgment and opening brief; October 5, 2026 as the deadline for Plaintiffs' brief in response and further support; and October 19, 2026 as the deadline for Defendant's brief in response and further support.

Date: July 30, 2026

/s/ Stephen R. Kovatis
STEPHEN R. KOVATIS*
Deputy General Counsel
JACOB BOYER
Deputy General Counsel
GOVERNOR'S OFFICE OF GENERAL
COUNSEL
30 North Third Street, Suite 200
Harrisburg, PA 17101
*Admitted pro hac vice

Counsel for Defendants

/s/ Shohin H. Vance
SHOHIN VANCE
SAXTON & STUMP
100 Deerfield Lane, Suite 240
Malvern, PA 19355
Phone: 484.328.8512

Counsel for Plaintiffs

3

**CERTIFICATE OF SERVICE**

I, Shohin H. Vance, hereby certify that I have caused all parties to be served on this

day with the foregoing via the Court's ECF system.


Date: July 30, 2026                    By: /s/ Shohin H. Vance
                                           SHOHIN H. VANCE