**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CORNEL WEST AND MELINA ABDULLAH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF STATE, *et al.*,<br><br>Defendants. | CIVIL ACTION<br>No. 24-1349 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Al Schmidt, in his official capacity, by counsel, hereby moves for summary judgment for the reasons contained in his memorandum of law.

Date: September 21, 2026

Respectfully submitted,

JENNIFER C. SELBER
GENERAL COUNSEL

By: /s/ Stephen R. Kovatis______
STEPHEN R. KOVATIS (ID No. 209495)*
Deputy General Counsel
JACOB BOYER (ID No. 324396)
Deputy General Counsel

GOVERNOR'S OFFICE OF GENERAL COUNSEL
30 North Third Street, Suite 200
Harrisburg, PA 17101
Phone: 717-602-0943
Email: skovatis@pa.gov

*Counsel for Defendants*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I, Stephen R. Kovatis, hereby certify that I have caused all parties to be served on this day with the foregoing Motion via the Court's ECF system.

Date: September 21, 2026

By: /s/ Stephen R. Kovatis______
STEPHEN R. KOVATIS